DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
SARA J. EISENBERG, SBN 269303
Chief of Complex & Affirmative Litigation
ADAM M. SHAPIRO, SBN 267429
MOLLY J. ALARCON, SBN 315244
Deputy City Attorneys
Fox Plaza
1390 Market Street, Fl 6
San Francisco, California 94102-5408
Telephone:     (415) 554-3894
Facsimile:     (415) 437-4644
E-Mail:        Molly.Alarcon@sfcityatty.org

Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WALTER SPURLOCK and ANDRE GUIBERT, | Case No. 3:23-cv-4429 |
|---|---|
| Plaintiffs, | **DISCLOSURE OF INTERESTED ENTITIES AND PERSONS PER CIVIL LOCAL RULE 3-15** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, AIRPORT COMMISSION OF THE CITY AND COUNTY OF SAN FRANCISCO, DOE 1 in his individual capacity and official capacity as Aviation Security and Regulatory Compliance Officer at the San Francisco International Airport, and JEFF LITTLEFIELD in his individual capacity and official capacity as Chief Operating Officer at San Francisco International Airport, | |
| Defendants. | |

The City and County of San Francisco and the Airport Commission of the City and County of San Francisco are governmental entities, and are therefore not subject to Rule 3-15. (See C.L. Rule 3-15(a) ("Each non-governmental party must. . . .") Defendant Jeff Littlefield is subject to Rule 3-15 to the extent he is being sued in his personal capacity. Accordingly, pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict of interest (other than the named parties) to report.

Dated:

        Respectfully submitted,

        DAVID CHIU
        City Attorney
        YVONNE R. MERÉ
        Chief Deputy City Attorney
        SARA J. EISENBERG
        Chief of Complex & Affirmative Litigation
        ADAM M. SHAPIRO
        MOLLY J. ALARCON (she/her)
        Deputy City Attorneys

By:   */S/ ADAM SHAPIRO*

        Attorneys for Defendants