UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WALTER SPURLOCK and ANDRE GUIBERT,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, AIRPORT COMMISSION OF THE CITY AND COUNTY OF SAN FRANCISCO, DOE 1 in his individual capacity and official capacity as Aviation Security and Regulatory Compliance Officer at the San Francisco International Airport, and JEFF LITTLEFIELD in his individual capacity and official capacity as Chief Operating Officer at San Francisco International Airport,<br>Defendant(s). | Case Number: 3:23-cv-04429<br><br>[PROPOSED] **ORDER ADOPTING STIPULATION** |

The parties to the above-entitled action have jointly stipulated through their respective attorneys that the Case Management Conference scheduled for November 30, 2023 will be conducted by telephonic or video means, as directed by the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 20, 2023

_____
UNITED STATES DISTRICT JUDGE

Page **1** of **1**