DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
SARA J. EISENBERG, SBN 269303
Chief of Complex & Affirmative Litigation
ADAM M. SHAPIRO, SBN 267429
MOLLY J. ALARCON, SBN 315244
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3894
Facsimile:    (415) 437-4644
E-Mail:       Molly.Alarcon@sfcityatty.org

Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SPURLOCK and ANDRE GUIBERT,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, AIRPORT COMMISSION OF THE CITY AND COUNTY OF SAN FRANCISCO, DOE 1 in his individual capacity and official capacity as Aviation Security and Regulatory Compliance Officer at the San Francisco International Airport, and JEFF LITTLEFIELD in his individual capacity and official capacity as Chief Operating Officer at San Francisco International Airport,<br><br>Defendants. | Case No. 3:23-cv-4429<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL OF THE COMPLAINT**<br><br>Hearing Date:    January 11, 2024<br>Time:            2:00 p.m.<br>Before:          Hon. Araceli Martínez-Olguín<br>Place:           450 Golden Gate Avenue<br>                 Courtroom 10<br>                 San Francisco, CA 94102<br><br>Date Action Filed:    August 28, 2023 |

**[PROPOSED] Order**

Defendants' Motion to Dismiss the Complaint in this matter came before this Court for hearing on January 11, 2024.  Having considered the moving and opposition papers, arguments, and all other matters presented to the Court, the Court finds that the Complaint fails to state any claims upon which relief can be granted.  The Court also finds that the defects in the Complaint cannot be cured through amendment.  Therefore,

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is GRANTED.  The Complaint is dismissed without leave to amend.

Dated this ___ day of _____, 2023

_____
Hon. Araceli Martínez-Olguín
Judge, U.S.D.C., Northern District of California