# EXHIBIT C

San Francisco International Airport

October 26, 2021

Andre Guibert
3523 Scott Street
San Francisco, CA 94123

Subject: Airport ID Badge Revocation

*Sent via USPS Certified Mail*

Dear Mr. Guibert:

I write to advise you that your request for appeal of your badge revocation dated September 15, 2021, has been received and considered. The Airport is denying your appeal as explained further below.

On September 9, 2021, at approximately 0445 hours, the Airport received an alert that an anti-pass back alarm was activated at Turnstile 710-1-TS01. Security staff reviewed CCTV footage and observed Mr. Walter Spurlock attempting to gain access through the turnstile. When the turnstile locked as Mr. Spurlock attempted to enter, he was not able to access the restricted area. Mr. Spurlock is then observed via CCTV handing his badge through the turnstile to you. Then via CCTV, you were observed presenting his badge on the Restricted Side proximity reader to reset the turnstile before handing the badge back to Mr. Spurlock to again attempt to access the restricted area. Your actions facilitated circumvention of a secured access point. At the turnstile, you were using to gain access to the Secure Area, there is signage directly above the Access Control Reader with directions on what you should do if you are unable to gain access after presenting your badge.

The Airport issued you a citation following the incident for violation of SFO's Rules and Regulations 7.7 (A), which states "No person or entity may tamper or interfere with, compromise, modify, or attempt to circumvent any security system, measure, or procedure implemented under the Airport's ASP and TSA Regulations under 49 C.F.R. § 1500 *et. seq.*"

We understand that, in retrospect, you acknowledge the seriousness of your actions. We cannot put Airport security at risk. Because you violated the above referenced rules, the Airport is denying your appeal and upholding the permanent revocation of your ID Badge.

This decision is final.

Respectfully,

Jeff Littlefield
Chief Operating Officer

AIRPORT COMMISSION   CITY AND COUNTY OF SAN FRANCISCO

| LONDON N. BREED | LARRY MAZZOLA | ELEANOR JOHNS | EVERETT A. HEWLETT, JR. | JANE NATOLI | MALCOLM YEUNG | IVAR C. SATERO |
| --- | --- | --- | --- | --- | --- | --- |
| MAYOR | PRESIDENT | VICE PRESIDENT | | | | AIRPORT DIRECTOR |

Post Office Box 8097   San Francisco, California 94128   Tel 650.821.5000   Fax 650.821.5005   www.flysfo.com