1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ) | Case Number: 3:23-cv-04429 |
| ) |  |
| ) | **[PROPOSED] ORDER DENYING** |
| ) | **DEFENDANTS' MOTION TO DISMISS** |

WALTER SPURLOCK and ANDRE GUIBERT,

vs.

CITY AND COUNTY OF SAN FRANCISCO, AIRPORT COMMISSION OF THE CITY AND COUNTY OF SAN FRANCISCO, KEABOKA MOLWANE in his individual capacity and official capacity as Aviation Security and Regulatory Compliance Officer at the San Francisco International Airport, and JEFF LITTLEFIELD in his individual capacity and official capacity as Chief Operating Officer at San Francisco International Airport, Defendant(s).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

On November 27, 2023, Defendants filed a Notice of Motion and Motion to Dismiss the Complaint.  (Dkt. 28).  On November 30, 2023, Plaintiffs filed a First Amended Complaint. (Dkt. 30).  An amended complaint supersedes the original, the latter being treated thereafter as non-existent.  *See Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015); *Wilson v. Colourpop Cosmetics, LLC*, No. 22-cv-05198-TLT, 2023 U.S. Dist. LEXIS 185688, at *24 n.2 (N.D. Cal. Sep. 6, 2023).  Defendants' Notice of Motion and Motion to Dismiss the Complaint is DENIED AS MOOT.


IT IS SO ORDERED.

 Dated:


HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE