DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
SARA J. EISENBERG, SBN 269303
Chief of Complex & Affirmative Litigation
ADAM M. SHAPIRO, SBN 267429
MOLLY J. ALARCON, SBN 315244
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3894
Facsimile:      (415) 437-4644
E-Mail:          Molly.Alarcon@sfcityatty.org

Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SPURLOCK and ANDRE GUIBERT,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, AIRPORT COMMISSION OF THE CITY AND COUNTY OF SAN FRANCISCO, KEABOKA MOLWANE in his individual capacity and official capacity as Aviation Security and Regulatory Compliance Officer at the San Francisco International Airport, and JEFF LITTLEFIELD in his individual capacity and official capacity as Chief Operating Officer at San Francisco International Airport,<br><br>　　　　Defendants. | Case No. 3:23-cv-4429<br><br>**DECLARATION OF MOLLY J. ALARCON IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENT SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Hearing Date:　March 14, 2024<br>Time:　　　　2:00 p.m.<br>Before:　　　Hon. Araceli Martínez-Olguín<br>Place:　　　　450 Golden Gate Avenue<br>　　　　　　　Courtroom 10<br>　　　　　　　San Francisco, CA 94102<br><br>Date Action Filed:　August 28, 2023 |

**DECLARATION**

I, Molly J. Alarcon, declare as follows:

1.      I am an attorney duly licensed to practice law in California, and a Deputy City Attorney for the City and County of San Francisco assigned to represent Defendants the City and County of San Francisco, the Airport Commission of the City and County of San Francisco, Jeff Littlefield, and Keaboka Molwane (collectively, "San Francisco") in the above-captioned case.  I have personal knowledge of the matters stated herein and, if called upon, I could and would testify competently to the contents of this Declaration.  I submit this declaration in support of Defendants' Administrative Motion to File Under Seal Document Submitted in Support of Defendants' Motion to Dismiss First Amended Complaint, pursuant to Civil Local Rules 7-11(a) and 79-5(c).

2.      Defendants seek to file one document completely under seal for in-camera review by the Court.  The document is **Exhibit B** to the Declaration of Molly J. Alarcon ISO Request for Judicial Notice ISO Motion to Dismiss the First Amended Complaint.

3.      Plaintiffs' First Amended Complaint ("FAC") references Exhibit B to support Plaintiffs' allegations regarding requirements of federal guidance documents.  FAC at ¶ 53, referencing "TSA National Amendment: Centralized Revocation Database for Individual with Revoked Identification Media TSA-NA-21-01A."  Although Plaintiffs referenced this document (hereafter, the "TSA Guidance"), they did not attach the TSA Guidance to the FAC, as they did with other referenced documents, attached as Exhibits A-F to the FAC.  Because the TSA Guidance is incorporated by reference in the FAC and, as a federally issued document, is from a source "whose accuracy cannot reasonably be questioned," Fed. R. Evid. 201(b)(2), it is a proper subject of judicial notice.  So that the Court may consider the document along with Defendants' Motion to Dismiss the FAC, Defendants have included it with Defendants' Request for Judicial Notice ISO Motion to Dismiss.

4.      Because the TSA Guidance in its entirety is designated "sensitive security information" ("SSI") by the federal government, San Francisco is prohibited from publicly disclosing it or any part of it. 49 C.F.R. § 1520.5(a), (b)(1), and (b)(2); 49 C.F.R. § 1520.15(a).

5.      San Francisco's request is as narrowly tailored as possible because the federal government made the determination that the TSA Guidance in its entirety is SSI and, thus, San Francisco must request that the entire document be protected from public disclosure and filed under seal.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 18th day of December, 2023 in San Francisco, California.

_____

MOLLY J. ALARCON