DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
SARA J. EISENBERG, SBN 269303
Chief of Complex & Affirmative Litigation
ADAM M. SHAPIRO, SBN 267429
MOLLY J. ALARCON, SBN 315244
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3894
Facsimile:    (415) 437-4644
E-Mail:       Molly.Alarcon@sfcityatty.org

Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SPURLOCK and ANDRE GUIBERT,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, AIRPORT COMMISSION OF THE CITY AND COUNTY OF SAN FRANCISCO, KEABOKA MOLWANE in his individual capacity and official capacity as Aviation Security and Regulatory Compliance Officer at the San Francisco International Airport, and JEFF LITTLEFIELD in his individual capacity and official capacity as Chief Operating Officer at San Francisco International Airport,<br><br>Defendants. | Case No. 3:23-cv-4429<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENT SUBMITTED IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Hearing Date:   March 14, 2024<br>Time:           2:00 p.m.<br>Before:         Hon. Araceli Martínez-Olguín<br>Place:          450 Golden Gate Avenue<br>                Courtroom 10<br>                San Francisco, CA 94102<br><br>Date Action Filed:   August 28, 2023 |

# PROPOSED ORDER

Having reviewed Defendants' Administrative Motion to File Under Seal Document Submitted In Support Of Motion to Dismiss First Amended Complaint, and good cause appearing, the Court grants Defendants' administrative motion to seal the following document:

| Document Title | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| TSA National Amendment: Centralized Revocation Database for Individual with Revoked Identification Media TSA-NA-21-01A | 38-4 | 36-3 | Dkt. No 36-1; Declaration of Molly J. Alarcon ISO Admin. Motion to Seal | Defendants | Full | Entire document is federally-designated "sensitive security information" ("SSI") that must be protected from public disclosure. Declaration of Molly J. Alarcon ISO Admin. Mot. to Seal, ¶ 4. | |

**IT IS SO ORDERED.**

DATE: _____     _____
Honorable Araceli Martínez-Olguín
Judge, United States District Court