

1  DAVID CHIU, SBN 189542
   City Attorney
2  YVONNE R. MERÉ, SBN 173594
   Chief Deputy City Attorney
3  SARA J. EISENBERG, SBN 269303
   Chief of Complex & Affirmative Litigation
4  ADAM M. SHAPIRO, SBN 267429
   MOLLY J. ALARCON, SBN 315244
5  Deputy City Attorneys
   Fox Plaza
6  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
7  Telephone:    (415) 554-3894
   Facsimile:    (415) 437-4644
8  E-Mail:       Molly.Alarcon@sfcityatty.org

9  Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WALTER SPURLOCK and ANDRE GUIBERT,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, AIRPORT COMMISSION OF THE CITY AND COUNTY OF SAN FRANCISCO, KEABOKA MOLWANE in his individual capacity and official capacity as Aviation Security and Regulatory Compliance Officer at the San Francisco International Airport, and JEFF LITTLEFIELD in his individual capacity and official capacity as Chief Operating Officer at San Francisco International Airport,<br><br>    Defendants. | Case No. 3:23-cv-4429<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |
|---|---|

# REQUEST FOR JUDICIAL NOTICE

Defendants respectfully request that the Court take judicial notice of relevant portions of the Charter of the City and County of San Francisco ("S.F Charter"): Article 1, section 1.101 and Article IV, sections 4.100, 4.102, 4.115, and 4.126. These provisions are attached as **Exhibit A** to the Declaration of Molly J. Alarcon in Support of Defendants' Request for Judicial Notice (the "Declaration"). They are also available online at the URLs indicated in the Declaration.

Pursuant to Federal Rule of Evidence 201, the court "may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). As a public record, the S.F. Charter is a proper matter for judicial notice. *E.g., Santa Monica Food Not Bombs v. City of Santa Monica*, 450 F.3d 1022, 1025 n.2 (9th Cir. 2006) (taking judicial notice of portions of city ordinances); *Dudum v. Arntz*, 640 F.3d 1098, 1101 n.6 (9th Cir. 2011) (taking judicial notice of official election results on city website).

These provisions of the S.F. Charter are relevant to Defendants' arguments in their Motion to Dismiss that the Airport Commission of the City and County of San Francisco is not a proper Defendant in this matter. *See* Defendants' Memorandum of Points and Authorities in Support of Motion to Dismiss, Section V.

For these reasons, Defendants respectfully request that the Court take judicial notice of Article 1, § 1.101, and Article IV, §§ 4.100, 4.102, 4.115, and 4.126 of the S.F. Charter.

Additionally, Defendants are providing a copy of a document Plaintiffs reference, but do not attach, to their First Amended Complaint ("FAC"), entitled "TSA National Amendment: Centralized Revocation Database for Individuals with Revoked Identification Media TSA-NA-21-01A," FAC at ¶ 53, of which the Court may take judicial notice. Fed. R. Evid. 201(b)(2); *see also Sierra Club v. U.S. E.P.A.*, 762 F.3d 971, 975 n.1 (9th Cir. 2014) (taking judicial notice of guidance issued by federal agency). This is not a publicly available document because it is "sensitive security information" ("SSI") not subject to public disclosure under federal regulations. 49 C.F.R. § 1520.5(a), (b)(1), and (b)(2). The Airport has a copy of this document, which will be filed under seal as **Exhibit B** to the

Declaration of Molly J. Alarcon ISO Request for Judicial Notice.  *See also* Defendants' Administrative Motion to File Under Seal.

Dated:  December 18, 2023

                                              Respectfully submitted,

                                              DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
SARA J. EISENBERG
Chief of Complex & Affirmative Litigation
ADAM M. SHAPIRO
MOLLY J. ALARCON (she/her)
Deputy City Attorneys

By:  */s/  Molly J. Alarcon*

        Attorneys for Defendants