1  DAVID CHIU, SBN 189542
   City Attorney
2  YVONNE R. MERÉ, SBN 173594
   Chief Deputy City Attorney
3  SARA J. EISENBERG, SBN 269303
   Chief of Complex & Affirmative Litigation
4  ADAM M. SHAPIRO, SBN 267429
   MOLLY J. ALARCON, SBN 315244
5  Deputy City Attorneys
   Fox Plaza
6  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
7  Telephone:    (415) 554-3894
   Facsimile:    (415) 437-4644
8  E-Mail:       Molly.Alarcon@sfcityatty.org

9  Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WALTER SPURLOCK and ANDRE GUIBERT,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, AIRPORT COMMISSION OF THE CITY AND COUNTY OF SAN FRANCISCO, KEABOKA MOLWANE in his individual capacity and official capacity as Aviation Security and Regulatory Compliance Officer at the San Francisco International Airport, and JEFF LITTLEFIELD in his individual capacity and official capacity as Chief Operating Officer at San Francisco International Airport,<br><br>  Defendants. | Case No. 3:23-cv-4429<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Hearing Date:  March 14, 2024<br>Time:          2:00 p.m.<br>Before:        Hon. Araceli Martínez-Olguín<br>Place:         450 Golden Gate Avenue<br>               Courtroom 10<br>               San Francisco, CA 94102<br><br>Date Action Filed: August 28, 2023 |
|---|---|

**[PROPOSED] Order**

In support of Defendants' Motion to Dismiss the First Amended Complaint, which was heard on March 14, 2024, Defendants filed a Request for Judicial Notice. Good cause appearing therefore, the Court concludes that the matters referenced in Defendants' Request for Judicial Notice are proper subjects of judicial notice under Federal Rule of Evidence 201, and are relevant to the determination of Defendants' Motion to Dismiss.

IT IS HEREBY ORDERED that Defendants' Request for Judicial Notice is GRANTED.

Dated this ___ day of _____, 2024

_____
Hon. Araceli Martínez-Olguín
Judge, United States District Court