# EXHIBIT B

# EXHIBIT B
# FILED UNDER SEAL