DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
SARA J. EISENBERG, SBN 269303
Chief of Complex & Affirmative Litigation
ADAM M. SHAPIRO, SBN 267429
MOLLY J. ALARCON, SBN 315244
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3894
Facsimile:    (415) 437-4644
E-Mail:       Molly.Alarcon@sfcityatty.org

Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WALTER SPURLOCK and ANDRE GUIBERT, | Case No. 3:23-cv-4429 |
|---|---|
| Plaintiffs, | **DECLARATION OF MOLLY J. ALARCON IN SUPPORT OF DEFENDANTS' MODIFICATION TO THE NORTHERN DISTRICT MODEL STIPULATED PROTECTIVE ORDER** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, AIRPORT COMMISSION OF THE CITY AND COUNTY OF SAN FRANCISCO, KEABOKA MOLWANE in his individual capacity and official capacity as Aviation Security and Regulatory Compliance Officer at the San Francisco International Airport, and JEFF LITTLEFIELD in his individual capacity and official capacity as Chief Operating Officer at San Francisco International Airport, | |
| Defendants. | |

# DECLARATION

I, Molly J. Alarcon, declare as follows:

1. I am an attorney duly licensed to practice law in California, and a Deputy City Attorney for the City and County of San Francisco assigned to represent Defendants the City and County of San Francisco, the Airport Commission of the City and County of San Francisco, Jeff Littlefield, and Keaboka Molwane in the above-captioned case. I have personal knowledge of the matters stated herein and, if called upon, I could and would testify competently to the contents of this Declaration.

2. The standing order for the Honorable Araceli Martínez-Olguín states that parties seeking to enter a protective order that departs from the model protective order in the Northern District of California must include "a declaration explaining each modification to the model order, along with a redline version comparing the proposed order with the model order." This declaration is submitted in accordance with that requirement.

3. The proposed stipulated protective order departs from the model protective order by adding language in two places (first, in the definition of "confidential information or items" and second, in the definition of "protected material") to include information that is "Sensitive Security Information," as defined by Federal Regulation 49 C.F.R. Part 1520. The modifications are appropriate given that Defendants have an obligation under 49 C.F.R. Part 1520 to keep Sensitive Security Information confidential and to avoid public disclosure of such information.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 5th day of January, 2024 in San Francisco, California.

*/S/ Molly Alarcon*

MOLLY J. ALARCON