JOHN K. BUCHE (CA BAR NO. 239477)
BYRON MA (CA BAR NO. 299706)
**BUCHE & ASSOCIATES, PC**
875 Prospect Street Suite 305
La Jolla, CA 92037
Telephone: (713) 589-2214
Fax: (858) 459-9120
Email: jbuche@buchelaw.com
    bma@buchelaw.com

SAMUEL A. SEHAM (NY BAR NO. 5768080) (*pro hac vice*)
LEE SEHAM (NY BAR NO. 2194306) (*pro hac vice*)
**SEHAM, SEHAM, METZ & PETERSEN LLP**
199 Main Street, 7th Floor
White Plains, NY 10601
Telephone: (914) 997-1346
Fax: (914) 997-7125
Email: samuel.seham@gmail.com
    ssmpls@aol.com

*Attorneys for the Plaintiffs Walter Spurlock and Andre Guibert*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| WALTER SPURLOCK and ANDRE GUIBERT,<br><br>    *Plaintiffs*,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, AIRPORT COMMISSION OF THE CITY AND COUNTY OF SAN FRANCISCO, KEABOKA MOLWANE in his individual capacity and official capacity as Aviation Security and Regulatory Compliance Officer at the San Francisco International Airport, and JEFF LITTLEFIELD in his individual capacity and official capacity as Chief Operating Officer at San Francisco International Airport,<br><br>    *Defendants*. | Case No. 3:23-cv-4429<br>*Jury Trial Demanded*<br><br>**STIPULATION** |

1    IT IS HERBY STIPULATED by Plaintiffs, by and through their attorney of record Samuel
2  A. Seham, and by Defendants, by and through their attorney of record Molly J. Alarcon, that
3  Defendants consent to the filing of a Second Amended Complaint on or before February 2, 2024.
4  Upon the filing of a Second Amended Complaint, the Defendants hereby withdraw their Motion
5  to Dismiss Plaintiffs' First Amended Complaint.  The parties further stipulate that they will adhere
6  to the following briefing and case management schedule for the Second Amended Complaint
7  unless otherwise directed by the Court:

8    Defendants' Motion to Dismiss: February 23, 2024

9    Plaintiffs' Motion to Dismiss Response: March 15, 2024

10   Defendants' Motion to Dismiss Reply: March 29, 2024

11   Motion to Dismiss Hearing: April 18, 2024

12   Case Management Conference: April 18, 2024

13 The parties agree that the Case Management Conference set for April 4, 2024, should be cancelled
14 and reset for April 18, 2024.

16 Dated February 2, 2024

                                    Respectfully submitted,

                                    JOHN K. BUCHE
                                    BYRON MA
                                    BUCHE & ASSOCIATES, PC

                                    LEE SEHAM (*Pro Hac Vice*)
                                    SAMUEL A. SEHAM (*Pro Hac Vice*)
                                    SEHAM, SEHAM, METZ & PETERSEN LLP

                          By:   /s/ Samuel A. Seham

                                    Attorneys for Plaintiffs

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
SARA J. EISENBERG
Chief of Complex & Affirmative Litigation
ADAM SHAPIRO
MOLLY J. ALARCON (she/her)
Deputy City Attorneys

By:  /s/ Molly J. Alarcon

  Attorneys for Defendants