UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SPURLOCK and ANDRE GUIBERT,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, AIRPORT COMMISSION OF THE CITY AND COUNTY OF SAN FRANCISCO, KEABOKA MOLWANE in his individual capacity and official capacity as Aviation Security and Regulatory Compliance Officer at the San Francisco International Airport, and JEFF LITTLEFIELD in his individual capacity and official capacity as Chief Operating Officer at San Francisco International Airport, Defendant(s). | Case Number: 3:23-cv-04429<br><br>**[PROPOSED] ORDER SETTING BRIEFING AND CASE MANAGEMENT SCHEDULE** |

The parties to the above-entitled action have jointly stipulated through their respective attorneys to the following briefing and case management schedule:

Defendants' Motion to Dismiss: February 23, 2024

Plaintiffs' Motion to Dismiss Response: March 15, 2024

Defendants' Motion to Dismiss Reply: March 29, 2024

Motion to Dismiss Hearing: April 18, 2024

Case Management Conference: April 18, 2024

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The parties agree that the Case Management Conference set for April 4, 2024, should be cancelled and reset for April 18, 2024.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE