# EXHIBIT A

SFO

San Francisco International Airport

Airport
Commission

City and
County of
San Francisco

London N. Breed
Mayor

Commissioners:

Larry Mazzola
President

Eleanor Johns
Vice President

Everett A.
Hewlett, Jr.

Jane Natoli

Malcom Yeung

Ivar C. Satero
Director

# Rules and Regulations

## San Francisco International Airport

Adopted:        October 19, 2021

Effective:      January 1, 2022

Issued by:      The Airport Commission
                City and County of San Francisco

# AIRPORT COMMISSION
# CITY AND COUNTY OF SAN FRANCISCO

**LONDON N. BREED**
MAYOR

**<u>COMMISSIONERS</u>**

**LARRY MAZZOLA**
PRESIDENT

**ELEANOR JOHNS**
VICE PRESIDENT

**EVERETT A. HEWLETT, JR.**

**JANE NATOLI**

**MALCOLM YEUNG**

# FOREWORD

The statements contained in this document express the policy of the San Francisco Airport Commission, duly adopted as the Rules and Regulations, and are intended to ensure the safe, secure, and efficient operations of San Francisco International Airport.

These Rules and Regulations govern the general conduct of the public, tenants, employees, and commercial users of San Francisco International Airport as their activities relate to the use, possession, management, supervision, operation, and control of San Francisco International Airport by the City and County of San Francisco through its Airport Commission.


IVAR C. SATERO
AIRPORT DIRECTOR

City and County of San Francisco                    Airport Commission Rules and Regulations

# TABLE OF CONTENTS

**Rule**                                                                                    **Page**

**RULE 1.0 DEFINITIONS** ........................................................................................ 1

**RULE 2.0 VIOLATION, SEVERABILITY AND INTERPRETATION** ................................ 7

2.1     ADMINISTRATIVE INTERPRETATION OF RULES ............................................ 7

2.2     VIOLATION OF RULES ................................................................................. 7

2.3     SEVERABILITY ........................................................................................... 7

**RULE 3.0 GENERAL** ............................................................................................... 8

3.1     APPLICABLE LAWS AND RULES ................................................................. 8

3.2     EMERGENCIES .......................................................................................... 8

3.3     GENERAL CONDUCT .................................................................................. 8

3.4     AIRPORT CONSTRUCTION AND OBSTRUCTION CONTROL ......................... 14

3.5     PASSENGER TERMINAL REGULATIONS ...................................................... 15

3.6     BAGGAGE HANDLING SYSTEM .................................................................. 18

3.7     AIRPORT-OWNED EQUIPMENT MAINTENANCE ........................................... 19

**RULE 4.0 OPERATION OF MOTOR VEHICLES** ......................................................... 20

4.1     TRAFFIC SIGNS, DIRECTIONS AND SIGNALS ............................................. 20

4.2     RESERVED, POSTED OR RESTRICTED PARKING AREA ............................... 20

4.3     AUTHORIZATION TO MOVE VEHICLES ........................................................ 21

4.4     USE OF ROADS AND WALKS ...................................................................... 21

4.5     PARKING AND STOPPING OF VEHICLES ..................................................... 21

4.6     CURB MARKINGS ...................................................................................... 21

4.7     COMMERCIAL GROUND TRANSPORTATION OPERATIONS .......................... 22

**RULE 5.0 AIRSIDE OPERATIONS** .......................................................................... 28

5.1     GENERAL .................................................................................................. 28

5.2     AIRSIDE PERSONNEL ................................................................................ 29

5.3     AIRCRAFT OPERATIONS ............................................................................ 29

5.4     GROUND SERVICE EQUIPMENT (GSE) OPERATIONS .................................. 34

5.5     RAMP OPERATIONS AND GATE USAGE ...................................................... 40

5.6     PASSENGER MOVEMENT ........................................................................... 43

5.7     FUELING ................................................................................................... 44

5.8     ACCIDENTS, INCURSIONS, DISABLED AIRCRAFT/GSE ............................... 46

City and County of San Francisco                    Airport Commission Rules and Regulations

**RULE 6.0 FIRE AND SAFETY** .................................................................................. **48**

6.1      FIRE MARSHAL ........................................................................................ 48

6.2      HANDLING OF EXPLOSIVES and OTHER HAZARDOUS MATERIALS ......................... 48

6.3      FIRE EXTINGUISHERS AND EQUIPMENT .................................................... 49

6.4      FIRE PROTECTION SYSTEMS ...................................................................... 49

6.5      OPEN FLAMES ............................................................................................. 50

6.6      REPORTING FIRES ...................................................................................... 50

6.7      INSPECTION AND CLEANING SCHEDULES ................................................ 50

6.8      LITTER AND CLEANING OF ALLOTTED SPACE .......................................... 50

6.9      CONTROL OF CONTAMINANTS .................................................................... 51

6.10    AIRCRAFT PARTS CLEANING MATERIALS .................................................. 51

6.11    GASOLINE STORAGE FOR AUTOMOTIVE VEHICLES ................................ 51

6.12    ENGINE OPERATIONS WITHIN HANGARS .................................................. 52

6.13    HEATING AND LIGHTING OF HANGARS ...................................................... 52

6.14    PAINT, VARNISH AND LACQUER USE .......................................................... 52

6.15    TESTING OR OPERATION OF RADIO EQUIPMENT ..................................... 52

6.16    DELIVERY OF AVIATION FUELS .................................................................. 52

**RULE 7.0 AIRPORT SECURITY** ............................................................................. **54**

7.1      GENERAL PROVISIONS ............................................................................... 54

7.2      SECURITY BADGES ..................................................................................... 54

7.3      AIRPORT ID BADGE HOLDER AND EMPLOYER SECURITY RESPONSIBILITIES /
         ACCESS CONTROL PROCEDURES.............................................................. 56

7.4      TRANSPORTING ITEMS INTO THE RESTRICTED AREA............................ 60

7.5      VIDEO MONITORING AND RECORDING DEVICES/ACCESS TO AIRPORT CLOSED
         CIRCUIT TELEVISION (CCTV) SYSTEM....................................................... 63

7.6      OTHER RESTRICTED AREAS....................................................................... 64

7.7      PROHIBITIONS.............................................................................................. 65

7.8      QUALITY STANDARDS PROGRAM ("QSP").................................................. 65

**RULE 8.0 AIRPORT ENVIRONMENTAL STANDARDS** .......................................... **66**

8.1      AIR QUALITY ................................................................................................ 66

8.2      FOOD SERVICE REQUIREMENTS ............................................................... 66

8.3      GREEN BUSINESS AND GREEN CLEANING PROGRAM ............................. 67

8.4      INTEGRATED PEST MANAGEMENT ............................................................ 68

8.5      WASTE AND HAZARDOUS WASTE MANAGEMENT .................................... 68

8.6      WATER QUALITY .......................................................................................... 69

**RULE 9.0 COMMERCIAL ACTIVITIES ON AIRPORT PROPERTY** ................................................. **76**

9.1    AIRPORT OPERATING PERMIT REQUIRED ................................................. 76

9.2    OPERATING A BUSINESS ON AIRPORT PROPERTY ................................. 76

9.3    AIRPORT INFRASTRUCTURE ................................................................. 76

9.4    AIRPORT MAPPING ................................................................................ 76

9.5    **ON-SITE PERSONNEL** ....................................................................... **76**

9.6    CONSTRUCTION ACTIVITY ON AIRPORT PROPERTY; AIRPORT BUILDING
       REGULATIONS ....................................................................................... 77

**RULE 10.0 TRIP REDUCTION RULE** ........................................................................ **78**

10.1   PROGRAM  OBJECTIVES ...................................................................... 78

10.2   REQUIREMENTS OF ALL AIRPORT TENANTS AND CONTRACTORS UNDER
       INDIVIDUAL TENANT AGREEMENTS WITH 20 OR MORE EMPLOYEES IN THE
       UNITED STATES ..................................................................................... 78

10.3   PENALTIES FOR NON-COMPLIANCE ...................................................... 79

**RULE 11.0 NOISE ABATEMENT REGULATION** ..................................................... **80**

11.1   PURPOSE ............................................................................................... 80

11.2   EFFECTIVE DATE ................................................................................... 80

11.3   DEFINITIONS .......................................................................................... 80

11.4   REGULATION .......................................................................................... 81

11.5   CONSTRUCTION OF THE REGULATION ................................................. 83

11.6   SEVERABILITY ....................................................................................... 83

11.7   REPEAL .................................................................................................. 83

**RULE 12.0 WORKFORCE HARMONY** ..................................................................... **84**

12.1   LABOR PEACE/CARD CHECK RULE ....................................................... 84

12.2   WORKER RETENTION POLICY ............................................................... 84

**RULE 13.0 FREE SPEECH AND EXPRESSIVE ACTIVITIES** ................................... **85**

13.1   FINDINGS ............................................................................................... 85

13.2   GENERAL REQUIREMENTS ................................................................... 86

13.3   APPROPRIATE AREAS ........................................................................... 87

13.4   SOLICITING FOR THE IMMEDIATE RECEIPT OF FUNDS PROHIBITED ...... 87

13.5   PERMIT REQUIRED ................................................................................ 88

13.6   PROHIBITED CONDUCT ......................................................................... 89

13.7   SUSPENSION AND REVOCATION OF PERMITS ...................................... 90

13.8   EMERGENCIES ...................................................................................... 91

13.9   EFFECTIVE DATE ................................................................................... 91

City and County of San Francisco                          Airport Commission Rules and Regulations

**RULE 14.0 ENFORCEMENT AND ADMINISTRATIVE APPEAL PROCEDURE ........................... 92**

14.1    ENFORCEMENT GENERALLY ........................................................................ 92

14.2    GENERAL AND ADMINISTRATIVE FINES ..................................................... 92

14.3    AMOUNT OF FINES ....................................................................................... 94

14.4    INDIVIDUAL INFRACTIONS ........................................................................... 95

14.5    REVIEW AND APPEAL PROCEDURE............................................................ 97

**APPENDICES**

**A       Baggage Hygiene Policy**

**B       Ground Support Equipment Safety Inspection Program**

**C       Labor Peace/Card Check Program**

**D       Worker Retention Program**

**E       Potable Water Service and Supply**

**F       Building Regulations**

**G       Citation Review and Appeal Forms**

**H       Remote Bus Operations**

City and County of San Francisco                    Airport Commission Rules and Regulations

# RULE 1.0

## DEFINITIONS

Unless otherwise expressly stated and defined in a separate Rule and Regulation, the following terms in **bold** font shall for the purpose of these Rules and Regulations have the meaning indicated following the colon (**:**).

**Aircraft:**  Any and all contrivances now known or hereafter designed, invented, or used for navigation of or flight in the air.

**Airline Cargo Areas:**  Those areas where the primary activity is the loading, unloading, storage and overall processing of air freight and mail.  The Air Cargo Area includes, but is not limited to, cargo buildings/hangars, loading docks, aircraft aprons, and auto parking.

**Airline Maintenance Areas:**  Those areas where the primary activity is the routine maintenance and/or major overhaul of air carrier aircraft and engines, parts, accessories, ground support vehicles and other equipment.  The Airline Maintenance Area includes, but is not limited to, maintenance hangars, aircraft aprons, and auto parking.

**Airline Support Areas:**  Those areas where activities other than airline maintenance, cargo, and passenger processing that support overall airline operations are conducted.  The Airline Support Area includes, but is not limited to, in-flight kitchens, catering, employee cafeterias, parking lots, offices, storage facilities, and training schools.

**Air Operations Area (AOA):**  That portion of the Airport designated and used for aircraft movement including landing, taking off, or surface maneuvering of aircraft.  The AOA includes the Movement Area and excludes the Secured Area.

**Airport:**  All land and improvements located within the geographical boundaries of the San Francisco International Airport, San Mateo County, California, exclusive of the SFO U.S. Coast Guard Air Station. "Airport" may also be referred to as "SFO" or "SFIA".

**Airport Airfield Areas:**  Those areas where the primary activity is the accommodation of aircraft operations.  Aircraft operations include aircraft landing, taxiing, take-off, and passenger enplanement/deplanement at a gate.  The Airfield Area includes, but is not limited to, the landing areas, runways, taxiways, ramps, aprons, adjacent infield areas, airfield lighting, navigational aids, secured service roads, and other facilities necessary for the support and maintenance of the airfield areas.

**Airport ID Badge:**  Airport-issued identification providing the holder access to the SIDA and/or sterile, secure, or restricted areas of the Airport as designated by the Airport and as provided under federal law and these Rules and Regulations (see Rule 7).  A person holding an Airport ID badge does so as a privilege and not as a right.

**Airport Landside Areas:**  Those areas of the Airport that include, but are not limited to, on-Airport roadways, courtyards, bridges, parking lots, garages, and transportation systems.  The primary activity in the Landside Area is the movement of goods, services and people, including transporting employees, passengers, meeters and greeters, and various business and service company personnel, from outside the Airport to all areas within the Airport.

**Airport Operations Bulletin (AOB):**  A notice issued by the Airport concerning specific operational requirements for Airport tenants or contractors.  AOBs have an issue date and an expiration date.  The adoption of any amendment to these Rules and Regulations may incorporate all or any applicable portion of current AOBs into the Rules and Regulations.  AOBs issued after the adoption date of the most recent

amendment to the Rules and Regulations shall have the force and effect of a Rule and may be enforced as provided in Rule 14.

**Airport Security Bulletin (ASB):**  A notice issued by the Airport concerning specific security requirements for Airport tenants or contractors.  ASBs have an issue date and an expiration date.  The adoption of any amendment to these Rules and Regulations may incorporate all or any applicable portion of current ASBs into the Rules and Regulations.  ASBs issued after the adoption date of the most recent amendment to the Rules and Regulations shall have the force and effect of a Rule and may be enforced as provided in Rule 14.

**Airport Security Program (ASP):**  The security program issued by the Director which contains procedures, measures, facilities and equipment designed to ensure Airport security both required and approved by the Transportation Security Administration.

**Airport Support Areas:**  Areas where activities are conducted that serve both public as well as private interests in general support of the Airport's Operations and other functional areas.  The Airport Support Area includes, but is not limited to, crash/fire rescue stations, utility facilities and distribution systems; storm and sewage drainage facilities; Airport administration, maintenance, engineering and police facilities; auto parking; bank and hotel facilities; commercial office buildings; educational facilities; fuel storage areas; State and Federal agency facilities (Coast Guard, FAA, FBI).

**Airport Terminal Areas:**  Areas where the primary activity is the processing of airline passengers.  Passengers processing includes baggage check-in, ticketing, aircraft enplaning and deplaning, inter-terminal/transportation center connections, food servicing, rental car transactions and all other normally associated services and amenities available for processing passengers.  The Terminal Area includes, but is not limited to, terminal buildings, baggage facilities, boarding areas, parking lots/garages and transportation centers.

**Airport Traffic Control Tower (ATCT):**  The Airport Traffic Control Tower, located between Terminal 1 and Terminal 2, governs and oversees all activity in the Movement Area including but not limited to the use of taxiways and runways.  The ATCT is operated and controlled by the Federal Aviation Administration (FAA).

**Apron:**  That portion of the Secured Area/AOA which accommodates aircraft for the purposes of parking, loading and unloading passengers or cargo, refueling, or maintenance.  Same as Ramp (see Rule 1.36).

**Architecture and Engineering Standards:**  The Airport Architecture and Engineering Standards is a document issued by the Director that sets forth the design and construction standards for most works of improvement on Airport property.  The Architecture and Engineering Standards shall apply on a per project basis as determined in the sole discretion of the Airport.  Where applicable, the Architecture and Engineering Standards shall function as a supplement to the Airport Building Regulations.

**Building Regulations:**  The Airport Building Regulations set forth the building code requirements for all works of improvement on Airport property.  The Building Regulations are adopted by the Airport Commission and incorporated by reference into these Rules and Regulations as Appendix F.

**Bus:**  A motor vehicle with a seating capacity for 11 or more passengers, including the driver, which is used or maintained for the transportation of passengers.  Buses exclusively powered by electricity, natural gas, or hydrogen as approved by the Director shall be considered clean fuel vehicles.

**City:**  The City and County of San Francisco.

**Clear Zone:**  The area adjacent to the Secured Area/AOA perimeter fence measuring 10 feet on each side of the AOA fence line.

**Commission:**  The Airport Commission of the City and County of San Francisco.

**Contractor:**  Any contractor, subcontractor (at any tier), or vendor providing services or goods to, on, or about the Airport.  Contractor includes any agent of contractor.  The reference to a contractor shall be interpreted in the broadest sense and this definition shall not be used to narrow the applicability of these Rules and Regulations.

**Courtesy Vehicle:**  Those vehicles which are used in the business operation of any hotel, motel, parking lot, restaurant or auto rental office solely to transport customers between points at San Francisco International Airport and such hotel, motel, parking lot, restaurant or automobile rental office located on or off Airport property.  Courtesy vehicles exclusively powered by electricity, natural gas, or hydrogen gas approved by the Director shall be considered clean fuel vehicles.

**Director:**  The Airport Director for the City and County of San Francisco or his/her duly authorized representative or designee.

**Environmental Law:**  Any federal, state, local, or administrative law, rule, regulation, order, or requirement relating to industrial hygiene, environmental conditions, or Hazardous Materials, whether now in effect or hereafter adopted, including but not limited to the Comprehensive Environmental Response, Compensation and Liability Act of 1980, as amended (42 U.S.C. Sections 9601, et seq.), the Resources Conservation and Recovery Act of 1976 (42 U.S.C. Section 9601, et seq.), the Clean Air Act (42 U.S.C. Section 7401, et seq.), the Clean Water Act (33 U.S.C. Section 1251, et seq.), the Safe Drinking Water Act (14 U.S.C. Section  401, et seq.), the Hazardous Materials Transportation Act (49 U.S.C. Section 1801, et seq.), the Toxic Substance Control Act (15 U.S.C. Section 2601, et seq.), the California Hazardous Waste Control Law (California Health and Safety Code Section 25100, et seq.), the Porter-Cologne Water Quality Control Act (California Water Code Section 13000, et seq.), and the Safe Drinking Water and Toxic Enforcement Act of 1986 (California Health and Safety Code Section 25249.5, et seq.).

**Foreign Object Debris (FOD):**  Any material found on runways, taxiways, and aprons that can cause damage to aircraft.

**Fuel Storage Area:**  Those portions of the Airport designated by the Airport Commission as areas in which gasoline or any other type of fuel may be stored, including, but not limited to gasoline tank farms and bulkheads, piers or wharves at which fuel is loaded.

**Hazardous Materials:**  Any material that, because of its quantity, concentration, or physical or chemical characteristics, is deemed by any federal, state, or local governmental authority to pose a present or potential hazard to human health or safety or to the environment.  "Hazardous Material" includes, without limitation, any material or substance defined as a "hazardous substance," "pollutant," or "contaminant" pursuant to any Environmental Law; any asbestos and asbestos containing materials; and petroleum, including crude oil or any fraction thereof, natural gas or natural gas liquids.

**Incursion:**  Any occurrence at the Airport involving the incorrect presence of an aircraft, vehicle or person on the protected area of a surface designated for the landing and take-off of aircraft.

**Jet Blast:**  The jet engine exhaust or propeller wash from an aircraft.

**Landing Area:**  Those portions of the Airport, including runways and taxiways, designated and made available for the landing, taking off, and taxiing of aircraft and shall include other areas between and adjacent to said runways and taxiways.

**Limousine:**  A chauffeur-operated sedan (standard or extended length), sport utility vehicle (standard or extended length), or other Airport-approved vehicle available for charter, having a seating capacity of not less than four passengers nor more than nine passengers, including the driver, and which requires a Charter Party Permit from the State of California Public Utilities Commission.  Limousines exclusively powered by electricity, hybrid-electricity, natural gas, or hydrogen as approved by the Director shall be considered clean fuel vehicles.

**Movement Area:**  That portion of the AOA used exclusively for the take-off, landing, and maneuvering of aircraft, comprised of runways, taxiways, and safety areas.  Safety areas are the surfaces surrounding the runways and taxiways prepared or suitable for reducing the risk of damage to an airplane.

**Operator on the Secured Area/Air Operations Area (AOA):**  Any person who is in actual physical control of an aircraft or a motor vehicle on the AOA.

**Oversize Vehicle:**  Any vehicle exceeding the posted height and width limitations of the service road and underpasses.

**Owner on the Secured Area/Air Operations Area (AOA):**  A person who or entity that holds the legal title to an aircraft or a motor vehicle on the AOA.

**Passenger Boarding Bridge:**  An enclosed movable connector which extends from the Airport Terminal to an airplane enabling passengers to board and disembark.

**Passenger Ramp Area:**  Those portions of the Airport designated for the ground level loading of passengers to and from aircraft.

**Permit:**  A written authorization issued by the Director which authorizes specific activity or occupancy of space within the Airport.

**Person:**  Any individual, firm, co-partnership, corporation, company, association, joint stock association, or political body, and includes any trustee, receiver, assignee, or representative thereof.

**Police:**  The Airport Bureau of the San Francisco Police Department (SFPD or SFPD-AB).

**Pre-Arranged Lower-Level Transit Service (see also Shared Ride Van Service):**  Shared Ride Van Service provided in vans between the Airport and any destination requested in advance of the pickup by a passenger that lies within a carrier's authorized service area, pursuant to a Passenger Stage Certificate issued by the State of California Public Utilities Commission and a Commercial Ground Transportation Operating Permit issued by the Director.

**Ramp:**  That portion of the Secured Area/AOA which accommodates aircraft for the purposes of parking, loading and unloading passengers or cargo, refueling, or maintenance.  See Apron (Refer to Rule 1.12).

**Restricted Areas:**  The areas of the Airport to which entry or access by the general public is either limited or prohibited.  All areas other than public areas are considered restricted.  See also Security Identification Display Area (SIDA).

**Roadway:**  That portion of a highway, street, or Vehicle Service Road (VSR) improved, designed, or ordinarily used for vehicular travel.

**Scheduled Service:**  A ground transportation service which operates to established stops or drop off points adhering to an established schedule with valid operating authority from the State of California Public Utilities Commission.

**Secured Area:**  Those portions of the Airport designated in the Airport Security Plan (ASP) to which access is restricted and controlled where aircraft operators enplane and deplane passengers and sort and load baggage.

**Security Identification Display Area (SIDA):**  Each secured area designated by the Airport as requiring an Airport-issued identification badge (Airport ID badge), in conformance with 49 CFR Section 1542.205.  .

**Service Road:**  The designated roadway network on the airfield side of the facility.  That network includes both painted and unpainted traffic lanes around the passenger terminals, cargo facilities and maintenance areas.

**Shared Ride Van Service:**  Transportation service provided in vans between the Airport and any destination requested by a passenger that lies within a carrier's authorized service area, pursuant to a Passenger Stage Certificate issued by the State of California Public Utilities Commission and a Commercial Ground Transportation Operating Permit Issued by the Director.

**Sterile Area:**  Those portions of the Airport's terminal complex between the entrances to aircraft and the TSA-controlled security checkpoints for the screening of persons and property.

**Tailgating:**  The unauthorized process of two or more persons entering the Secured Area/AOA on the same card swipe.  This is also known as "piggybacking."

**Taxicab:**  A passenger-carrying vehicle of distinctive color or colors, of an appearance customary for taxicabs in the United States, operated at rates per mile or upon a waiting time basis or both, equipped with a taxi meter, and used for the transportation of passengers for hire over and upon the public streets and highways, not over a defined route but in accordance with and under the direction of the person hiring such vehicle as to the route and destination.  Taxicabs exclusively powered by electricity, hybrid-electricity, natural gas, or hydrogen as approved by the Director shall be considered clean fuel vehicles.

**Tenant:**  Any lessee, sublessee, permittee, licensee, or other permitted occupant of land or premises within the boundaries of the Airport.  Tenant includes any agent of tenant.  The reference to a tenant shall be interpreted in the broadest sense and this definition shall not be used to narrow the applicability of these Rules and Regulations.

**Tenant Construction:**  Any new construction, alteration, replacement, renovation, repairs, relocation or demolition by an Airport tenant or its contractor(s).

**Tenant Improvement Guide (TIG):**  The Airport Tenant Improvement Guide is a document issued by the Director which sets forth the requirements for any Tenant Construction.  The Airport may also, in its sole discretion and on a per project basis, issue additional requirements or parameters as provided in a supplemental Tenant Work Letter or similar documentation.

**Terminal Building:**  All buildings and structures located within the Airport and open to the public for the purpose of flight ticket purchase, public lobby waiting, baggage check-in and those other services related to public air travel.

**Transportation Network Company (TNC):**  Defined by the California Public Utilities Commission (CPUC) as "an organization, whether a corporation, partnership, sole proprietor, or other form, operating in California that provides prearranged transportation services for compensation using an online-enabled application (app) or platform to connect passengers with drivers using their personal vehicles."  In the event the definition is modified by the CPUC or by statute, all such modifications are incorporated here by reference without the need for further amendment of these Rules and Regulations.

**Transportation Security Administration (TSA):**  The Federal agency created by the November 19, 2001 enactment of the Aviation Transportation and Security Act (ATSA) responsible for overall security of the nation's transportation system.

**Trip:**  Each time a permittee's vehicle passes in front of the Airport's terminal buildings, whether on the upper or lower roadway, except for those scheduled transit permittees who operate on an Airport-approved schedule.  A trip for a scheduled transit permittee is defined as a scheduled arrival at/or departure from the Airport.

**Van:**  A motor vehicle with a seating capacity for 10 or fewer passengers, including the driver, which is used or maintained for the transportation of passengers.  Vans exclusively powered by electricity, natural gas, or hydrogen as approved by the Director shall be considered clean fuel vehicles.

**Vehicle:**  Any automobile, truck, motorcycle, bicycle, and other wheeled conveyances in which any person or property can be transported upon land, except aircraft.

**Vehicle Checkpoint:**  Any security checkpoint for vehicle entry onto the AOA.

**Water Perimeter Security Zone (WPSZ):**  A zone that extends 200 yards seaward from the high tide mark of the shorelines surrounding the Airport.  The security zone is identified by a buoy system deployed at prescribed geographical latitudes/longitudes.

City and County of San Francisco                    Airport Commission Rules and Regulations

# RULE 2.0

## VIOLATION, SEVERABILITY AND INTERPRETATION

**2.1.    ADMINISTRATIVE INTERPRETATION OF RULES**

In the event that any provision of these Rules and Regulations is deemed to be ambiguous and a determination as to the meaning of the provision is required, the matter shall be referred to the Director. The Director's determination as to the meaning of the provision shall be final and shall be deemed incorporated in these Rules and Regulations as though it were here fully set forth.

**2.2.    VIOLATION OF RULES**

Any person who violates, disobeys, omits, neglects or refuses to comply with any of the provisions of these Rules and Regulations or any lawful order issued pursuant thereto may be denied use of the Airport by the Director and/or may be subject to an administrative fine as provided under Rule 14.  Any administrative fines imposed for violation of these Rules and Regulations shall be in addition to and not exclusive or preclusive of any other civil, legal, or administrative penalties available under federal, state, local, or administrative law or under any lease, permit, or contract.

**2.3.    SEVERABILITY**

**(A)**    If any Rule, section, subsection, subdivision, paragraph, sentence, clause or phrase of these Rules and Regulations or any part thereof, is for any reason held to be unconstitutional or invalid or ineffective by any court of competent jurisdiction, or other competent agency, such decision shall not affect the validity or effectiveness of the remaining portions of these Rules and Regulations or any part thereof.

The Airport Commission hereby declares that it would have passed each rule, section, subsection, subdivision, paragraph, sentence, clause or phrase thereof, irrespective of the fact that any one or more sections, subsections, subdivisions, paragraphs, sentences, clauses or phrases be declared unconstitutional or invalid or ineffective.

**(B)**    If the application of any provision or provisions of these Rules and Regulations to any lot, building, sign or other structure, or parcel of land is found to be invalid or ineffective in whole or in part by any court of competent jurisdiction, or other competent agency, the effect of such decision shall be limited to the property or situation immediately involved in the controversy, and the application of any such provision to other properties and situations shall not be affected.

**(C)**    This Section 2.3 shall apply to every portion of these Rules and Regulations as it has existed in the past, as it now exists and as it may exist in the future, including all modifications thereof and additions and amendments thereto.

# RULE 3.0

## GENERAL

Written operating procedures issued by the Director shall be appended to these Rules and Regulations as addenda.  Such addenda will be issued as Airport Operations Bulletins (AOB) and shall remain in effect until included in subsequent amendments to these Rules and Regulations or deleted at the direction of the Director.

## 3.1   APPLICABLE LAWS AND RULES

**(A)**   All applicable Federal and State laws and regulations and the laws and regulations of any other legal authority having jurisdiction, as now in effect or as they may from time to time be amended, are hereby incorporated as part of these Rules and Regulations as though set forth here in full.  A violation of law on Airport property shall also be considered a violation of these Rules and Regulations.  Any criminal or civil penalty resulting from a violation of law on Airport property shall neither exclude nor preclude enforcement of these Rules and Regulations, including but not limited to the imposition of administrative fines or the suspension or revocation of an Airport ID badge.

**(B)**   Permits issued by the Airport are the property of the Airport and are subject to revocation by the Director.

## 3.2   EMERGENCIES

**(A)**   When the Director determines that an emergency affecting the health, welfare and/or safety of persons and/or property exists at the Airport, the Director shall be empowered to take such action which, in his or her  discretion and judgment, is necessary or desirable to protect persons and property and to facilitate the operation of the Airport.

**(B)**   During such an emergency the Director may suspend these Rules and Regulations, or any part thereof, and the Director may  issue such orders, rules and regulations as may be necessary.

**(C)**   The Director shall at all times have authority to take such reasonable action as may be necessary for the proper conduct and management of the Airport and the public.

## 3.3   GENERAL CONDUCT

**(A)**   **Activities Generally**

No tenant, tenant employee, or any other employee authorized to perform any function on the Airport, shall in any way assist any person to engage in any activity on the Airport which is not authorized by the Commission or Director.

**(B)**   **Advertisements**

Except as may be allowed under Rule 13 of the Rules and Regulations, no person shall post, distribute, or display signs, advertisements, circulars, printed or written matter at the Airport, without the express written consent of the Director and in such manner as the Director may prescribe.

City and County of San Francisco                    Airport Commission Rules and Regulations

**(C)     Bicycles and Other Devices**

**(1)     Secured Area/Air Operations Area**

Bicycles, skateboards, hoverboards, rollerblades/skates, scooters, ridable luggage, and/or other personal transportation devices, shall not be operated on the Secured Area/Air Operations Area (AOA) outside a tenant's leasehold area unless authorized by the Director. Permitted operators must comply with all Airport vehicle and traffic rules. Bicycles and other devices must have operational headlights and taillights during night or during periods of limited visibility.  The vehicle service roads, vehicle checkpoints, and ramps areas are all part of the AOA.

**(2)     Public Areas**

Bicycles, skateboards, hoverboards, rollerblades/skates, scooters, ridable luggage, and/or other personal transportation devices, excluding those necessary for medical purposes, are prohibited from operating on any Airport inbound or outbound roadway, terminal roadways, sidewalks, or within terminal buildings except as explicitly permitted by the Director.  All bicyclists must comply with applicable California Vehicle Code Laws.

Bicycles must be parked in designated Airport bicycle racks in compliance with posted signage.  Bicycles and/or locks left unattended for more than 30 days may be subject to confiscation.  Dockless bicycles, scooters, or other personal transportation devices must be left within five feet of Airport bicycle racks or other designated locations and may not obstruct pedestrian or vehicle circulation.  Dockless transportation devices left unattended, more than five feet from a bicycle rack, or obstructing pedestrian or vehicle circulation, shall be subject to immediate confiscation.

Entities supplying dockless transportation devices to the public may not use Airport property as a designated pick-up or drop-off location without the express written permission of the Director.

The Airport is not responsible for the loss, theft, or damage of any personal transportation device on Airport property.

This Rule 3.3(C)(2) does not apply to the use of bicycles, Segways, or other transportation devices used by on-duty law enforcement personnel.

**(3)     Leaseholds**

Within tenant leaseholds, bicycles or other personal transportation devices may be parked anywhere that does not negatively impact the flow of pedestrian or vehicular traffic, negatively impact adjoining property owners or leaseholds, or cause damage to Airport landscaping or infrastructure.  Airport tenants may set their own policies for parking such devices within their leasehold area.

**(D)     Commercial Activities**

No person shall enter or remain on Airport property and buy, sell, peddle or offer for sale or purchase any goods, merchandise, property or services of any kind whatsoever, to, on, or from Airport property, without the express written consent of the Director or the Director's duly authorized representative.

No person shall operate or promote a business on Airport property or through the Airport's wireless internet system, without first obtaining a valid permit, lease, or other written permission granted by the Director (see also Rule 9).

City and County of San Francisco                                    Airport Commission Rules and Regulations

**(E)      Commercial Photography**

No person, except representatives of the news media on duty or during official assignments, shall take still, motion, television, or sound pictures for commercial purposes on the Airport without the express written consent of the Director.

**(F)      Communications**

The Airport has made available to its tenants and contractors access to a web-based information program known as PASSUR.  The program is available to all Airport users and provides comprehensive information regarding the current and anticipated status of Airport operations and supporting infrastructure.  All airlines must provide the Director with at least one valid email address capable of accepting critical Airport PASSUR notifications and alerts.

**(G)      Damage to Airport Property**

No person shall destroy or cause to be destroyed, injure, damage, deface, or disturb in any way, property of any nature located on the Airport, nor willfully abandon any personal property on the Airport.  Any person causing or responsible for such injury, destruction, damage or disturbance shall report such damage to the Police, remain at the incident location, and upon demand by the Director, shall reimburse the Airport for the full amount of the damage.  If the damage occurs on the Air Operations Area (AOA), contact the Airport Communications Center at 911.

Any person causing or failing to report and/or reimburse the Airport for injury, destruction, damage, or disturbance of Airport property, may be refused the use of any facility and may lose all security badge and access privileges at the discretion of the Director, until and unless a report and/or full reimbursement has been made.

**(H)      Dogs and Other Animals**

No person shall enter a terminal building with any animal, except certified service animals, unless the animal is properly confined or ready for shipment.  Animals, except certified service animals, are prohibited in other public areas of the Airport unless properly on a leash or otherwise restrained in such manner as to be under control.

**(I)      Emergency Procedures**

Emergencies shall be reported immediately to Airport Communications by dialing 911 from a courtesy or cell phone.

All airline tenants must develop and maintain written procedures to be used in the event of a bombing and/or bomb threat, natural disaster, hijacking or other emergency and train their personnel in the implementation of those procedures.  Airline tenants must annually provide the Director with their emergency procedures and these procedures must interface with procedures established by the Commission.

**(J)      Golf Carts**

The use of golf carts anywhere in the Airport terminals, including the passenger boarding areas, is strictly prohibited, except for limited use by Airport staff.

**(K)      Hours of Operation**

The Airport's regular hours of operation are 6:00am-10:00pm.  During the hours of 10:00pm-6:00am, only ticketed passengers, persons engaged in transporting ticketed passengers, and persons holding an Airport ID badge may use Airport facilities.

**(L)     Litter and Refuse**

No person shall place, discharge, or deposit in any manner, food waste and other compostable materials, recyclable materials, landfill waste/trash, or other refuse anywhere on the Airport, except in Airport-approved receptacles and other such places designated by the Director.  Tenant may not place or leave or permit to be placed or left in or upon any part of the common areas or areas adjacent to its demised premises any garbage, debris, or refuse.  All litter and refuse must be covered when transported in vehicles, and all receptacles for said materials must have covers. Stored or transported litter or refuse must be in tied plastic bags.  Trash bags shall not be left unattended on jet bridges, outside garbage receptacles, or any portion of the ramp surface.

**(M)     Lost and Found Articles**

Any person finding lost articles shall submit them to the Police or an Information Booth attendant. Any lost articles abandoned within the passenger security checkpoints will be turned over to the Transportation Security Administration personnel.

**(N)     Nondiscrimination Policy**

**(1)**     It is the policy of the Airport Commission that all individuals employed on Airport property, including Airport Commission employees, other City employees, and the employees of tenants or contractors are entitled to work without being subjected to discrimination and harassment.

**(2)**     It is also the policy of the Airport Commission that no tenant or contractor shall discriminate or harass any person employed at SFO or seeking the customer services of tenants or contractors on the basis of the person's actual or perceived race, color, creed, religion, national origin, ancestry, age, sex, sexual orientation, gender identity, domestic partner status, marital status, disability or AIDS/HIV status, weight, height or residence/ business location.

**(3)**     Upon the receipt of a complaint that this nondiscrimination policy has been violated, the Director shall immediately and thoroughly investigate the complaint.

**(4)**     Should the Director find that a tenant or contractor has violated this policy, the Director may take appropriate corrective action, including but not limited to, imposing a requirement that the tenant or contractor provide diversity, disability access, and cultural sensitivity training to its Airport based employees.

The required training shall take place within a time frame designated by the Director.  The tenant or contractor shall be responsible for all costs associated with the training.  Tenant or contractor shall choose a trainer from a list provided by the Airport.

**(5)**     All organizations employing individuals at the Airport, including tenants or contractors, are urged to provide their employees with annual workplace diversity, disability access, and cultural sensitivity training, which the Director may also require at his or her discretion. Any training sponsored or directed by the Airport shall be in addition to, and not a replacement for, any other training as required by local, state or federal law.

**(6)**     The Airport Commission shall provide reasonable levels of technical assistance to those organizations requiring support to develop workplace diversity and cultural sensitivity training.

**(O)     On-Demand Mobile Fueling Prohibited**

On-Demand mobile fueling operations on Airport property (as referenced in California Fire Code Section 5707) are strictly prohibited.  No business may engage in fueling activities in the absence of a permit issued by the Airport.  This prohibition is intended to be broadly construed and applied to on-demand fueling of vehicles in Airport garages, parking lots, holding lots, or on roadways.  This prohibition does not apply to approved service vehicles and aircraft operating in the Air Operations Area (AOA).  (AOB 20-01)

**(P)     Passenger Elevators, Moving Walkways and Escalators**

Passenger elevators, moving walkways and escalators shall be restricted to passenger use only.  Cargo shall be confined to freight elevators.

Tenants, contractors, and employees are prohibited from using carts for transporting goods or supplies on escalators and moving walkways.  Elevators, rather than escalators, shall be used for the movement of hand trucks and similar equipment.  Cart and hand trucks are prohibited from being used on escalators and moving walkways.

**(Q)     Pedestrian Safety**

(1)     No pedestrian shall traverse the aircraft apron area between boarding areas, enter the AOA via vehicle checkpoints, or walk along vehicle service roads.

(2)     No pedestrian may traverse a roadway between terminal buildings and parking garages except in designated crosswalks, pedestrian crossover bridges, or pedestrian tunnels.

(3)     Except when proceeding in a crosswalk, no pedestrian may intentionally stop or delay traffic on any Airport roadway.

**(R)     Restricted Areas**

No person shall enter any restricted area posted by the Director as closed to the public, except persons assigned to duty therein or authorized by the Director, and who are in possession of a proper permit and an Airport ID badge.

**(S)     Signs**

No person shall install a sign on Airport property  exposed to public view without prior written approval from the Director.  Hand lettered, photocopied or paper signs are strictly prohibited.  Tenant or contractor sign installations shall conform to the requirements of the San Francisco International Airport Tenant Improvement Guide (TIG).

**(T)     SmarteCartes**

SmarteCartes are an amenity for Airport passengers only.  They are not for use by employees, tenants, or contractors to haul items such as trash, odd size bags, maintenance items, *etc.*, nor are they to be held or stored in employee or tenant leasehold areas for any reason.  Use of SmarteCartes on the AOA is strictly prohibited due to safety concerns.

**(U)     Smoking**

**(1)**     Secured Area/Air Operations Area

No person shall smoke or carry lighted or unlighted cigars, cigarettes, electronic cigarettes, pipes, matches or any naked flame in or upon the Secured Area/Air Operations Area nor any

City and County of San Francisco                    Airport Commission Rules and Regulations

open deck, gallery or balcony contiguous to or overlooking the Secured Area/Air Operations Area.

**(2)**     Places of Employment

Smoking, and use of electronic cigarettes, is prohibited in enclosed places of employment.

**(3)**     Prohibition of Smoking in Public Areas of Airport

(a)  Smoking, and use of electronic cigarettes, is prohibited in all public areas of San Francisco International Airport terminal buildings**.**

(b)  The public areas of San Francisco International Airport terminal buildings include all enclosed areas of the buildings to which members of the general public have access. Such areas include, by way of example only, terminal lobbies, baggage claim areas, restaurants, restrooms open to the public, stairways, hallways, escalators, moving walkways, elevators, and observation decks.

(c)  Smoking, and use of electronic cigarettes, is prohibited in public curbside areas outside of and adjacent to Airport terminal buildings except in specifically designated areas.

(d)  Designated smoking areas are located outside terminal buildings at the departure and arrival levels and at a minimum of 20' from the building entrances.

(e)  Smoking, and use of electronic cigarettes, is prohibited in the Airport's designated ground transportation zones at the terminals, Rental Car Center, and Long Term Parking Garage, and at the ground transportation staging lots, including the taxicab staging lots, except in specifically designated areas.

**(V)     Use of Airport Property, Equipment and Systems**

For Airport-owned property, equipment, and systems, the Airport reserves the right to require that individuals receive training prior to use of such property, equipment and systems.

**(W)     Weather Action Plan/Tenant All-Weather Program**

All Airport tenants who conduct outside operations must develop and maintain a weather action plan.  The plan must provide requirements, constraints, and process to reduce weather-related risk to workers, passengers, and facilities.

The plan should address a broad spectrum of weather-related events, including flooding, tornadoes, thunderstorms, typhoons, high winds, tropical storms, extreme temperatures, and air quality with the following core elements:

▪   Written plan that is well communicated to employees through awareness training and access to program details.
▪   Notification system to receive and disseminate weather-related information, which may be through a contract weather service.
▪   Identification of weather-related threats and dissemination of weather watch, warning, or stage alerts to employees to ensure proper response.
▪   Employer and employee requirements, including ownership of program document for amendment and provide control measures.
▪   Regulatory compliance.

City and County of San Francisco                                    Airport Commission Rules and Regulations

- ▪ Evacuation / communication procedures in the event of an extreme weather event, aligned with emergency evacuation plan requirements as specified in Rule 3.3(I) of these Rules and Regulations.

Employers should conduct weather threat reviews to identify hazards associated with their operations.  This threat analysis is the building block for program requirements and constraints.

All weather plan requirements should outline activities based on elements such as storm direction, speed, intensity, temperature, wind levels, water levels, lightening activity, and air quality.  Those weather factors along with identified threats may indicate requirements for activities such as securing aircraft, equipment, and facilities.  Response requirements should also indicate activities that should be curtailed during specific weather events, including but not limited to high lift work, fueling, movement and general ramp work.  Planned activities or the curtailment of activities must be aligned with state and federal regulatory requirements, as well as these Rules and Regulations.

Where applicable, plan requirements should address passenger safety.  This may involve controlling passenger movement including boarding and debarking activity, holding passengers in gate areas and interaction with flight crews.

**(X)    Wildlife Management**

No person shall feed, approach, disturb, frighten, hunt, trap, capture, wound, kill or disturb the habitat of any wild bird, mammal, reptile, fish, amphibian or invertebrate anywhere on Airport property.  Furthermore, no person shall create an attractant for rodents or other wildlife by leaving food or debris in any open and exposed area.  It is the responsibility of the tenant to maintain its leasehold areas in a manner that does not promote wildlife hazards.  This prohibition shall not apply to the following:

**(1)**    Action taken by public officials or their employees and agents, within the scope of their authorized duties, to protect the public health and safety.

**(2)**    The taking of fish as permitted by State Fish and Game Regulations.

**(3)**    The capturing and/or taking of wildlife for scientific research purposes when done with written permission from the Director.

**3.4    AIRPORT CONSTRUCTION AND OBSTRUCTION CONTROL**

**(A)**    No person shall:

**(1)**    erect, construct, modify or in any manner alter any structure, sign, post or pole of any type;

**(2)**    alter or in any way change color, design or decor of existing Airport improvements;

**(3)**    operate, park, or store any equipment, vehicles, supplies or materials;

**(4)**    create any mounds of earth or debris;

**(5)**    cause or create any physical object on land or water that penetrates the operational air space;

**(6)**    conduct any work on Airport premises without first obtaining a building permit from Building Inspection and Code Enforcement (BICE) of the Airport Planning, Design & Construction Division and without strict compliance and adherence to the safety specifications and directions of the Director.

Any owner or authorized agent who intends to construct, enlarge, alter, repair, move, demolish, or change the occupancy of a building or structure, or to erect, install, enlarge, alter, repair, remove, convert or replace any electrical, gas, mechanical or plumbing system, the installation of which is regulated by these Rules and Regulations, or to cause any such work to be done, shall first make application to the building official and obtain the required permit.

**(B)**     All tenant construction must conform to the requirements as contained in the latest edition of the San Francisco International Airport Tenant Improvement Guide (TIG) and as may be outlined in a Tenant Work Letter, if any.

### 3.5     PASSENGER TERMINAL REGULATIONS

**(A)**     **Berman Reflection Room**

The Berman Reflection Room, located in the International Terminal Building, will be open to passengers and employees during its operating hours.  The purpose of the Berman Reflection Room is to provide an area for Airport  passengers and employees  engage in quiet, reflective and meditative activities.

   **(1)**     The Berman Reflection Room is a security sensitive area.  Accordingly, activity in the Berman Reflection Room is restricted to employees, passengers, or individuals with authorization from the Director.

   **(2)**     Users of the Berman Reflection Room are required to comply with all provisions of these Rules and Regulations and posted signs within the facility.  Any violation of regulations or posted signs may result in displacement and restriction from further use.  Further, users of the Berman Reflection Room shall comply with the following provisions:

      (a)  No individual shall use the Berman Reflection Room for lodging or sleeping purposes.

      (b)  No individual shall solicit participants on Airport property for Berman Reflection Room gatherings.

      (c)  No individual shall display or distribute obscene material.

      (d)  Individuals shall exercise care to maintain the areas in use in a safe and appropriate condition.

      (e)  Individuals shall conduct their activities on the Airport premises at their own risk and shall exercise all reasonable diligence and precaution to avoid damage to property or injury to persons.

      (f)  Individuals must receive prior approval and written authorization from the Director for the use of incense, candles, or other incendiary devices.

      (g)  Food and/or beverages are not permitted in the Berman Reflection Room unless approved in writing by the Director.

      (h)  The Director may immediately suspend use of the Berman Reflection Room upon the occurrence of any emergency affecting the safety of persons or property in the terminal buildings or when required in the implementation of security procedures.

      (i)  The Director reserves the right at all times herein to impose such other reasonable conditions as may be necessary to avoid injury to persons or damage to property or to assure the safe and orderly use of the Airport facilities by the air-traveling public.

(j) Groups wishing to use the Berman Reflection Room may apply for a permit through the Economic and Community Development Office at Community@flysfo.com or (650) 821-5242.

**(B)    Employee Seating and Break Areas**

Seating in the ticket counter lobby and boarding areas is specifically provided for the comfort and convenience of Airport passengers while traveling through SFO.  Passengers have priority to the limited seating.  Employees are required to use company-provided break facilities and other approved areas for employee seating.  No sleeping or loud noise is permitted in any public area of the Airport.  Employees found lounging or sleeping in the Airport ticket lobby, boarding areas or public seating areas will be directed to relocate to company break rooms or the Airport employee and seating break area or the employee cafeteria.

**(C)    Porter Service - Tenant Compliance**

Any regularly scheduled passenger airline at San Francisco International Airport shall provide porter services for the passenger's convenience.  Such services shall be available not less than one hour prior to departure at curbside on the departure (upper) level of the Airport for all domestic flights.

Porter Service in the International Terminal must be provided on a continual basis by the current International Terminal airline service contractor.

Additionally, airlines shall ensure that continuous porter service is available in the baggage claim areas at the arrival (lower) level of the terminal facilities in conjunction with the delivery of baggage from all arriving flights until the baggage claim area is clear.

**(D)    Public Seating**

The placement of Airport-owned public seating is determined by the Airport.  No person shall move any Airport-owned public seating except for cleaning or maintenance purposes. Violators may be fined under Rule 14 of these Rules and Regulations.

**(E)    Quiet Terminals Policy**

The purpose of the Airport Quiet Terminals Policy is to provide a tranquil environment for passengers as they make their way through the terminals.  Loud music or other amplified sound from leasehold areas competes with public announcements and contributes to the stress of travel.  Tenants shall not amplify sound outside of their demised premises.  Sound amplifying devices shall be directed only within the premises at a volume low enough for patrons to hear public announcements from within the premises.  Music or other sound shall not be broadcast for the purpose of attracting foot traffic.  Lyrics shall be free of profanity and other offensive content. The playing of music is prohibited in the following locations:  at the podiums, ticket counters, and seating areas adjacent to gates; at the ticket counters in the pre-screening area of the Airport; in the baggage areas of the arrivals level. (AOB 19-09)

**(F)    Stanchions**

All airlines shall use passenger control stanchions to control lines.  Stanchions shall be located within the space directly in front of the airline counter leasehold or as permitted by the Director. Stanchions and signs used in the Domestic Terminals shall be placed so as to maintain a minimum of 12-feet for a public passage corridor between the narrowest terminal building point and the stanchion farthest out from the counter.  Stanchions and signs used in the International Terminal shall also be placed so as to maintain a minimum of 12 feet of public passage between any stanchion and/or sign and any adjacent structure or fixture.  The single exception to the

foregoing is the required clearance between stanchion arrangements at facing check-in counters on Level 3 (e.g. stanchions used for Aisle's 2 and 3, 4 and 5, etc.). These stanchions shall be placed so as to maintain a minimum of 30 feet of public passage between stanchion arrangements for adjacent check-in aisles, such clear space to be maintained through the center of the passageway between adjacent Aisles, with 150 feet of clear space on each side of the center line as defined by a prominent line embedded in the floor finish.

The number of stanchions shall be determined by the peak passenger volume or level of activity for the applicable period. Airlines shall relocate their stanchions at the end of their operating day and place them against the face of their counter to facilitate cleaning activities. This also applies to stanchions that may be used to control passenger lines associated with the security checkpoints. Post mounted and floor mounted signs are permitted within approved stanchion areas consistent with the following guidelines regarding content, size and production quality:

**(1)** Passenger processing information as it relates to security or to designate separate queuing lines.

**(2)** Bag size or weight limitation signage.

**(3)** Enter/exit signs.

**(4)** Airline identification signs or class of onboard service signs.

**(5)** Floor sign size shall not exceed 28"w x 96"h and shall be produced in a professional manner conforming to terminal graphic and color standards.

**(6)** Hand lettered, photocopied or paper signs are strictly prohibited.

**(7)** The Director or his representative reserves the right to disapprove and require removal of any signs not conforming to approved guidelines.

**(8)** Advertising content and slogans shall not be included in the signage permitted above.

**(G)** **Wheelchairs and Priority Disabled Seating and Wheelchair Waiting Areas**

**(1)** **Wheelchair Service Performance Standards**

Airlines and their contracted wheelchair service providers must provide safe, timely, and courteous service to passengers in conformance with the following standards:

(a) Wheelchair attendants must be professionally attired.

(b) Wheelchair attendants must have the physical ability to:

- Lift/carry pieces of luggage weighing up to 70 pounds;

- Push a wheelchair with a customer weighing up to 200 pounds, up and down inclines of up to 2.86 degrees (5%), into and out of elevators and throughout the areas where service is offered;

- Communicate clearly in English;

- Maintain a pleasant demeanor and remain professional at all times; and

- Provide wheelchair to the passenger where the passenger is situated; a

City and County of San Francisco                                   Airport Commission Rules and Regulations

passenger shall not be required to self ambulate to a wheelchair dispatch location or any other location.

(c) Passengers who pre-arrange wheelchair services shall be provided with a wheelchair upon arrival at the Airport, but in no event shall a passenger be required to wait more than ten (10) minutes for a wheelchair and an assigned attendant.

(d) Passengers who request a wheelchair upon arrival at the Airport, whether on an incoming or departing flight, shall be provided with a wheelchair as soon as possible, but in no event shall a passenger be required to wait more than twenty (20) minutes for a wheelchair and an assigned attendant.

(e) The solicitation of tips by a wheelchair attendant or a service provider is strictly prohibited.

**(2)     Equipment**

All wheelchairs and related equipment used to provide this service must:

(a) conform to the requirements of the Americans with Disabilities Act (ADA);

(b) meet the current industry standards, which include:  maneuverable arm rests; accommodation of personal items; and "nesting" capability for storage, except for International Terminal Gates A1-12 and G91-G102, where standard collapsible type wheelchairs will be allowed for use in the loading bridges for passenger enplaning and deplaning only when necessary; and

(c) be well maintained free from tears and frays or replaced, as necessary.

All airlines, domestic and international, and their contracted wheelchair service providers who violate this rule may be required to secure additional wheelchairs and/or attendants at the expense of the airline involved.

**(3)     Priority Disabled Seating and Wheelchair Waiting Areas**

Priority Disabled Seating and Wheelchair Waiting Areas are available in each of the terminal lobbies and Boarding Areas as indicated by signage.  Due to limited seating areas and congestion in the lobbies, these areas are designated for temporary seating for our passengers with disabilities while wheelchair assistance is being coordinated.  These areas are being provided for their convenience and as a customer service enhancement for our passengers. Service providers are prohibited from pre-staging or waiting in these areas.

Each airline is responsible for coordinating the appropriate and timely service for their passengers in need of a wheelchair to avoid lengthy waiting periods.

## 3.6     BAGGAGE HANDLING SYSTEM

The Airport's Baggage Handling Systems are an integral part of Airport and Airline operations.  Properly tagged luggage that is correctly loaded onto conveyors (proper baggage hygiene) ensures that baggage moves efficiently from baggage check locations through security screening/inspection areas, and out to make-up carrousels. Improper baggage tagging and placement creates bag jams and system outages, ultimately resulting in flight delays.

All employees of the Airport Commission, the airlines and airline contractors who are directly involved in baggage handling shall comply with the Airport's Baggage Hygiene Policy set forth in Appendix A to these Rules and Regulations.

### 3.7     AIRPORT-OWNED EQUIPMENT MAINTENANCE

The Airport owns Passenger Boarding Bridges, Baggage Handling Systems, and other equipment and systems at the Airport, much of which is leased to airline tenants.  Airline tenants shall maintain Airport-owned equipment in accordance with schedules, record-keeping, reporting, and quality standards established by the Airport and agreed-upon with the tenant, as follows:

**(A)     Maintenance Plan**

    (1)     A tenant airline shall have a maintenance plan approved by the Airport for the airline to perform maintenance of Airport-owned equipment.  The airline maintenance plan shall detail how the airline will maintain the Airport-owned equipment in a continually safe, operable, and optimum condition for the term of the lease.  The plan shall at a minimum include a schedule for the preventative and regular maintenance and service-readiness for minor repairs.

    (2)     The airline shall submit a proposed plan to the Airport no fewer than 15 days prior to airline use of Airport-owned equipment.  The airline shall receive Airport approval prior to performing any maintenance of any Airport-owned equipment.

**(B)     Parts and Equipment**

    (1)     Airline shall maintain an inventory of spare parts, equipment, and consumables at the level sufficient to maintain the Airport-owned equipment.

    (2)     Only Original Equipment Manufacturer (OEM) approved or recommended parts, equipment, and consumables shall be used, unless an exception is granted for functionally equivalent items upon written request to the Airport.

**(C)     Performance Monitoring and Reports**

    (1)     Restoration of equipment and systems shall be the Airline's priority and shall be accomplished in accordance with maintenance plan and the OEM maintenance manuals

    (2)     The Airline shall submit the required reports agreed upon in the maintenance plans.

Failure by the tenant airline to submit a plan as provided in this Rule 3.7 or comply with the agreed-upon equipment maintenance and operating requirements shall result in fines assessed for each month or any part of a month beyond such period as provided in Rule 14 of these Rules and Regulations.

# RULE 4.0

## OPERATION OF MOTOR VEHICLES

This Rule applies to the operation of all motor vehicles driven by or on behalf of all individuals and entities conducting business on Airport premises, including but not limited to: rental car agencies, airlines and their subcontractors, Airport tenants and permittees, Airport contractors and subcontractors, and all businesses engaged in commercial transportation.  Rules 4.1-4.6 also apply to members of the public through Chapter 7.72 of the San Mateo County Code of Ordinances.

The Director may at any time change, alter, expand, or limit access to Airport roadways, parking zones, and designated pick-up, drop-off, and staging areas necessary to accommodate renovation, construction, and other structural improvements and/or modifications to Airport property.

### 4.1    TRAFFIC AND PARKING SIGNS, DIRECTIONS AND SIGNALS

**(A)**    Motor vehicles shall be operated upon the Airport in strict accordance with the rules herein prescribed for the control of such vehicles and the California Vehicle Code, except in cases of emergency involving the protection of life and/or property.  All vehicles operated on Airport roadways must at all times comply with any lawful order, signal or direction by authorized personnel.  When roadway traffic is controlled by signs or by mechanical or electrical signals, such signs or signals shall be obeyed unless directed otherwise by authorized personnel.  Similarly, when movement in any parking facility, holding lot or other location is controlled by signs or by mechanical or electrical signals, such signs or signals shall be obeyed unless directed otherwise by authorized personnel.

**(B)**    The Director is authorized to place and maintain such traffic signs, signals, pavement markings, and other traffic control devices upon Airport roadways, parking facilities and other Airport property as required to indicate and carry out the provisions of these Rules and Regulations and of the California Vehicle Code to guide and control traffic.

**(C)**    Vehicles on Airport roadways shall be operated in strict compliance with the roadway speed limits, posted signs, and pavement and/or curb markings prescribed by the Airport Commission.

### 4.2    RESERVED, POSTED OR RESTRICTED PARKING AREA

**(A)**    The Director is authorized to reserve all or any part of parking lots or terminal courtyards or other areas not under lease or permit for the sole use of vehicles of the City and County of San Francisco, its officers or employees, tenants, or for such visitors to the Airport as the Airport may designate, and to indicate such restrictions by appropriate markings and/or signs; designate a parking time limit on any portion of said lots and courtyards; designate any portion of said lots and courtyards as a passenger loading zone or a freight loading zone; designate any portion of said lots and courtyards as a No Stopping, No Waiting or No Parking area; designate where and how vehicles shall be parked by means of parking space markers; and designate direction of travel and indicate same by means of appropriate signs and/or markings.

**(B)**    When appropriate signs and/or markings have been installed, no person may park or drive a vehicle on any portion of such lots or courtyards reserved for the exclusive use of any vehicle unless authorized by the Director.

City and County of San Francisco                                    Airport Commission Rules and Regulations

**(C)**     Working news media representatives must comply with Airport "Media Procedures" found at
https://www.flysfo.com/media/media-procedures.  Unless otherwise provided for in the Media
Procedures, working news media representatives may park their vehicles in designated press
parking areas for a period not to exceed two hours while on assignment at the Airport.

**(D)**     Vehicles parked along any roadway curb or in any garage, parking lot or other authorized parking
area designated for public, private or employee use, shall park in such a manner as to comply with
all posted and/or painted lines, signs, and rules.

**(E)**     Vehicles displaying either a distinguishing license plate or a placard issued pursuant to 22511.5 or
Section 9105 of the State of California Vehicle Code may park in designated handicapped/disabled
parking sections for such periods as indicated by appropriate signs and/or markings.

**(F)**     Electric Vehicle Plug-In Charging Stations may be located in parking lots, terminal courtyards,
garages or other parking areas to provide electric charging for plug-in electric and plug-in electric
hybrid vehicles.  No vehicle shall stop, wait, or park within the plug-in electric vehicle stalls unless
the vehicles are equipped to use the designated plug-in electric charging stations.  All other
vehicles will be cited pursuant to Rule 14.

## 4.3     AUTHORIZATION TO MOVE VEHICLES

The Director may remove, or cause to be removed at the owner's expense from any restricted or reserved
area, any roadway or right-of-way, or any other area on the Airport any vehicle which is disabled,
abandoned, or illegally or improperly parked, or which creates an operations problem.  Any such vehicle
may be removed to the official vehicle impound areas designated by the Director.  Any vehicle impounded
shall be released to the owner or operator thereof upon proper identification of the person claiming such
vehicle and upon payment of the towing charge currently in effect and the accrued parking fees thereon.
The Airport Commission shall not be liable for damage to any vehicle or loss of personal property which
might result from the act of removal.

## 4.4     USE OF ROADS AND WALKS

**(A)**     No person shall operate any vehicle on the Airport other than on the roads or places authorized by
the Director for use by that particular type of vehicle.

**(B)**     No person shall use Airport roads, crosswalks, or walkways in a manner that hinders or obstructs
proper use.

## 4.5     PARKING AND STOPPING OF VEHICLES

**(A)**     No vehicle shall be parked or stopped on any Airport roadway except in the manner and at a
location authorized for stopping, standing or parking as indicated by posted traffic signs and/or
painted curb markings, or in a parking facility designated for public or employee use.  Double
parking on Airports roadways is strictly prohibited.

**(B)**     No vehicle shall block or obstruct vehicular movement on any Airport roadway, ramp, or parking
facility, including areas designated as staging areas for commercial vehicles.

## 4.6     TERMINAL CURB MARKINGS

All vehicle operators on terminal roadways shall comply with curb markings, signage, and directions from
traffic control personnel to maintain a safe, secure, and efficient use of the limited curb space in front of
terminals.

Vehicles using Airport terminal roadways may stop only for the pick-up/drop-off of passengers or other
permitted commercial operations, only at marked curbs, and only in the color zone designated for that type

of vehicle, as provided in this Rule 4.6 or as directed on roadway signage or by traffic control personnel. Vehicles must be attended at all times.   Waiting along a terminal curb for passengers or baggage is prohibited.  Commercial vehicle operators must additionally at all times comply with the Airport Permit and any notice or direction issued by the Airport to the Permit holder.

Unless specifically excepted by the Director, any vehicle which violates this Rule 4.6 may be cited and towed immediately, at the owner's expense.

The curb color zones are generally designated as follows:

**Red Zone:**                    Hotel Courtesy Shuttles and SamTrans Buses.

**Yellow Zone:**                 Delivery Vehicles and Limousines.

**White Zone:**                  Private Vehicles, Permitted Commercial Ground Transportation Vehicles as posted, and Car Rental Shuttles providing services for disabled passengers only.

**Red and Yellow Zone:**         Taxicabs.

**Green and White Zone:**        Airporters, Crew Shuttles, and Charter Buses.

**Red and White Zone:**          Shared-Ride Vans.

**Blue and White Zone:**         Employee Shuttles, SFO Parking Shuttles, and Off-Airport Parking Shuttles.

**Blue and Red Zone:**           Hotel Courtesy Shuttles and Off-Airport Parking Shuttles.

**Blue and Green Zone:**         TNC Vehicles.

## 4.7    COMMERCIAL GROUND TRANSPORTATION OPERATIONS

All commercial ground transportation operators ("GTOs"), whether an individual or business entity of any type whatsoever, providing transportation services to, on, or from Airport property including, but not limited to, those operators who use Airport roadways as part of a business conducted for monetary consideration, shall comply with this Rule 4.7.  Violation of this Rule may result in an admonishment and/or citation under Rule 14 of these Rules and Regulations, in addition to any other fines, charges, or penalties assessed under applicable law or permit, including permit suspension or revocation.

**(A)    General Requirements**

    **(1)    Modes Requiring CPUC and Airport Permits**

        The following GTOs operating on the Airport's roadways shall have a valid certificate or permit issued by the California Public Utilities Commission ("CPUC") and an Airport-issued operating permit:

        (a)  Charter buses

        (b)  Courtesy shuttles (including but not limited to crew, rental car, parking, and hotel shuttles)

        (c)  Limousines

        (d)  Scheduled transportation operators, unless excluded in A.3, below

      (e)  Shared-ride vans

      (f)  Transportation Network Companies ("TNCs")

**(2)     Taxicab Permitting Requirements**

Every taxicab operating on Airport premises must be licensed either by the San Francisco Municipal Transportation Agency ("SFMTA") or another local public entity.  Consistent with San Francisco Transportation Code § 1105(a)(6), taxicab operators regulated by the SFMTA are required to comply with Airport Rules and Regulations and the terms of their Airport/SFMTA Taxi User Agreement.

**(3)     Modes Exempt from Airport Permit Requirement**

Transportation vendors contracted by the City and County of San Francisco

**(4)     Permit Terms**

All permits, regardless of the transportation mode, require the permit holder to ensure that all vehicles and drivers operating under the permit comply with the permit terms and conditions, including, but not limited to:

      (a)  display of proper vehicle trade dress, visible TCP numbers, decals, emblems, license plates, and any and all other markings required by applicable laws and permit terms and conditions;

      (b)  maintaining vehicle tracking device or system without alteration, removal or destruction;

      (c)  following signage and directives, including but not limited to signage and directives regarding loading and unloading of passengers;

      (d)  operating only in designated areas;

      (e)  maintaining applicable vehicle safety and inspections requirements; and

      (f)  complying with these Rules and Regulations.

**(5)     Trip Fees**

Unless excluded from the payment of trip fees under applicable permit terms, all permit holders are responsible for the payment of trip fees, which fees are used to recover Airport costs for roadway and garage maintenance and infrastructure.  Trip fees are calculated on an annual basis by mode and trip frequency, and are subject to the approval of the Airport Commission.  The Airport tracks trip fees and permit holders must pay such fees in conformance with the terms and conditions of the applicable permit.  Failure to pay trip fees owed and/or late payment of trip fees may result in any one or all of the following: a fine under Rule 14 of the Airport Rules and Regulations, interest on unpaid trip fees at the rate of one and one-half percent (1-1/2%) per month, administrative fines under the terms of the applicable permit, and permit suspension and/or permit revocation.

**(6)     Payment of Other Fees**

Consistent with the terms of the applicable permit, permit holders may be assessed fees for lost, missing or altered transponders, lack of operating decals, failure to comply with annual registration requirements, late registration, and other fees.

**(7)     Audit and Inspection of Records**

Each GTO permit holder shall make books and records identified in the applicable permit available for inspection, including, without limitation, reports, records, and compilations as may be requested by the Director or his/her designee. Should any examination of records or vehicle trip count result in discovery of  underpayment by permittee in excess of five percent (5%) of the fees due, the permittee shall promptly pay to the City and County of San Francisco the amount of the underpayment plus all costs incurred in conducting the examination or vehicle trip count.  The permittee shall also be liable for expenses incurred in assessing or collecting any money owed to the City and County of San Francisco.

**(8)     Waybills**

Consistent with California law and GTO permit terms, every limousine, TNC, charter and pre-arranged transit passenger pick up and drop off shall be documented by a waybill, which waybill shall conform to the requirements of the applicable law and permit terms.

All transportation operators who use the Airport's courtyards for picking up patrons must display a copy of their waybill inside the vehicle so it can be easily read from outside the front windshield.  Another copy of the waybill shall be carried by the driver of the vehicle.

All drivers of vehicles operating under an Airport GTO permit shall present the waybill to any Airport or law enforcement official upon request.

**(9)     Courtyard Parking and Staging Area**

To address roadway congestion and changing conditions on the ground, from time to time, the Director or the Director's designee may establish and construct staging areas for select vehicle classes providing ground transportation services, and may require all drivers operating under select GTO permits to wait in courtyards or designated staging areas until such time as their passengers have arrived and are at the curbside.  The Airport may charge a fee for use of courtyards and staging areas.  When staging space is not available, the Director or the Director's designee may require vehicles to stage off the Airport.

**(10)    Passenger Receipts**

All taxis, TNCs, limousines, scheduled, and pre-arranged van operators must have the ability to immediately provide passenger receipts generated either electronically or by hard copy (paper and pen).  All such receipts must include the name of the permittee, the date and time of service, and all other information required by the regulatory agency of that mode.

**(11)    Emergency Contact**

All GTOs, regardless of transportation mode, must maintain current emergency contact phone numbers and/or email addresses with the Airport, where automated emergency notifications can be immediately transmitted.

**(B)    General Conduct Applicable to all Modes of Commercial Ground Transportation**

The drivers of all permitted vehicles must comply with all applicable laws, the general conduct provisions in their respective permits, and with all posted signs, directions, curb markings, and other directives set forth in Rule 4.1-4.6 of these Rules and Regulations.

In addition, the following conduct by GTO service providers is prohibited and is subject to administrative fines under Rule 14, as well as administrative penalties under the applicable permit:

**(1)**    Cutting in line, jumping a taxicab lot, or bypassing a holding lot or ticket collection area before leaving the Airport;

**(2)**    Picking up or discharging passengers or their baggage at any terminal levels other than those designated for such purpose;

**(3)**    Leaving a vehicle unattended, except in designated staging areas;

**(4)**    Failing to provide a receipt upon passenger request;

**(5)**    Disregarding instructions by or providing false information to Airport Officials, including law enforcement personnel, Curbside Management Program personnel, and/or the Airport's designated duty managers, garage managers, leads, and guards;

**(6)**    Displaying to an Airport Official an altered or fictitious waybill, holding lot ticket or receipt;

**(7)**    Failure to possess a valid waybill unless not required by applicable permit;

**(8)**    Driving a vehicle without appropriate trade dress, placards, license plates, TCP numbers, decals, and/or logos as required by applicable law and/or permit;

**(9)**    Failing to activate, deactivating, tampering with, damaging, removing or evading vehicle trip counting and tracking devices and applications, including transponders, smart phone applications, and license plate recognition devices;

**(10)**    Soliciting passengers on Airport property;

**(11)**    Recirculating or "looping" on any terminal roadway;

**(12)**    Use or possession of any alcoholic beverage, narcotic or controlled substance while operating a vehicle on Airport premises;

**(13)**    Use of profane or vulgar language;

**(14)**    Any attempt to solicit payment in excess of that authorized by law;

**(15)**    Any solicitation for or on behalf of any hotel, motel, club, nightclub, or any other business whatsoever;

**(16)**    Solicitation of any activity prohibited by the Penal Code of the State of California;

**(17)**    Operating a vehicle:

(a)  in an unsafe manner;

(b)  after the vehicle has failed a safety inspection; or

(c)  that lacks mandatory safety equipment as defined in the California Vehicle Code;

**(18)**    Tampering with, disconnecting, or modifying any emissions-control equipment, modifying a defined clean fuel vehicle, or using unauthorized fuel to power a defined clean fuel vehicle;

**(19)** Using any part of the Airport premises other than a restroom to urinate and/or address personal hygiene needs;

**(20)** Failure to wear a visible photo identification card if required by applicable permit or regulatory agency;

**(21)** Failure to comply with applicable headway requirements;

**(22)** Staging in an unauthorized location;

**(23)** Staging a coordinator (such as for shared-ride vans) in an unauthorized location;

**(24)** Failure to comply with posted signage and pavement markings; and

**(25)** Idling a vehicle or engine for more than five minutes as prohibited under California Air Resources Board regulations

**(C)**   **Scheduled Transportation Operations**

**(1)**   **Proposed Changes in Operations**

No changes in service may be made in scheduled transportation operations of applicable permittees unless first requested in writing to the Director or the Director's designee no fewer than thirty (30) days in advance of the proposed implementation date.  "Changes in service" means (a) increasing or decreasing the number of vehicles authorized to operate at the Airport, (b) changing the frequency of service runs, or (c) modifying routes or stops.

**(2)**   **Criteria for Approving Proposed Changes**

The Director or the Director's designee will review the merits of any proposed change in scheduled transportation operations based on the following criteria:

(a)  determination of the potential ridership and revenue recovery;

(b)  evaluation of the planned route, the location, and number of all proposed Airport ground transportations services in the subject corridor;

(c)  analysis of the service travel time;

(d)  determination of the type or size of vehicle appropriate for the operation; and

(e)  determination of availability of Airport curb and staging space.

The Director or the Director's designee has the discretion to approve, reject or require modification to any such proposed changes in service.

**(D)**   **Taxicabs**

**(1)**   **San Francisco Taxicabs**

Taxicabs licensed by the SFMTA shall comply with all SFMTA operating requirements, including, but not limited to, Articles 1105 and 1108 of the San Francisco Transportation Code, SFMTA's Motor Vehicles for Hire Regulations, and any and all other ordinances,

City and County of San Francisco

Airport Commission Rules and Regulations

laws and/or regulations that may be applicable to operating taxicabs.  In addition, every SFMTA regulated taxi operating at the Airport shall:

(a)  only be driven by an individual with an SFMTA issued A-Card and with an Airport permit (necessary for pick-up);

(b)  have an Airport-issued AVI transponder affixed to the vehicle;

(c)  have a certification decal affixed to the right and left rear rooftop quarter section of the vehicle;

(d)  stage only in designated areas when waiting for a passenger pick-up;

(e)  comply with dispatcher instructions for passenger pick-up;

(f)  charge fees in conformance with SFMTA rate schedules and no other unapproved fees or surcharges;

(g)  remain in/with vehicle while in a curbside taxi queue;

(h)  occupy Airport taxi lots only during daily operational hours; and

(i)  use an A-Card to enter an Airport parking garage only for Airport-authorized taxicab-related business which includes but is not limited to entering the taxi queue line or meeting with Airport staff.

(j)  possess a cellular mobile device (Android or Apple) with a supported operating system, capable of running applications, with an up-to-date version of the SFO-created application required for taxi dispatching, verification, or queuing, and abide by all terms and conditions of such mobile application.

Certification decals and AVIs are the property of the Airport and, upon suspension or revocation of certification, shall be immediately surrendered to the Director or his/her designee.

Taxicab drivers who are issued an Administrative Citation may be required to pay an administrative fine under Rule 14 of these Rules and Regulations or may have Airport pick-up privileges suspended.

**(2)     Non-SFMTA Taxicabs**

Taxicabs licensed and regulated by public entities other than the SFMTA shall comply with all laws, ordinances, and regulations of the licensing entity and any and all other ordinances, laws, and regulations that may be applicable to operating taxicabs.  Non-SFMTA taxis are prohibited from picking up passengers except for on a pre-arranged basis, and for each trip, shall have a waybill with the name of the passenger, the number of people in the party, and the location and time of pickup.  Drivers must pay a trip fee to pick up passengers at the Airport.

**(E)     Director's Discretion**

Notwithstanding any provisions of these Rules and Regulations or of the terms of an operating permit, the Director at all times retains the sole and absolute discretion to suspend operating privileges at SFO and/or to assess fines as provided under a permit and/or these Rules and Regulations.

# RULE 5.0

## AIRSIDE OPERATIONS

**5.1    GENERAL**

**(A)    Application and Purpose.**  This Rule 5.0 applies to all operations on the Air Operations Area (AOA).  The purpose of this Rule 5.0 is to promote the safe operation of aircraft and vehicles on the airfield and the safety of all airfield activities.  All persons on the AOA must comply with this Rule, in addition to all other applicable Rules of these Rules and Regulations.

**(B)    Authority of the Director.**  The Director has charge of the AOA and may take any action deemed necessary and appropriate to assure the safe and proper operation of the Airport.  The Director shall have the right at any time to close the entire or any part of the Airport to air traffic; to delay or restrict any flight or other aircraft operation; to refuse takeoff permission to aircraft; or to deny the use of the entire or any part of the Airport to any specified class of aircraft or to any individual or group.  In the event the Director determines the condition of the Airport or any part of the Airport to be unsafe for landings or takeoffs, the Director shall issue, or cause to be issued, a Notice to Airmen (NOTAM).

**(C)    Aircraft.**  All persons shall navigate, land, service, maintain, and repair aircraft in conformance with Federal Aviation Administration (FAA) and National Transportation Safety Board rules and regulations.

**(D)    Ground Support Equipment (GSE).**  Any vehicle operated to support aircraft on the AOA or to perform airside operations, regardless whether such vehicle is motorized or nonmotorized or leaves the AOA perimeter, is Ground Support Equipment (GSE) and may be operated only with the permission of the Director.  Safe operation of GSE on the AOA is critical to the overall safety and security of Airport operations.  Employers who own and operate GSE on the AOA shall assure that their drivers and vehicles comply with the requirements of all applicable Rules and Regulations.  Failure to comply with the provisions of this Rule may result in administrative fines under Rule 14 and/or vehicle impoundment consistent with the GSE Safety Inspection Program (GSESIP), at Appendix B to these Rules and Regulations.

**(E)    Airfield Marking and Signage.**  Any person engaged in airfield activity shall comply with all marking and signage.  Pilots and vehicle operators shall obey all lights, signs, signals, markings, and NOTAMs unless an authorized representative of the Director or Control Tower directs otherwise.  Pilots and vehicle operators engaged in airside operations must at all times comply with any lawful order, signal or direction of the Director, except when subject to the direction or control for ground movement purposes of the FAA or other federal agency.  No aircraft or other vehicle shall use any part of the airfield, apron, ramp, taxiway, runway or other area considered temporarily unsafe for landing or takeoff, or which is not available for any reason.  The Airport will mark boundaries of such areas with barricades and flags by day and high intensity flashing red lights at night and low visibility periods, and will issue communications by PASSUR and/or NOTAM, as appropriate.

**(F)    Air Traffic Control Tower (ATCT) and Ramp Towers.**  Any person engaging in moving aircraft or GSE shall communicate with and follow all instructions by FAA Air Traffic Control and/or the Ramp Tower, as appropriate, for crossing or proceeding on Taxilanes, Taxiways, and/or Runways.  Any person who fails to properly communicate with Air Traffic Control and/or comply with Air Traffic Control instruction may, at the sole discretion of the Director, lose the privilege to operate at the Airport on a temporary or permanent basis.  Any such action by the Airport may be independent of and/or in addition to any investigation or action by the FAA or the National Transportation Safety Board.

City and County of San Francisco                    Airport Commission Rules and Regulations

**5.2    AIRSIDE PERSONNEL**

**(A)    Intoxicants and Drugs.**  No person engaged in airside operations shall be under the influence of intoxicating liquor or drugs, nor shall any person under the influence of intoxicating liquor or drugs be permitted to board any aircraft, except a medical patient under care.  Any person violating this Rule may be denied use of the Airport by the Airport Director in his sole discretion.  See FAR Part 91.17.

**(B)    Personal Listening Devices.**  No person shall use personal listening devices while walking, operating, or driving on the AOA.  Personnel authorized to operate vehicles on the AOA may use personal cell phones and/or any other type of hand-held or hands-free device, only after stopping (whether in or out of a vehicle) in a safe manner and in a safe location.

**(C)    Reflective Clothing.**  To enhance visibility and promote safety for persons working on the AOA, all employers/tenants or contractors-must provide all employees with reflective clothing meeting or exceeding Class 2 reflectivity per the Standard for High-Visibility Safety Apparel (ANSI/ISEA 107-2004).  Employees shall wear reflective clothing at all times while performing such duties on the AOA unless competing safety concerns necessitate the temporary removal of reflective clothing.  This requirement does not apply to uniformed airline crewmembers within the aircraft envelope.

**5.3    AIRCRAFT OPERATIONS**

**(A)    Aircraft Operators**

**(1)    Registration and Fees**

The Director may require and may designate appropriate locations for the registration of pilots and aircraft using the Airport.  Pilots shall comply with the requirements of such registration.  The payment of rentals, fees, and charges relating to the use of Airport premises and facilities shall be made before takeoff.  In lieu of such payments, satisfactory credit arrangements shall be made by the pilot or owner of aircraft with the Director.

**(2)    Training Flights and Student Pilots**

No aircraft shall land, take off or taxi at the Airport while the aircraft is under the control of a student pilot.  No person shall conduct training flights on or over the Airport.

**(3)    Helicopter Operations**

(a)  Helicopter aircraft arriving and departing the Airport shall operate under the direction of the Control Tower at all times while in the Airport Control Zone.  No helicopter may land or take off from the Airport unless it is equipped with a two-way radio, is in communication with, and has received authorization from the Control Tower.

(b)  Helicopters shall have braking devices and/or rotor mooring tie-downs applied to the rotor blades.  Helicopters shall not be taxied, towed, or otherwise moved with rotors turning unless there is a clear area of at least 25 feet in all directions from the outer tips of the rotor blades.

(c)  Helicopters may park only in approved parking areas on the Fixed Base Operators ramp.  Additional locations may be approved by the Director.  This rule does not apply to the U.S. Coast Guard station helicopters.

City and County of San Francisco                    Airport Commission Rules and Regulations

    **(4)**    **Charter Aircraft**

All airlines are required to advise Airport Operations 72 hours in advance of any charter aircraft other than their own, except to those charter flights managed by the Airport's Fixed Base Operator.

    **(5)**    **Unmanned Aircraft (drones)**

No motorless or unmanned aircraft, such as drones, shall land or takeoff from the Airport. Operation of unmanned aircraft to, on, or from Airport property is strictly prohibited, except as expressly permitted by the FAA and/or the Director as may be appropriate under applicable law or rules.

**(B)**    **Aircraft Equipment Requirements**

All aircraft operating at the Airport must be equipped with functioning brakes, a two-way radio, and a 4096 transponder for altitude and coding.  All aircraft must additionally have VHF Omnidirectional Range capability.

**(C)**    **Aircraft Parking, Maintenance, Repair**

    **(1)**    **Parking Responsibility**

Upon direction from the Director, the operator of any aircraft parked or stored at an air terminal or hardstand shall move such aircraft from the place where it is parked or stored. All remote parking requests for locations outside of lease, permit, or contract terms, shall be made through Airfield Operations and/or Ramp Tower A.

Non-terminal aircraft parking reservations must be made within 24 hours of the time the space is needed.  The Airport will not accept requests for reservations more than 24 hours in advance except under special circumstances such as emergencies, charters, VIP, or special events.

Failure to comply with direction to relocate an aircraft or parking in an unauthorized location shall result a fine under Rule 14.

    **(2)**    **Aircraft Repairs**

All repairs to aircraft and/or engines shall be made in areas designated for this purpose. Minor adjustments and repairs may be performed on aircraft at gate positions on the ramp when such repairs can be safely accomplished without inconvenience to persons or other companies.  Any spills must be promptly and properly addressed.  Any aircraft being repaired at a gate position shall be moved immediately upon the request of the Director. No aircraft engine shall be run-up for test purposes at any gate position.

    **(3)**    **Parking and Washing of Aircraft**

    (a)  Aircraft shall not be parked on the Airport, except in areas and in the manner designated by the Director.  The City and County of San Francisco and its agents assume no responsibility for aircraft parked or in the process of being parked on the Airport.

    (b)  Aircraft shall not be washed, except in areas and in the manner designated by the Director.  No aircraft shall be washed at any terminal gate position.

    **(4)**    **Cargo Aircraft On-Ground Time Limits at Plot 50**

Aircraft hardstands 50-1 through 50-8 have a maximum Aircraft-On-Ground (AOG) time of six hours.  Upon reaching the six-hour mark, aircraft may be assigned a new parking location by Airfield Operations; the airline must have tow capability available at that time.

Moving the aircraft, or arranging for its movement, is the sole responsibility of the airline. The airline must ensure that a 24-hour contact is available for Airfield Operations.  (AOB 20-11)

**(D)** **Aircraft Movement**

**(1)** **Extended On-Airfield Flight Delays**

Airline personnel are required to contact the Airport Duty Manager (ADM) at (650) 821-5222 to report any incidents of a live flight being held away from the terminal in excess of 60 minutes.  The Airport Duty Manager is available 24 hours a day and must be called as soon as airline staff becomes aware of a situation which may lead to passengers remaining on an aircraft for more than 60 minutes away from a terminal gate – whether on an arriving or departing flight.  Personnel responsible for aircraft movement, including personnel in the ATCT or the  International Terminal Tower and/or Airport Airfield Safety Officer personnel who become aware of a live flight being held away from a terminal gate for more than 60 minutes must also contact the Airport Duty Manager.   Airport resources shall help meet the airline and Airport's collective customer service goals and compliance in notifying the ADM of this situation.  Prompt notification to the ADM will enable the Airport to activate our contingency plans.

**(2)** **Starting or Running of Aircraft Engines**

No aircraft engine shall be started or run unless a licensed pilot or certificated A and P mechanic is attending the aircraft controls.  Wheel blocks equipped with ropes or other suitable means of chocking the wheels of an aircraft to deter movement shall always be placed in front of the main landing wheels before starting the engine or engines, unless the aircraft is locked into position by functioning locking brakes.

**(3)** **Run-Up of Aircraft Engines**

(a) All aircraft shall be started and run-up in locations designated for such purposes by the Director.  Aircraft engines shall not be operated in such position that persons, structures or property may be endangered by the path of the aircraft propeller slip-stream or jet blast.  Wingwalkers and/or road guards must be present at all times while starting or running engines in a ramp area.

(b) No aircraft engine exhaust, blast, and/or propeller wash shall be directed in such manner as to cause injury, damage, or hazard to any person, structure, or property.

(c) Power back of aircraft at any gate is prohibited.

(d) The run-up of mounted aircraft engines for maintenance or test purposes is prohibited between the hours 2200-0600, except as provided below:

(i) An idle check of a single engine is allowed under the following conditions:

An idle check of a single engine not to exceed a 5-minute duration may be conducted in the leasehold area.  If more than one engine is to be checked, each engine must be checked separately and the total duration of the idle checks cannot exceed 5-minutes.

An idle check of a single engine or engines (checked separately) which will exceed a duration of 5-minutes shall be accomplished at an authorized run-up area.

(ii) During the hours of 2200-0600, Airfield Operations shall be called and permission received prior to any engine idle check, or engine idle run-up.  All engine starts at the gate shall be approved by Airfield Operations.  Any idle run for more than a duration of 5-minutes will be considered an engine run-up.

During other hours Airfield Operations shall be called and permission received prior to any engine run-up.  When approved and accomplished the Maintenance Supervisor of the airline concerned must provide to the Director a monthly report detailing the following:

- Date and time of the run-up

- Type aircraft

- Aircraft identification number

- Location of the run-up

- Duration of the run-up

- An explanation of the emergency circumstances making the run-up necessary.

Reports shall be submitted to the Director within 3 working days following the last day of each calendar month.

(e) Air carriers shall comply with Federal Aviation Regulations for noise abatement and noise emission standards and must conform with all rules, policies, procedures and resolutions as established by the Airport Commission relative to noise abatement.

## (E)     Taxiing or Moving of Aircraft on Operational Areas

### (1)     Apron, Ramp, and Airfield

Aircraft shall not be taxied, towed or otherwise moved on any part of AOA without a functional tower radio, and until specifically cleared to do so by the FAA Control Tower or Ramp Tower.  Unless otherwise agreed between the Director and an airline and its contractors, whenever any aircraft is being taxied, towed or otherwise moved on the apron, ramp, or airfield, there shall be a person attending the controls of the aircraft who shall monitor by radio the transmitting frequency in use by the Control Tower or who, if necessary, will cause that frequency to be monitored by another person in the aircraft.  In the event of radio equipment failure, the Control Tower may use an Aldis Lamp for communication.  Airfield Operations shall provide escorts only for aircraft with functioning tower radios.

All personnel engaged in moving aircraft, except receipt into or dispatch from an apron, shall have an Airport ID badge with an "M" icon as specified in Rule 5.4(A) below.  Tenants shall ensure that a current copy of the SFO Airport Layout Map is prominently displayed in all aircraft tow tractors and readily accessible to cockpit brake riders.

### (2)     Envelope Receipt and Dispatch

Vigilance in aircraft operations in and around the terminal gate envelope is critical for the safety of passengers, ramp workers, and equipment and to minimize taxiway and taxilane congestion.  Airlines shall deploy personnel to assure sufficient wingtip and tail clearances for all aircraft operations entering and exiting the terminal gate envelope.  Unless

otherwise agreed between the Director and an airline and its contractors, the following procedures shall be used:

(a) For receipt of an aircraft into the envelope, there shall be a minimum of (i) two guide personnel, or wingwalkers, one at each wing, and (ii) a marshaller directing the pilot into the envelope.  If the gate is equipped with Auto Park, a marshaller is not required.

(b) When taxiing in the Non-Movement Area, particularly alleys between boarding areas, aircraft must use idle thrust to minimize jet blast.  If an aircraft must stop before its assigned gate or hardstand, the crew must ensure that any temporary breakaway thrust required to regenerate taxiing momentum is directed away from nearby VSRs, aircraft gates/hardstands, and ramp service areas.  If an aircraft cannot regenerate taxiing momentum in a manner that directs harmful jet blast away from VSRs, aircraft gates/hardstands, and ramp service areas, it must be towed into its gate or hardstand.  Ramp crews that are ready to accept aircraft will reduce this jet blast hazard by enabling aircraft to complete taxiing at idle thrust and avoid tow operations. (AOB 21-08)

(c) For dispatch of an aircraft from the envelope, as in pushbacks and remote hardstands, there shall be a minimum of (i) two guide personnel, or wingwalkers, one at each wing, and (ii) a tug driver at the nose of the aircraft.  The wingwalkers shall remain in position until the aircraft passes the adjacent service road.  The wingwalker closest to the service road shall be positioned to also control vehicular traffic.

(d) Aircraft shall be aligned with the nose wheel on the taxiway or taxilane centerline during pushbacks from terminal gates or hardstands prior to being disconnected from an aircraft tug.

(e) Pushback personnel must wear reflective clothing and carry signal wands while in the process of moving or directing aircraft.  During daylight hours, the pushback personnel may use a day or lighted signal wand and during hours of darkness or limited visibility, the personnel shall use a lighted signal wand.

**(3)** Tenant vehicles used for towing aircraft are restricted to routes prescribed by the Director.

**(4)** **Towbarless Towing Vehicles (TLTV)**

The standards for Towbarless Towing Vehicles (TLTV) are based on FAA Advisory Circulars 150/5210-5D Painting, Marking, and Lighting of Vehicles Used on an Airport and 00-65 Towbar and Towbarless Movement of Aircraft.  TLTV must either be painted International Orange or outlined on both sides with a minimum 8-inch wide horizontal band of reflective tape with coverage greater than 25% of the vehicle's vertical surface.  A LED light bar or yellow flashing beacon must be placed above the TLTV operator's cab.  In addition, a yellow flashing light must be installed on both the upper-left and upper-right rear corners of the vehicle, with all lights activated when operating in low light and/or low visibility conditions.  Unless otherwise agreed between the Director and an airline and its contractors, a properly trained and qualified flight deck/cockpit observer must be in place in the towed aircraft cockpit during any aircraft towing operation.  When towing an aircraft between sunset and sunrise, aircraft wingtips, tail, and fuselage must be clearly illuminated by aircraft position lights and anti-collision lights (when appropriate).  Airline and/or ground support tenant must otherwise meet FAA training and operational requirements described in FAA Advisory Circulars 150/5320-5D and 00-65.

TLTVs are restricted to taxiways and taxi-lanes only, unless these vehicles can operate safely on and within the lanes of the vehicle service roads.

**(F)** **Taxiing into or Out Of Hangars**

No aircraft shall be taxied into or out of a hangar under its own power.

**(G)**   **Aircraft Marking During Low Visibility Periods**

**(1)**   Every aircraft parked on the ramp or apron shall have its running lights illuminated during the hours between sunset and sunrise and during low visibility periods, except in areas designated by the Director.  Other means of identifying and marking of the wingtips of the craft while parked may be used in lieu of the running lights, but prior authorization for any substitute wingtip identification must be obtained from the Director.

**(2)**   All aircraft being taxied, towed or otherwise moved on the ramp, apron or taxiways shall proceed with running lights on during the hours between sunset and sunrise and during periods of low visibility.  Upon request of an Airport tenant, Airfield Operations may provide a vehicle escort for aircraft with inoperative running lights.

**(H)**   **Prohibited Flight Approaches and Landings**

The following flight approaches and departures are prohibited at the Airport and will not be approved by the Air Traffic Control Tower except upon special pre-approval by the Control Tower or as directed by the Control Tower in emergency circumstances:

- **Touch & Go** – aircraft lands and departs on a runway without stopping or exiting the runway;

- **Stop & Go** – aircraft is brought to a complete stop, purposefully reconfigures for takeoff, and takes off from the same point;

- **Full Stop Taxi Back** – aircraft lands, exits the runway, and taxis to the departure end;

- **Low Approach** – a go-around maneuver following an approach;

- **Practice Approach** – an instrument approach where there is no landing intended.

- **Option Approach** – an approach requested and conducted by a pilot which will result in a touch-and-go, missed approach, stop-and-go, or full stop landing.

(AOB 20-08)

**5.4**   **GROUND SERVICE EQUIPMENT (GSE) OPERATIONS**

**(A)**   **GSE Operators**

**(1)**   **License**

A GSE driver shall hold a California Department of Motor Vehicles driver's license consistent with the requirements of California law for the type or weight of vehicle operated.

**(2)**   **Employer Pull Notice Program**

Prior to operating a motor vehicle in the Secured Area/Air Operations Area every individual shall be registered through his or her employer in the California Department of Motor Vehicles ("DMV") Employer Pull Notice Program.  All individuals, partnerships, corporations, tenants, contractors, and entities with employees and/or independent contractors who operate motor vehicles in the Secured/Operations Area shall comply with the DMV Employer Pull Notice Program.

**(3)       Airfield Driving Test/Movement Area Operator**

To drive in the Secured Area/AOA, an individual must pass any applicable Airport-administered test and must obtain the proper Airport credential(s) as appropriate to the area(s) of vehicle operation.  Driving without the proper credential shall result in immediate revocation of the driver's Airport ID badge.

Aircraft tow crews and other individuals with an operational need to drive on the Airport's movement area (as determined by the permittee) must receive company training every consecutive 12 months for operations in the movement area; training must include subject matters listed in 14 CFR Part 139.303.  After company training is completed, the individual must successfully complete the Airport Movement Area Operator (MAO) training and testing at least every 12 consecutive months.  The Airport movement area privilege is indicated by the "M" icon on the Airport ID badge and is required before operating in the movement area.  For any aircraft taxi or tow operation, all personnel at the controls of the aircraft, communicating on the ATC radio, or operating a tow tractor must have the "M" icon on their Airport ID badge.

**(B)       GSE Requirements**

**(1)       Registration**

All GSEs shall be registered with the Airport on an annual basis.  The following types of motor vehicles operating on the AOA, regardless of whether such vehicles enter or exit the AOA, shall also be currently registered with and display valid license plates issued by the State of California Department of Motor Vehicles:  sedans, vans, station wagons, sport utility vehicles, buses, and "motor trucks."  For the purposes of this Section, "motor trucks" means both passenger and commercial trucks regardless of weight or number of axles, including but not limited to pickup trucks (open box and utility body), flatbed trucks, truck tractors, and catering trucks.  For the purposes of this Rule, "motor trucks" does not mean vehicles designed and exclusively used for the refueling or movement of aircraft.
Upon application to the Director by the owner of a vehicle exclusively operated on the premises of the Airport, an identifying number shall be assigned to that vehicle which together with the initials "S.F.I.A.," shall be displayed prominently on the vehicle in the manner prescribed by the Director.  Tampering with or altering Ramp Access Permit Placards or SFIA identifying numbers is prohibited.  Tenants are responsible for immediately requesting replacement of any placard or permit which becomes damaged, faded, or otherwise illegible.

**(2)       Insurance**

Every vehicle operated on the Secured Area/Air Operations Area must be covered by the permittee's liability insurance as required by the Director.

**(3)       Trade Dress**

All vehicles and equipment operated on the Secured Area/Air Operations Area (AOA) must have a magnetic, stenciled, or painted logo and number at least eight inches in height marked on both exterior sides.  Prior authorization for use of any markings outside of these parameters must be obtained in writing from the Airport by submitting a written request to the Director of Safety and Security Services.  All such requests shall be considered on a case-by-case basis.  All equipment must be maintained in a clean and clearly identifiable condition.  No dirt, oil, or grease shall cover or obscure the vehicle's trade dress, paint scheme and company name.

**(4)       Safety Equipment**

No GSE or vehicle shall be permitted in or upon the Secured Area/Air Operations Area unless it is in sound mechanical condition with unobstructed forward and side vision from the driver's seat.  All motorized vehicles must be equipped with seat belts or other appropriate safety restraints.  Trailers on the Airport ramp or apron areas must be equipped with proper brakes so that when disengaged from a towing vehicle, neither aircraft blast nor wind will cause them to become free rolling.  Positive locking couplings are required for all towed equipment.  Brakes must be set in secured position when equipment is not being towed.

**(5)     FAA-Required Equipment**

Unless authorized by the Director, all vehicles operating on a ramp or across taxiways or runways must be equipped with FAA-approved beacon or flashing lights or under positive escort while operating during hours of darkness or periods of low visibility.  Vehicles authorized for unescorted operation in the movement area must be equipped with operating FAA-approved Vehicle Movement Area Transmitters (VMAT).  Vehicles without a VMAT must be escorted by movement-area qualified operators using VMAT

**(6)     Lights**

Carts, trailers, and/or pieces of equipment being towed or carried after dark must have either rear reflectors or rear lights.

**(7)     Hazardous Materials**

All GSE carrying hazardous materials must be properly labeled and display a legible 24/7 emergency telephone number.

**(8)     Shared Equipment**

A tenant shall not use equipment of another tenant without written authorization from the owner.  If a tenant borrows or uses equipment of another tenant, the owner of such equipment shall remain responsible for its use and shall be responsible for any citation issued under these Rules and Regulations with respect to such equipment, regardless of the operator.  The GSE owner shall provide to Airfield Operations an individual designee who may be reached at any time its GSE may be in use, regardless of the operator, to address immediate operational and safety concerns.

**(9)     ULD Containers**

Cargo containers typically used for freight and mail operations ("ULD containers") and/or cargo pallets shall not be left on the ground in ramp areas unless in a designated cargo area.  ULD containers and/or cargo pallets must be secured on racks or dollies when in ramp areas.  ULD containers and/or cargo pallets on the ground in designated areas shall be stacked or organized in a safe and tidy manner.

**(C)     GSE Safety Inspection and Impound Programs**

**(1)     Safety Inspection Program**

The Ground Support Equipment Safety Inspection Program (GSESIP) is necessary to ensure that all GSE operating on and around the AOA are mechanically sound and safe, promoting the overall safety of the Airport Community.  All tenants and contractors whose employees use or operate vehicles or equipment on the AOA must comply with the GSESIP.

The GSESIP includes scheduled periodic physical inspections, audits, and random or targeted inspection of GSE.  The GSESIP is annexed to these Rules and Regulations as Appendix B.  Every lease, permit, or contract authorizing use of ground support equipment on the AOA shall incorporate the GSESIP.

**(2)      Impoundment Program**

The Airport may impound GSE that presents a safety hazard or interferes with safe and efficient operations.  Every tenant is responsible for its own GSE equipment regardless of the operator (i.e., borrowed or used by another tenant).  There are two types of impound procedures:

(a)  Immediate Impound:  GSE that pose an imminent safety hazard shall be impounded.  An Airfield Safety Officer or delegated representative will red-tag the GSE and arrange for removal to the Airport impound lot.  A citation will be issued and the tenant owner of the GSE will be notified.  Disposal fees will apply.

(b)  Non-critical Impound:  When GSE is located in an area that is not authorized for staging, parking, or storage but does not present an imminent safety hazard, the Airport will allow tenant 30 minutes to move the GSE to an appropriate location.  Notification will be by telephone.  After 30 minutes, the equipment will be impounded.  Citation and disposal fees will apply.

The Airport may impose the following fees on owners of impounded GSE:

▪  Citation fees:  All towing and impound fees will be covered through citation fees associated with the appropriate Rule and Regulation.  One citation will be issued for each large piece of GSE; it is the impounding officer's discretion to issue additional citations based on efforts required to remove the GSE.

▪  Secondary citation fees:  If equipment is not recovered within 15 days of impoundment (including the day of impoundment) a second citation will be issued, and additional citation fees will apply.

▪  Disposal fees:  In addition to any initial or secondary citation fee, a disposal citation will be issued should the impounded equipment not be retrieved within 30 days.  Disposal citation fees will apply.  Any additional charges required to dispose of unclaimed equipment will be billed to the tenant owner of the equipment.

▪  Compounding fees:  Per the fee schedule in the Rules and Regulations fees will compound and increase with each subsequent impounding event.

Recovery of Impounded GSE:  To recover impounded equipment a tenant must contact Airfield Operations at (650) 821-3355.  Tenant must coordinate a retrieval time with the Airfield Supervisor who will document the equipment retrieval.  The tenant will be responsible for safely removing the equipment.

Review of Impoundment:  To request a review of an impoundment citation fee, the GSE owner must follow the procedure set forth in Rule 14.5.  A pending request for review or appeal, however, shall not relieve the GSE owner of the 15-day impoundment fine period; fees will continue to accrue while a review is pending if a GSE remains in impoundment beyond the initial 15-day period.

City and County of San Francisco

Airport Commission Rules and Regulations

**(D)      GSE Movement**

**(1)      Signage**

Drivers on the AOA must comply with all posted signage and ground markings.

**(2)      Checkpoints and Security Gates / Vehicle Escorts**

(a) **Vehicle Checkpoints.**  Vehicles entering the AOA must pass through a Vehicle Checkpoint and follow the instructions of the Vehicle Checkpoint security personnel, law enforcement officer, posted signage, and/or vehicle guidance systems.  The owner of the vehicle shall be subject to fines under Rule 14 and, in addition, shall be responsible for any personal or property damage resulting from the operator's failure to follow such instruction.

(b) **Security Gates.**  Each vehicle operator using an Airport perimeter (security) gate shall ensure the gate closes behind the vehicle prior to leaving the vicinity of the gate.  The vehicle operator shall also ensure that no unauthorized vehicles or persons access to the Secured Area/Air Operations Area (AOA) while the gate is open.

(c) **Vehicle Escorts.**  Only badged personnel with both driving and escort credentials may perform vehicle escort on the AOA.  Only one vehicle may be escorted at a time.  Drivers performing vehicle escorts will maintain safe following distance, communication, and line-of-sight with the escorted vehicle driver.  Vehicle escorts shall ensure that when performing escort services, no vehicle will block taxiways, taxilanes, or aircraft gates.  All vehicles entering the AOA though a construction access gate must be escorted by Airfield Operations unless following an approved designated haul route.  Vehicles carrying or designed to carry construction debris and building materials such as rock, concrete, dirt, sand, debris, or similar material that could be dislodged from the vehicle must be escorted by Airfield Operations.  No tenant or contractor shall escort a vehicle with more than two axles.  Tenant or contractor badged personnel may operate larger vehicles without an escort.  No tenant or contractor shall escort a vehicle with a wide-load.  A wide-load is any load that extends beyond the width of the body of the vehicle or trailer or any vehicle that is wider than the width of the vehicle service road (12').  All vehicle checkpoint gate openings are 16' wide:  Northfield Checkpoint – no vehicles with a combined length over 65' long are permitted; Westfield Checkpoint – no tractor trailers are allowed through Checkpoint 2.  (AOB 19-08)

**(3)      Movements on the AOA**

(a) Before entering onto any runway, taxiway, or apron area, ground traffic shall yield right-of-way to taxiing aircraft and aircraft under tow in all cases.

(b) Except as authorized by the Director, vehicular traffic on the aircraft ramp shall use the service roadway.

(c) Drivers must always yield to emergency vehicles operating with flashing lights and/or siren.

(d) A guide person is required whenever the operator's vision is restricted during vehicle maneuvers.

(e) No vehicle shall pass any bus in transit supporting the Ramp Bus Operation, as described in Appendix H to these Rules and Regulations.

(f) Only in the non-movement area, drivers are permitted to detour the equivalent of one vehicle width outside the vehicle service road if a parked aircraft or disabled equipment encroaches upon the roadway.

**(4)      Towing and Carrying**

(a) Tractor and/or container carriers shall tow no more than four carts, pallets, igloos, or ULD containers and shall adhere to all posted signage.  Operators shall at all times maintain safe control and proper tracking of their towed items.

(b) The towing of any cargo dolly or container larger than an LD3 or comparable-sized baggage cart is prohibited in the International Terminal Underpass (Tunnel).

(c) No person shall operate any vehicle that is overloaded or carrying more passengers than the number for which the vehicle was designed.  In addition, no person shall ride on the running board or stand up in the body of a moving vehicle.

(d) All items in or on vehicles must be securely fastened.  Equipment, supplies, tools and all other items transported on the exterior of a vehicle, including but not limited to water containers and lunch boxes, must be securely fastened to avoid being blown off of or dislodged from vehicles due to high wind conditions, jet blasts and other hazardous surface and air conditions. Items inside vehicles, such as radios, clipboards, sunglasses, cell phones, and beverages must be secured in a manner that will not obscure the driver's view and/or distract the driver.

**(5)    Prohibitions**

(a) Persons shall not operate GSE or vehicles in a reckless or careless manner.  A reckless or careless manner is one that intentionally or through negligence threatens the life or safety of any person or threatens damage or destruction to property.  Equipment shall only be used for its intended purpose.

(b) No person shall operate a vehicle or other equipment within the Secured Area/Air Operations Area (AOA) while under the influence of alcohol or any drug that impairs, or may impair, the operator's ability to safely operate GSE.

(c) No person shall use personal listening devices while walking or driving on the AOA.  Personnel authorized to operate vehicles on the AOA may use personal cell phones and/or any other type of hand-held or hands-free device, only after stopping (whether in or out of a vehicle) in a safe manner and in a safe location.

**(6)    Passenger Safety**

Each vehicle operator is responsible for the safety and activities of the operator's passengers while within the Secured Area/Air Operations Area (AOA).  Each vehicle operator shall ensure that all occupants use seat belts and other safety devices when conveyance is so equipped and while traversing on any vehicle service road.

**(7)    Speed Limit**

 No person operating or driving a vehicle upon the AOA shall drive at a speed greater than: five (5) mph within baggage make up areas and aircraft envelopes; ten (10) miles per hour around the terminals; fifteen (15) miles per hour between Westfield and Romeo checkpoints to Access Gate 118; fifteen (15) miles per hour along the restricted vehicle service road (RVSR); or at any speed greater than is reasonable and prudent having due regard for weather, visibility, traffic, and the surface, and in no event at a speed which endangers the safety of persons or property.

**(8)    Parking**

(a) Ramp vehicles and equipment shall be parked only within a tenant's own area and in approved marked parking stalls.

City and County of San Francisco                                    Airport Commission Rules and Regulations

(b) Vehicle operators shall not park vehicles under any passenger loading bridge or within the striped "Keep Clear" zone.

(c) No person shall park vehicles or other equipment that interfere with the use of a facility by others or prevent movement or passage of aircraft, emergency vehicles, or other motor vehicles or equipment.

(d) No person shall position a vehicle or equipment within 10 feet of a fire hydrant, emergency fuel shutoff device, standpipe, or aircraft fire extinguisher, or in a manner that prohibits a vehicle from accessing these fire suppression units.  To prevent damage to the underground hydrant system, GSE shall not traverse, park, or stage in the areas delineated with red-painted border markings.

(e) Vehicles with running engines must never be left unattended.

**(9)    Restricted Areas**

(a) No vehicle shall enter the AOA unless clearance and permission has been obtained from Airport Operations.  No vehicle shall enter or operate within the Movement Area unless the driver possesses a current movement area credential, monitors and receives Airport Traffic Control Tower (ATCT) clearance by two-way radio communication, or is under escort by Airfield Operations or other authorized party.  Once within the Movement and safety areas, personnel and vehicle operators shall remain in continuous communication with the ATCT and comply with all ATCT instructions.

(b) No vehicle shall pass between an aircraft and passenger terminal or passenger walkway, or operate under a wing or tail, when the aircraft is parked at a gate position, except those vehicles servicing the aircraft.  No vehicle shall enter the envelope of an aircraft-occupied gate.  All other vehicles must drive around the aircraft away from the passenger loading gates and walkways.  Vehicles are permitted to drive the equivalent of one vehicle's width outside the non-movement boundary line if a parked aircraft encroaches onto the vehicle service road.

(c) Ground vehicles shall not pass between an aircraft and any member of the associated push back crew unless so directed by a member of the crew.

(d)  Unescorted access to the Restricted Vehicle Service Road (RVSR), which is located in the east and north areas of the Airport between access gates #1 and #118, shall be explicitly granted by Airside Operations. Each person requiring this access must first attend the Airside Operations RVSR training to receive their permit. Before entering the RVSR from access gate #1 or via the terminus of the VSR near access gate #118, the vehicle operator must call (650) 821-3355 to request access.  Unescorted access permits must be displayed in a manner that is visible from the vehicle windshield.

**5.5    RAMP OPERATIONS AND GATE USAGE**

**(A)    Terminal Ramp and Gate Restriction**

**(1)**    No General Aviation private, business, or corporate aircraft may enter or use terminal area gates without the prior written permission of the Director.  The owner and/or operator making the request for such entry or use assumes full and sole responsibility for the safety and security of all aircraft.

City and County of San Francisco

Airport Commission Rules and Regulations

**(2)** All international flights must depart from the International Terminal unless they are transborder flights approved in advance by the Director.

**(3)** All transborder flights pre-cleared by U.S. Customs and Border Protection may arrive either in a domestic terminal or the International Terminal and will be treated as domestic flights.

**(4)** Parking of aircraft on the Terminal Ramp is restricted to no less than 138 feet from the center line of Taxiway "A".

**(5)** No person shall install or alter any marking, sign, or light on the Secured Area/ AOA, including within leasehold areas, without first receiving written permission from the Airport. Building Inspection and Code Enforcement (BICE) shall evaluate such proposed alterations for compliance with the Airport Building Regulations and other applicable standards and requirements.

**(B)** **Ramp Drive Boarding Bridge Operations**

All Ramp Drive Passenger Boarding Bridge ("Bridge") operators are required to use a ground level Guide Person/Spotter ("Spotter") who is in full view of and in communication with the Bridge Operator.  Bridges shall not be moved without the use of a Spotter.  The Spotter shall be in a physical location to observe the Bridge's path of travel, assist in providing direction, enforce a safety zone around the Bridge and advise the Bridge operator when it is safe to move the bridge.

**(C)** **Guide Person/Spotter Duties**

**(1)** Before signaling to the Bridge Operator that it is safe to move, the Spotter shall ensure that Bridge path of travel is clear of personnel, vehicles, ground support equipment, debris and any other obstruction that could interfere with the safe movement of the Bridge.

**(2)** Spotters shall maintain constant visibility and communication with Bridge Operator using visual signs and/or radio communications to advise Bridge Operator when it is safe to move; perform all duties from physical vantage point that allows Spotter to observe path of travel while remaining in view of Bridge Operator.

**(3)** After completion of boarding, assist operator in safely returning Bridge to Home Base.

**(D)** **Bridge Operator Training – Employer Requirements**

Tenants engaged in Bridge operations are responsible for the proper training of their employees. No Bridge Operator shall operate a Bridge without first successfully completing a Bridge operating training course administered by the operator's employer.  All Airport-owned (common use, joint use, and preferentially assigned) Bridge operators shall complete the Airport's Ramp Drive Passenger Boarding Bridge computer based training and practical (hands-on) training provided by their employers before operating a Bridge.  Computer based training is valid for a one-year period. Bridge operators shall complete annual recurrent computer based training. All employers of Bridge operators shall make training records available for inspection by the Airport upon the Airport's request.

**(E)** **Bridge Operator Duties**

**(1)** Never operate a Bridge without the active assistance of a Spotter, even when the Bridge is equipped with a camera.

**(2)** Never operate a common use, joint use, or preferentially assigned Bridge without successfully completing Bridge Operator training.

**(3)** Never allow wheelchairs, aisle chairs or other items to be stowed in, around or near the Bridge.

**(4)** Always leave Airport-owned Bridges clean and orderly.  The Airport encourages Bridge Operators to leave airline-owned  Bridges in a similar condition after use.

**(5)** Bridge safety devices shall not be bypassed at any time, including 400hz power interlocks.

**(F)     Duties of Other Ground Personnel**

All ground personnel working in and around Bridges must stay alert to Bridge movement and always stay out of the path of a moving Bridge.  No equipment or vehicles shall be left unattended, parked or operated around or under a Bridge wheel.

**(G)     Use of Alternating Current Power Sockets Affixed to a Passenger Boarding Bridge (PBB)**

**(1)** Except as necessary for operation and maintenance of a PBB, use of AC power sockets located on the cross member of the PBB is prohibited.

**(2)** The use of AC power sockets affixed to a PBB to connect and/or charge personal electronic devices such as, but not limited to, radios, smartphones, or tablets, is prohibited.

**(H)     Pre-Positioning of a Passenger Boarding Bridge (PBB)**

At certain gates, the configuration of the PBB and aircraft parking is such that pre-positioning of the PBB is required before the arrival of aircraft.  At such locations, the operator shall conform to the following procedure:

**(1)** Relocate the PBB from the permanent home base location to the preposition circle located on the ramp area prior to aircraft arrival.

**(2)** If equipped with a collision avoidance system, the PBB will slow down as it gets closer to other PBBs.

**(3)** Upon departure of aircraft, return the PBB to the permanent home base location with the assistance of a designated guide person.

**(I)     Housekeeping**

Before and after each use of a gate area, all air carriers shall:

- pick up and dispose of all Foreign Object Debris (FOD) in designated areas, placing it in an Airport-approved receptacle;

- store in proper locations the 400 Hz power cable, PC air duct, and potable water hose;

- confirm that the area is free of all spills; and

- remove all GSE to allow the next tenant to service its aircraft.

For purposes of this Rule 5.5, the gate area includes the following:  The rectangular footprint extending lengthwise from the vehicle service road to the terminal building and widthwise from a point which is ten feet beyond the widest section of the aircraft apron delineated by red and white striping to a point which is ten feet beyond the widest section of the aircraft on the opposite side.

**(J)      Management Protocols For Joint or Common Use Gate Resources**

To ensure the efficient, systematic, and equitable management of Joint Use and Common Use gates in the International and Domestic Terminals as well as other common use resources, including, but not limited to, the pre-conditioned air, 400 Hz systems, and the Passenger Boarding Bridges, all airlines must adhere to agreements limiting periods of use.  Airlines shall promptly comply with all Airport directives to vacate a Joint or Common Use resource.

Failure to comply with agreed-upon terms for period of use or failure to comply within 1/4 hour of an Airport directive to vacate a Joint or Common Use resource, shall result in fines assessed for each 1/4 hour (rounded up to the next 1/4 hour), beyond such period as provided in Rule 14 of these Rules and Regulations.

**(K)      Advanced Visual Docking Guidance System (A-VDGS)**

All air carriers with flights assigned to a gate with an active A-VDGS unit are required to use the docking station.  A-VDGS units integrate with the Airport operations database to log accurate aircraft on-block and off-block times, and interface with the Passenger Boarding Bridge (PBB) to check availability and status of PBB Auxiliary Systems.  The system is designed to log the use of Pre-Conditioned Air (PC Air) and 400 Hz equipment.  Failure to use the A-VDGS will lock the use of the PC Air Unit, 400 Hz power, and the PBB itself.

The A-VDGS will automatically display gate identification, flight information, aircraft type and sub-type, (+/-) departure or arrival time, and assigned baggage claim.  The system operates in a semi-automatic mode as ad-hoc notification messages may be displayed by authorized personnel and confirmation of all information must be acknowledged at the A-VDGS control panel by ramp personnel servicing the flight.  The A-VDGS must be activated before aircraft arrival because the A-VDGS will safely guide pilots through the aircraft docking process by ensuring the aircraft arrives at the assigned and compatible gate, the pilot follows the correct lead-in line (at gates with multiple lead-in lines), and the aircraft is parked on the correct stop bar.

The use of A-VDGS does not replace the ground crew. Ground crews must meet the arriving aircraft.  Ground personnel are required to keep the ramp clear and safe for aircraft arrival, and personnel must be within proximity of the A-VDGS control panel in the event the Emergency Stop button requires activation.  A designated ground crew member is required to monitor the operation of the A-VDGS unit while also confirming safety personnel are ready for aircraft arrival.  (AOB 19-06)

**5.6      PASSENGER MOVEMENT**

**(A)      Passenger Enplaning And Deplaning**

To maximize the safety and security of passengers, all aircraft shall be loaded or unloaded and passengers enplaned or deplaned in designated areas unless otherwise permitted by the Director. There shall be no enplaning or deplaning of passengers on the ramp when aircraft in the vicinity of the designated route have engines operating.  No pedestrian traffic is allowed to cross any taxiway, taxilane, or terminal ramp between boarding areas.  Ground loading of jet aircraft in the Terminal Ramp Area is prohibited unless otherwise permitted by the Director.

All passengers shall be directed along designated routes to and from the terminal buildings.  These designated routes shall meet the following minimum standards for aircraft parked in the Terminal Ramp Area:

**(1)**      For jet aircraft parked in the Terminal Ramp Area, the approved designated route for enplaned and deplaned passengers shall be through a Passenger Loading Bridge that meets the Americans with Disabilities Act Accessibility Guidelines (ADAAG) slope

requirements and connecting between the Terminal Building and aircraft entrance doorway.

**(2)** For jet aircraft parked in the Terminal Ramp Area for which it is not possible to meet ADAAG slope requirements with a Passenger Loading Bridge alone or for which a Passenger Loading Bridge is not compatible, the approved designated route for enplaned and deplaned passengers shall be through a Passenger Loading Bridge that meets ADAAG slope requirements connecting between the Terminal Building and an enclosed Passenger Ramp.  The enclosed Passenger Ramp shall meet ADAAG slope requirements and connect between the Passenger Loading Bridge and the aircraft entrance doorway, including if necessary, a Mobile Bridge Adapter between the enclosed Passenger Ramp and Aircraft entrance doorway.

**(3)** For non-jet (prop and turboprop) and regional jet craft parked in the Terminal Ramp Area, ground loading shall be used and passengers shall be directed along designated routes to and from Terminal Buildings.  Airline personnel shall be stationed in sufficient numbers to readily assist and direct passengers during the ground level enplaning and deplaning process.

**(4)** For each aircraft type, operators shall identify and eliminate hazards or risks associated with fueling activities while passengers are enplaning and deplaning.

**(B)    Ramp Bus Operations**

The Airport conducts airfield remote passenger bus operations between certain terminals and remote hardstands, using a Bus Operator retained by the Airport.  Airline tenants must comply with Remote Bus Operations standards set forth in Appendix H to these Rules and Regulations:

**5.7    FUELING**

**(A)    Authorized Personnel**

Fueling units shall be operated only by qualified persons who shall be situated at the dead man switch when such unit is being operated.  Tenants who perform fueling services must have an approved FAA training program for their employees.  Employees who perform fueling services must receive a certificate from the Security Access Office.  Employees who have authorization to drive on the AOA, but have not completed an FAA-approved fueling training program, may drive a fuel truck on the AOA solely for the limited purpose of relocation, not fuel handling.

**(B)    Fueling Equipment**

**(1)** All aircraft and aircraft fueling units shall be adequately bonded in conformance with National Fire Protection Association Rule 407 and California State Fire Code during fueling or defueling operations to prevent static charges of electricity.  Fueling operations shall be discontinued when lightning is observed or reported in the vicinity of the Airport.

**(2)** The fuel cargo of any refueling unit shall be unloaded by approved transfer apparatus only, into the fueling tanks of aircraft or underground storage tanks, except that when such unit is disabled through accident or mechanical failure and it is necessary to remove the fuel, such fuel may be transferred to another refueling tank or unit vehicle, provided the necessary bonding and grounding connections have been made prior to fuel transfer and that adequate provisions are in place to contain a fuel spill.

**(3)** All airlines shall accept underground fueling whenever such facilities are available unless otherwise authorized by the Director.

**(4)**     Every fueling unit shall display the name of the organization operating the unit and signage/placards indicating the type of fuel in conformance with NFPA Rule 407 and California State Fire Code Requirements.

**(5)**     Fueling units shall be loaded only at an approved loading platform except when defueling.

**(6)**     All tenants and contractors are required to inspect aircraft and automotive refueling vehicles operated on the airfield.  Any refueling vehicle with embedded ignition keys or ignition starter buttons must be converted to a removable key ignition starter.  Refueling vehicle ignition keys must be under positive control whenever the vehicle is left unattended.

**(7)**     For all aircraft refueling vehicles equipped with an exhaust after-treatment device, such as diesel particulate filter (DPF), requiring the filter to be cleaned at high temperatures (regenerated) while installed on the vehicle, regeneration shall be performed only in the location designated or approved by the Airport and Fire Department.  All such exhaust systems shall be installed and maintained in conformance with NFPA Rule 407 and manufacturer's written instructions.

**(C)**     **Fueling Aircraft with Passengers On Board**

Aircraft occupancy and passenger traffic is permitted during fueling operations only when all of the following safety measures are in place: (1) a trained, qualified employee of the aircraft owner is on board and available to direct emergency evacuation through regular and emergency exits, and (2) passenger walkways or stands are left in the loading position.

**(D)**     **Driving/Storing Fueling Equipment**

**(1)**     No fuel truck shall be driven under any boarding area or underpass.

**(2)**     No fuel servicing tank vehicles truck shall be brought into, stored, or parked within 50 feet of any Airport terminal building or other Airport structure unless authorized by the Director. The parking of fuel servicing tank vehicles within 10 feet of other tank vehicles is prohibited (NFPA Rule 407).

**(E)**     **Fires and Spills**

**(1)**     In the event of a fire or fuel spill, the airline shall immediately:

▪     summon the Fire Department and Airport Operations by calling Airport Communications at 911;

▪     evacuate the aircraft and loading bridge; and

▪     discontinue all fueling activity and shut down all emergency valves and dome covers.

**(2)**     In the event of a fuel spill and in the absence of a fire, the airline shall immediately secure the site; contain spillage/ prevent fuel from entering storm drains; and perform clean-up. Additionally, the following procedures shall apply:

▪     passengers shall not be re-admitted to the jet bridge or the aircraft until authorized by the Fire Department;

- ▪ fuel delivery units shall not be moved until directed by the San Francisco Fire Department; and

- ▪ no aircraft or vehicular movement shall be allowed in the area until authorized by the San Francisco Fire Department.

**(F)** **Role of Fire Department**

    **(1)** San Francisco Fire Department – Fire Marshal and Airport staff shall inspect refueling vehicles and equipment in compliance with FAR 139.321, DOT standards, NFPA Rule 407, California State Fire Code requirements, and the GSESIP.  Non-complying vehicles and equipment shall be removed from service until such time as noncompliance is corrected and the vehicle/equipment passes re-inspection.

    **(2)** The Airport Fire Marshal issues all permits for mobile fueling operations.  Mobile fueling operations without such a permit is strictly prohibited.  Tenant operators and contractors shall comply with applicable requirements of the California Fire Code, Section 5706.  A fueling plan shall be submitted to the Airport Fire Marshal which shall address all code requirements.

**5.8** **ACCIDENTS, INCURSIONS, DISABLED AIRCRAFT/GSE**

**(A)** **Accidents/Incidents**

Operators of aircraft or GSE involved in an incident on the Secured Area/Air Operations Area (AOA) that results in injury to a person or damage to an aircraft, Airport property, or another vehicle shall:

    **(1)** Immediately stop and remain at the scene of the incident.

    **(2)** Render reasonable assistance, if capable, to any person injured in the incident.

    **(3)** Report the incident immediately to Airport Communications by dialing 911 from an Airport or cell phone, if possible.  Any person causing or failing to report and/or reimburse the Airport for injury, destruction, damage, or disturbance of Airport property, may be refused the use of any facility and may lose all security badge and access privileges at the discretion of the Director, until and unless a report and/or full reimbursement has been made.

    **(4)** Provide and surrender the following to any responding Airfield Safety Officer and/or San Francisco Police Department Officer:  name and address, Airport identification card, State driver's license, and any information such personnel need to complete a motor vehicle accident report.

    **(5)** Within 48 hours of the incident, submit a complete report of the accident or incident to the Director through Airport Operations.  When a written report of an accident or incident is required by the Federal Aviation Administration, a copy of such report may also be submitted to Airport Operations to satisfy this requirement.

**(B)** **Incursions or Deviations**

Failure to obtain a clearance or follow instructions in entering or operating within the Movement Area, including any safety area, may result in a taxiway deviation or runway incursion.  The classification of an incident or occurrence as a taxiway deviation or runway incursion is determined by the Airport Traffic Control Tower.  Any aircraft or GSE operator who causes a taxiway deviation or runway incursion shall immediately surrender the operator's  Airport ID badge

and be escorted off of the airfield.  The Airport shall confiscate the operator's Airport ID badge and shall fine the employer and/or operator as provided under Rule 14.

The confiscation of the operator's Movement Area authorization shall be permanent unless the Airport grants a request for reinstatement.  Only the employer of the vehicle operator involved in the incident may request reinstatement of Movement Area privileges.  Such request shall be in writing and provide a detailed explanation of the incident and the plan for re-training of the operator.  Upon receipt of such request and upon review of the Airport and/or Federal Aviation Administration (FAA) incident reports, the Airport in its sole discretion may permit re-testing of the operator and reinstatement of Movement Area privileges.  In no event, however, will the Airport permit AOA Movement Area authorization for any operator or personnel responsible for an incursion or deviation involving, in the Airport's sole discretion, reckless disregard for the safety of the airfield.

**(C)      Disabled Aircraft or GSE**

Any owner, lessee, operator or other person having the control, or the right of control, of any disabled aircraft or GSE on the AOA shall be responsible for its prompt removal and disposal, including all parts of the disabled aircraft or GSE, subject, however, to any requirements or direction by the National Transportation Safety Board, the Federal Aviation Administration, or the Director that such removal or disposal be delayed pending an investigation of an accident or incident.  Any owner, lessee, operator or other person having control, or the right of control, of any aircraft or GSE does, by use of the Airport, agree and consent, notwithstanding any provision in any agreement, lease, permit or other instrument to the contrary, that the Director may take any and all necessary action to effect the prompt removal or disposal of disabled aircraft that obstruct any part of the Airport used for aircraft operations; that any costs incurred by or on behalf of the Airport for any such removal or disposal of any aircraft shall be paid to the City; that any claim for compensation against the City and County of San Francisco, the Airport Commission, and any of their officers, agents or employees, for any and all loss or damage sustained to any such disabled aircraft or GSE, or any part of such aircraft or GSE, by reason of any such removal or disposal, is waived; and that the owner, lessee, operator or other person having control, or the right of control, of such aircraft or GSE shall indemnify, hold harmless and defend the City and County of San Francisco, the Airport Commission, and all of their officers, agents and employees, against any and all liability for injury to or the death of any person, or for any injury to any property arising out of such removal or disposal of said aircraft.

# RULE 6.0

## FIRE AND SAFETY

All fire and fire-related safety provisions of these Rules and Regulations, including Hazardous Materials, shall be in accordance with applicable sections of the Uniform and San Francisco Fire Codes, and/or the National Fire Protection Association (NFPA) Codes and standards, and all applicable laws, rules, and regulations as enforced by the Fire Marshal, San Francisco International Airport.  Fire safety provisions under this Rule 6.0 may also be enforced by Airport Operations or Airfield Safety Officers.

### 6.1    FIRE MARSHAL

It shall be the duty of the Airport Fire Marshal to enforce all applicable Rules of these Rules and Regulations pertaining to fire protection, fire prevention and fire spread control.

All buildings, structures and premises shall be inspected periodically by the Airport Fire Marshal, or the Fire Marshal's duly authorized representatives, to ensure compliance with these Rules and Regulations.

No change shall be made in the use or occupancy of any structure that would place the structure in a different division of the same group or occupancy or in a different group of occupancies, unless such structure is made to comply with the requirements of the Airport Building Regulations. Subject to the approval of the fire code official, the use or occupancy of an existing structure shall be allowed to be changed and the structure is allowed to be occupied for purposes in other groups without conforming to all the requirements of the Airport Building Regulations for those groups, provided the new or proposed use is less hazardous, based on life and fire risk, than the existing use.

### 6.2    HANDLING OF EXPLOSIVES and OTHER HAZARDOUS MATERIALS

Explosives not acceptable for transportation under applicable federal regulations are not permitted on the Airport.

Hazardous Materials shall be stored, kept, handled, used, dispensed, or transported in conformance with Environmental Law and the latest edition of the Airport Building Regulations and/or the Tenant Improvement Guide (TIG), as may be applicable.

**(A)**    All applicable regulations governing explosives which are acceptable for transportation must be strictly adhered to.  Any other material subject to federal or state regulations governing Hazardous Materials must be handled in strict compliance with those regulations and any other more restrictive regulations that the Director might deem necessary to impose.  Any waiver of such regulations or any part thereof by the Federal Aviation Administration (FAA) or by any other competent authority shall not constitute or be construed to constitute a waiver of this rule by the Director or an implied permission by the Director.

**(B)**    Advance notice of at least twenty-four hours shall be given the Director for any operation(s) requiring the Director's permission pursuant to this rule.

**(C)**    Permission may be given for the movement of radioactive materials only when such materials are packaged, marked, labeled and limited as required by regulations applying to transportation of explosives and other dangerous articles and which do not create an undue hazard to life or property at the Airport.  All hauling of Hazardous Materials must be performed by a registered hazardous waste hauler.  The Airport Fire Department shall provide the Director with information relative to the hazards of any material subject to this Rule.

**(D)**    All Airport tenants and contractors involved with handling Hazardous Materials must provide the Airport with Standard Operating Procedures for the handling and disposal of Hazardous Materials in compliance with Environmental Law, including an Emergency Response Plan, and maintain an

accurate and current inventory of all Hazardous Materials and readily accessible, on-site Safety Data Sheets (SDS).  The plan will include the name of the company used for removal of Hazardous Materials and the names and 24-hour telephone numbers of tenant/contractor personnel authorized to handle such removals.  The plan will be updated annually and resubmitted to bppp@flysfo.com.

**(E)**    Tenants and contractors must properly collect, contain, sample, characterize, and dispose of any Hazardous Materials generated as a result of tenants/contractors' operations, and maintain chain of custody documentation and disposal manifests.  All Hazardous Materials shall be properly managed, labeled, stored, and disposed as required by Environmental Laws. Marked containers with inconsistent product and unmarked containers are subject to seizure by the Airport with all costs for characterization, handling, and disposal to be borne by the responsible tenant/contractor. Tenants and contractors shall provide secondary containment for Hazardous Materials, which shall be tested in accordance with appropriate regulatory requirements, and shall be reliable, adequately sized, and routinely serviced. Hazardous Materials shall be stored in a manner that will prevent contact with the outdoor elements. Tenants and contractors are responsible to dispose of Hazardous Materials within the time period dictated by the appropriate regulatory agency.

**(F)**    Buildings, rooms and spaces containing Hazardous Materials shall be identified by hazard warning signs in accordance with the California Fire Code Hazardous Materials Inventory Statement (HMIS).  Where required by the fire code official, each application for a permit shall include a Hazardous Materials Inventory Statement (HMIS) in accordance with the California Fire Code.

## 6.3    FIRE EXTINGUISHERS AND EQUIPMENT

**(A)**    Fire extinguisher equipment shall not be tampered with at any time, nor used for any purpose other than firefighting or fire prevention.

**(B)**    In accordance with their lease agreements, tenants shall maintain their own fire extinguishers, fire protection equipment and special systems within their respective areas in accordance with the San Francisco Amendments to the California Fire Code.  The Fire Marshal and/or his designated staff shall routinely check tenant areas for compliance with the maintenance of their equipment. In areas that are not the responsibility of the tenant, the Fire Marshal shall make arrangements to maintain fire extinguishers.  Airport Facilities and Maintenance shall maintain other fire protection equipment not covered under lease agreements.

## 6.4    FIRE PROTECTION SYSTEMS

**(A)**    Airport fire protection systems and equipment shall not be tampered with at any time.  No person other than authorized employees of the City and County of San Francisco shall turn heaters in public areas on and off, or operate any other Airport equipment, except tenants in their respective areas.

**(B)**    Construction documents for fire protection systems shall be submitted for review and approval prior to system installation in conformance with the Airport Building Regulations.

Fire protection systems shall be inspected, tested and maintained in accordance with the applicable referenced CBC/CFC codes and NFPA standards. Records of all system inspections, tests and maintenance required by the referenced standards shall be maintained on the premises for a minimum of three years and shall be copied to the fire code official upon request.

**(C)**    A construction permit is required for installation of or modification to fire alarm and detection systems and related equipment.  Maintenance performed in accordance with this code is not considered a modification and does not require a permit.

City and County of San Francisco                    Airport Commission Rules and Regulations

**6.5     OPEN FLAMES**

**(A)**     No person shall start any open fire of any type on any part of the Airport without permission from
the Director and an open flame permit from the Office of the Airport Fire Marshal.

**(B)**     No person shall operate an oxyacetylene torch, electric arc or similar flame or spark producing
device on any part of the Airport except in areas within leased premises specifically designated for
such use by the Director, unless a permit from the Airport Fire Marshal has first been obtained.
No permit shall be issued for operations within an aircraft hangar, any fuel storage area, or upon
any components or section of the hydrant fuel distribution systems, unless the work is required for
repair of such areas or hangars or fuel systems.  Where such operation is required, permission
shall first be obtained from the Airport Fire Marshal and shall be subject to such conditions as the
Fire Marshal may impose.

**6.6     REPORTING FIRES**

Every person observing any unattended or uncontrolled fire on the Airport premises shall immediately
report it directly to Airport Communications at 911.  No person shall make any regulation or order, written
or verbal that would require any person to take any unnecessary delaying action prior to reporting such fire
to the Fire Department.  Fires extinguished by non-firefighting personnel shall not be removed or disturbed
until clearance is given by the San Francisco Fire Department.

**6.7     INSPECTION AND CLEANING SCHEDULES**

Commercial cooking equipment shall be installed, maintained and protected from fire in accordance with
the requirements of the Airport Building Regulations.  National Fire Protection Association #96, "Standard
for the Installation of Equipment for the Removal of Smoke and Grease-Laden Vapors from Commercial
Cooking Equipment", has been adopted by reference in the Airport Building Regulations as the standard
for insuring proper installation, inspection, and maintenance procedures.  The Airport Fire Marshall shall
be supplied a copy of all inspection and maintenance contractors for each commercial hood and duct
system being operated on the Airport upon request.

All Type 1 Suppression Systems shall be upgraded to UL 300 Systems by the second servicing of 2008
per Section 904.11 of the 2007 California Fire Code.  As part of the UL300 system upgrade, a Type K fire
extinguisher is required.

**6.8     LITTER AND CLEANING OF ALLOTTED SPACE**

Each tenant and contractor shall at all times maintain its allotted space in a neat, clean, and orderly
condition and shall comply with the following provisions:

**(A)**     Keep allotted space free from all trash and debris irrespective of the source of such trash and
debris, and deposit and secure all trash and debris in appropriate receptacles (see Rule 8.1).  For
purposes of this Rule 6.8, "allotted space" means all Airport property which such tenant or
contractor is permitted to use and is using for its operations, regardless of whether such use is on
an exclusive, shared, or common use basis.

**(B)**     Flammable materials shall be stored only in approved, labeled containers and all floors  within
allotted space shall be clean of fuel, oil and waste.  The use of volatile solvents for cleaning floors
is prohibited.  Approved metal receptacles with tight-fitting, self-closing covers shall be used for
the storage of oily waste rags and similar materials. The contents of these receptacles shall be
removed daily.  Clothes lockers shall be constructed of metal or fire-resistant material.

**(C)**     Plastic sheeting used on the airfield ramp shall be covered by webbing and tied securely.

**(D)**     Plastic trash bags shall not be left unattended on any part of the AOA.

**(E)**     The placement of any devices to feed any wild bird, mammal, reptile, fish amphibian or invertebrate is prohibited.

**(F)**     Placement of litter or refuse containers in the International Terminal Building where passengers disembark from aircraft and/or the Federal Inspection System areas, including but not limited to jet bridges, sterile corridors, or ramp areas, is prohibited unless written approval is received from the Airport.

## 6.9      CONTROL OF CONTAMINANTS

No person shall allow lavatory fluid, coolant/anti-freeze, fuel, oil, hydraulic fluid, petroleum-based products, or any other Hazardous Materials to leak or spill onto the Secured Area/AOA surface.  No fuel, grease, oil, flammable liquids, or contaminants of any kind, including detergents used to wash aircraft or other surfaces, shall be allowed to flow into or be placed in any sewer system or open water areas without a separator or unless connected to an industrial waste system in which certain constituents such as heavy metals in the waste system are restricted.  Refer to Rule 8.9, for additional requirements for Hazardous Material and hazardous waste management.

All contaminant spills must be reported to Airport Communications by dialing 911 immediately upon discovery of a reportable quantity.

Air Carriers shall use all appropriate pollution prevention procedures and equipment including but not limited to spill kits, storm drain intrusion dams and covers and vacuum recovery or spill scrubber vehicles to protect the Airport's storm, sanitary and industrial waste collection systems.  Air Carriers shall maintain current and readily accessible site and procedure specific Storm Water Pollution Prevention Plans (SWPPP) that address Aircraft Deicing Fluid (ADF) usage and recovery. Air Carriers shall implement all appropriate SWPPP Best Management Practices (BMP) including but not limited to training, material storage, usage, recovery and disposal and record keeping.

## 6.10     AIRCRAFT PARTS CLEANING MATERIALS

Cleaning of aircraft parts and other equipment shall be done preferably with nonflammable cleaning agents. When flammable combustibles must be used, only liquids having flash points in excess of 100 degrees F shall be used and special precautions shall be taken to eliminate ignition sources in compliance with good practice recommendations of the Uniform Fire Code, and the NFPA.

## 6.11     GASOLINE STORAGE FOR AUTOMOTIVE VEHICLES

Except in such instances where the storage of fuel and other flammable liquids has been approved specifically by the Commission in writing, no more than ten (10) gallons of gasoline may be stored or kept in approved portable safety containers above ground by any person, firm, company, or corporation.  All portable containers shall be stored in approved flammable liquid storage lockers when not in use.  Gasoline may also be stored or kept for gasoline supply in approved double walled underground tanks.  No more than 30,000 gallons of gasoline in aggregate shall be stored underground, and no tank shall have a capacity greater than 10,000 gallons; provided that the Director may grant permission to store or keep gasoline in excess of the above limitation in tanks having a capacity not greater than ten thousand five hundred (10,500) gallons each, if, in the Director's judgment, the additional gasoline is deemed necessary, but such gasoline shall be stored or kept only upon conditions and under such regulations as may be required by the Airport Fire Marshal.

All portable filling tanks, underground storage tanks, installations, safety provisions, pumps, and other necessary facilities shall be installed and operated in such a manner as to comply with the California Fire Code, San Francisco Fire Code, and the NFPA.  Prior to the installation of any underground or above ground gasoline facilities, Airport tenants shall be required to acquire authorization by the Director based on the recommendation of the Airport Fire Marshal.  In addition, an appropriate permit, if required, must be obtained from any other agency having jurisdiction.

City and County of San Francisco                    Airport Commission Rules and Regulations

## 6.12    ENGINE OPERATIONS WITHIN HANGARS

The starting or operating of aircraft engines inside any hangar is prohibited.

## 6.13    HEATING AND LIGHTING OF HANGARS

Lighting in hangars shall be restricted to electricity with automated dimming and shutoff features to comply with Building Code.  Heating in any hangar shall be by approved systems or devices only as listed by the Underwriters Laboratories or other acceptable approved Laboratories.

## 6.14    PAINT, VARNISH AND LACQUER USE

For paint, varnish, or lacquer spraying operations, the arrangement, construction, ventilation, and protection of spraying booths and the storing and handling of materials shall be in accordance with the standards of the California Fire Code, and the NFPA.

## 6.15    TESTING OR OPERATION OF RADIO EQUIPMENT

Radio transmitters and similar equipment installed in aircraft shall not be tested or operated within a hangar with dynamotors running unless all parts of the antenna system are at least one foot removed from any other object.  No aircraft shall be placed at any time so that any fabric-covered surface is within one foot of an antenna system.

## 6.16    FUEL STORAGE, DISTRIBUTION AND HANDLING

### (A)    Appropriate Fuel Permits

All individuals and entities that store, distribute or handle fuel  shall  obtain an appropriate permit from the Office of the Airport Fire Marshal prior to storing, dispensing, distributing or handling fuel.

### (B)    Petroleum Companies

Petroleum companies that own equipment or facilities operated or located on the Airport premises for the purpose of distributing aviation fuel shall possess a valid petroleum company distributor permit issued by the Director.

### (C)    Business and General Aircraft Maintenance and Service Companies

Business and General Aviation Maintenance and Service Companies (fixed base operators) may be authorized by the Director to act as dealer or agent for petroleum companies for the purpose of effecting delivery of aviation fuel into aircraft provided that the petroleum company supplying the aviation fuel possesses a valid petroleum company distributor permit, and that such deliveries are confined to the areas designated in writing for said company by the Director.

### (D)    Single Fleet Operators

Single fleet operators who maintain a base of operations on the Airport for the servicing and storage of their own aircraft may qualify for a permit to effect the delivery of aviation fuel to their own aircraft provided their fleet of planes based on the Airport aggregate at least three in number of 75,000 pounds in gross landing weight.  A bona fide Single Fleet Operator Aviation Fuel Permit may be obtained from the Director.

City and County of San Francisco                    Airport Commission Rules and Regulations

**(E)        Tenant Fueling Services**

All tenants and contractors authorized to store, dispense, distribute or otherwise handle fuel ("fuel agents") shall comply with all training requirements set forth in Title 14 C.F.R. Part 139.321and all FAA Advisory Circulars related to fueling, including FAA Advisory Circular 150/5320-4B.  Each fueling agent shall have a fueling supervisor who possesses a current certificate from an FAA-approved fuel safety training program.  A minimum of one resident fueling supervisor based at the Airport is required for every 50 personnel who handle or dispense fuel.  The fueling supervisor(s) shall be responsible for training all personnel who distribute, dispense or otherwise handle fuel for the tenant or contractor and shall ensure that all such training is documented as specified by the Airport.

All employees who handle and dispense fuel shall successfully complete 14 CFR Part 139.321 and Airport-mandated training.  The Airport fueling privilege is indicated by the fuel icon on Airport badges and is required prior to handling or dispensing fuel.  Recurrent training for all fuelers shall be completed every  24 consecutive calendar months.  The trainer's certification and the training records shall be made available to the Fire Department and Airport staff upon request.

**(F)        Fire Extinguisher Training**

All personnel who distribute, dispense or otherwise handle fuel shall receive hands-on instruction on the proper use of hand-held fire extinguishers.  All such training shall be performed by a fueling supervisor who has successfully completed training required under Title 14 C.F.R. Part 139.321and FAA Advisory Circular 150/5320-4B, and shall receive fire extinguisher training from an FAA-approved fuel fire safety course, the San Francisco Fire Department-Airport Bureau, or a training program approved by the San Francisco Fire Department.

# RULE 7.0

## AIRPORT SECURITY

**7.1    GENERAL PROVISIONS**

**(A)    Priority.**  Safety and security are the Airport's first priorities.  The requirements of this Rule 7 are critical to the safe and secure operation of the Airport.  All personnel working and doing business on Airport property must comply with this Rule at all times and model the significance of safety and security for co-workers, passengers, and members of the public.

**(B)    Definition of Restricted Area.**  For the purpose of this Rule 7 only, any areas identified as Secured, Sterile, Restricted, SIDA, or Air Operations Area (AOA), whether within a building or terminal or on the ramp or airfield area, shall be referred to collectively as the "Restricted Area." Additionally, any cargo buildings with direct access to the AOA or SIDA shall be referred to as a "Restricted Area."

**(C)    Airport Security Program.**  This Rule 7 includes the non-Sensitive Security Information (SSI) requirements set forth in the Airport Security Program (ASP) issued by the Director under 49 C.F.R. 1542.

**(D)    Enforcement.**  Any person who violates this Rule 7, compromises Airport security, or creates or engages or participates in any unsafe, unsecure, or hazardous condition or activity at the Airport may have access privileges immediately revoked on a temporary or permanent basis at the sole discretion of the Airport (see also Rule 7.3 and Rule 14.4).  Any person or entity responsible in whole or in part for any security violation shall also be responsible for any fine under Rule 14 and any resulting cost, including but not limited to any fine imposed by a regulatory agency or remediation of property damage or personal injury.

**7.2    SECURITY BADGES**

Any person who works or does business in a Restricted Area or in the pre-security areas of Terminal Buildings on a permanent or temporary basis must hold a security badge issued by the Airport.  Any person holding an Airport-issued security badge does so as a privilege and not a right.

The Airport shall issue a security badge to an individual only upon the request of a designated authorized signatory of an Airport tenant or contractor (an "Authorized Signatory") responsible for verifying that such individual is employed or authorized to perform duties or services on Airport property on behalf of the Airport tenant or contractor.  The employer or sponsor of the Authorized Signatory and/or Airport ID badge holder shall remain responsible for the badge holder's compliance with these Rules and Regulations.

The Airport issues three types of security badges:  (A) the Airport ID badge; (B) the Temporary or "T" badge; and (C) the Museum or "M" badge.

**(A)    Airport ID Badge**

Persons who work or do business in a Restricted Area or in the pre-security areas of Terminal Buildings on a permanent or long-term (longer than 30 days) basis must have an Airport-issued identification in the form of an Airport ID badge.  An individual holding an Airport ID badge may also be referred to as "badged personnel."

**(1)** **Attainment:** An applicant for an Airport ID badge must pass all required Airport training course(s). Cheating, use of any electronic device or outside materials during any training course, or failure to follow the proctor's directions shall result in the immediate and permanent rejection of the badge application or revocation of an existing badge (for badge holders renewing a badge).

**(2)** **Expiration:** The Airport ID badge is issued for a maximum of two (2) years, and must be renewed prior to expiration.

**(3)** **Return:** Upon a change in an individual Airport ID badge holder's employment status, the sponsoring employer is responsible for (a) immediately requesting Airport deactivation of the Airport ID badge and (b) returning the Airport ID badge. Failure to return an Airport ID badge will result in a lost badge fee and any applicable fines in accordance with Rule 14, which shall be charged to the employer. For employees on long-term leave (more than 30 days), employers must comply with Rule 7.3(H) below.

An individual badge holder must return his/her Airport ID badge to the sponsoring employer within three business days of a change in employment status. Failure to do so will render that individual ineligible for a period of two years of the employment termination or separation date. An Airport ID badge applicant may cure such ineligibility by returning the previously-issued badge to the Airport Security Access Office prior to the badge expiration date.

**(4)** **Icons:** The Airport ID badge holder may apply for badge icons indicating special privileges and responsibilities, such as Movement Area access, Escort privileges, and Customs (Federal Inspection Area) access. Additional qualifications and examinations may be required for these designations. Failure to comply with an icon safety and security requirement may result in the removal of icon privileges from the Airport ID badge holder or the suspension or revocation of the Airport ID badge. Special responsibilities for Escort privileges are provided at 7.3(C), below.

**(B)** **"T" Badge**

Persons who work or do business on in a Restricted Area on a temporary basis (30 days or fewer) must have an Airport-issued Temporary or "T" badge.

**(1)** **Attainment:** An applicant for a "T" badge must submit to security vetting prior to obtaining access to any Restricted Area.

The "T" badge identifies an individual who is accessing the Restricted Area under escort (see subsection (3) below) for work or to conduct business and how frequently that person is accessing the Restricted Area. "T" badges may not be used to escort individuals for non-business purposes (such as family members, children, and friends) without prior approval from an Airport Security Coordinator (ASC).

There are two types of "T" badges: (a) Standard and (b) Limited Duration.

(a) Standard "T" badges are valid for a minimum of 24 hours and a maximum of 30 days.

(b) Limited Duration "T" badges are valid for less than 24 hours and must be returned no later than 24 hours from the time of issuance.

**(2)** **Frequency/Duration:** The Airport will issue any one individual a "T" badge on not more than four (4) occasions within the previous 12-months from any request. Any request for an exception to this limit will be reviewed on a case-by-case basis by an ASC. Access that is provided under escort by an Airfield Safety Officer (ASO), Airport Duty Manager

(ADM), or uniformed San Francisco Police Department-Airport Bureau (SFPD-AB) personnel does not require the use of a "T" badge and does not count toward the four occasions in the previous 12-month limit.

**(3)** **Limited Access/Escort Required:** An individual holding a "T" badge may access a Restricted Area of the Airport (a) only under the escort of an Airport ID badge holder who has been granted escort authority as indicated by the word "ESCORT" on their Airport ID badge and (b) only through a Passenger or Employee Security Screening Checkpoint, Vehicle Checkpoint, or a guarded exit lane if no Security Screening Checkpoint lanes accessing a terminal are staffed. Accessing Restricted Areas of the Airport from a public area through a bypass door is strictly prohibited unless under escort of an ADM, ASO, TSA K-9 Handlers and Training Coordinators, or other AOA Badged Law Enforcement Officer with escort privileges.

NOTE: More details on the "T" badge program are available on the Airport's website  at https://sfoconnect.com/badging-security.

**(C)** **"M" Badge**

The Museum or "M" badge is issued for the purpose of viewing SFO Museum Exhibits located in Sterile Areas. The Airport will issue "M" badges to individuals only upon security vetting. "M" badge holders are permitted unescorted access to Sterile Areas of the Airport for no longer than 24 hours. "M" badge holders may enter Sterile Areas only through Passenger Security Screening Checkpoints.

## 7.3   AIRPORT ID BADGE HOLDER AND EMPLOYER SECURITY RESPONSIBILITIES / ACCESS CONTROL PROCEDURES

All badged personnel have an affirmative duty to maintain a secure Airport. Airport tenants and contractors are responsible for ensuring that their employees, suppliers, contractors, subcontractors, and all other businesses and entities providing services on Airport property comply with Rule 7 of these Rules and Regulations.

Violation of the Airport access control procedures below may result in the assessment of fines under Rule 14, and/or fines under the terms of a lease and/or permit, and/or temporary or permanent revocation of an Airport ID badge at the sole discretion of the Airport (see Rule 7.1(D) and Rule 14.4). Administrative fines for violation of Rule 7 of these Rules and Regulations shall be payable to the Airport by the sponsoring tenant or contractor.

**(A)** **Badge Display and Use**

Personnel must display their Airport ID badge on the outermost garment, at or above the waist, at all times.

An individual employee's Airport ID badge may not be given to another, or used by another, to work and/or gain entry to a Restricted Area.

**(B)** **Security Screening**

Every person entering a Restricted Area is subject to security screening at any time.

When traveling for any purpose, an Airport ID badge holder (i) must present him/herself and his/her luggage/accessible property as a passenger; (ii) is prohibited from using her/her Airport ID badge to bypass Passenger Screening Checkpoints; and (iii) must remain in the Sterile Area after being screened. An Airport ID badge holder who exits a Sterile Area after being screened must be re-screened prior to traveling.

All persons entering a Restricted Area are subject to security screening at any time and must cooperate with any TSA or law enforcement search/pat down.  Badged personnel are strictly prohibited from circumventing or avoiding security screening under any circumstance that security screening is required, such as at a vehicle checkpoint, for purposes of bringing prohibited items into a Restricted Area, when travelling, or when the TSA, Airport staff, Airport contractors, or law enforcement are conducting inspections.

Any badged individual who does not submit to a search/pat down in a Restricted Area is subject to citation, immediate suspension of his/her Airport ID badge, and removal from the Restricted Area. Unidentified or unauthorized personnel in the Restricted Area may be detained and/or removed by the Director or a duly-authorized representative.  The Director or a duly-authorized representative may remove unidentified or unauthorized vehicles in the Restricted Area at the owner's expense.

**(C)     Access to Restricted Area**

Airport ID badge holders and tenant/contractor employers must control access to the Restricted Area through careful use of any means of access, whether by door, vehicle checkpoint, or other.

Specifically, badged personnel and tenants/contractors must control access to any Restricted Area as follows:

**(1)     Piggybacking/Tailgating:**  An individual may not follow, or allow another to follow or access in any way through any direct access point to a Restricted Area, such as through a card/biometric reader-operated door or turnstile, unless specifically authorized by the Airport.  Any badged personnel who gains or allows another person unauthorized access into a Restricted Area by piggybacking or tailgating may be subject to suspension or permanent revocation of the Airport ID badge.

**(2)     Escort:**  An Airport ID badge holder with the ESCORT icon displayed on such badge may escort persons in a Restricted Area in compliance with the following escort responsibilities:

(a)  Each person under escort must hold a "T" badge;

(b)  Assure that each person under escort accesses the Restricted Area only through a secure checkpoint as provided under Rule 7.2(B)(3) above (access by a "T" badge holder through a direct access point, such as a security controlled door or turnstile, is prohibited);

(c)  Escort not more than eight "T" badge holders at one time;

(d)  Keep any persons under escort within line of sight and voice control at all times; and

(e)  If handing off an escorted person to another Airport ID badge holder within a Restricted Area, confirm that the receiving badge holder has the ESCORT icon.

Waiver of any of the above requirements may be granted only by express permission of an ASC.

The escort's signatory shall be responsible for any failure to comply with the escort requirements and any damage, injury, or violation caused by an escorted "T" badge holder in a Restricted Area.

**(3)     Keys and Locks:**

(a) Under no circumstance may an individual's Airport-issued security key be given to or used by another individual to gain entry through an Airport access-controlled door unless expressly authorized by the Airport.

(b) Tenant security doors leading from leased tenant space to a Restricted Area shall be keyed to either the Airport Master keying system, tenant's locking system, or cipher lock system.

(c) With respect to any cipher lock in the leasehold or control of any tenant, the tenant shall:  ensure all cipher locks are properly maintained and operational at all times; conduct audits of cipher lock operability at least once per month; change cipher code locks in conformance with the Airport's schedule at least once per year; ensure that all access points providing direct access to Restricted Areas are closed and secured when not in use; immediately report to the Airport's Security Operations Center any cipher lock that is not functioning properly or any cipher lock code change.

**(4)    Secure Doors and Gates:**

(a) Badged personnel must ensure security access doors and gates are closed and secured after entry, and without allowing another person to follow.

(b) Security doors and gates shall be kept locked as required by the Airport Security Program.

(c) Tenants shall be responsible for securing doors and gates located in their leased areas.

(d) Before leaving the vicinity of an open Baggage Belt Roll Door, the attending badged personnel shall take deliberate action to ensure the door is properly closed and secured.  Under no circumstance should the attending individual leave the immediate vicinity of the Baggage Belt Roll Door until it is properly closed and secured.

**(5)    Report False Alarm:**  Badged personnel are required to immediately report any self-activation of a door alarm to the Security Operations Center at (650) 821-3915.

**(6)    Damage:**  Under no circumstances may an individual engage in defacing, damaging, hacking, or interacting with any Airport Security System in any way that limits operation of such systems.

**(7)    Unauthorized Access:**  Badged personnel must report any unauthorized person(s) in a Restricted Area and any potential security violations to the Airport's Communications Center by dialing 911.

**(8)    Access Point Malfunction:**  If any facility on Airport property has an access point that is not functioning properly, such as a cargo facility roll up door, a pedestrian door secured by the access control system, or any other type of access point that, if unsecured, would allow for unauthorized access, the tenant or contractor must promptly take the following actions (ASB 20-07):

▪ Notify the Security Operations Center (SOC) immediately at (650) 821-3915.

▪ If a temporary barricade will be used until the access point can be restored to normal operation, the temporary barricade must be inspected and approved by the SOC.

- A guard with Airport ID Badge must be posted 24/7 at the location to prevent unauthorized access until the situation is resolved and the SOC approves reassignment of the guard.

- Every repair or adjustment must be inspected and approved by the SOC.

**(D)    Restricted Area Duty to Challenge**

Badged personnel must conscientiously observe the presence of an Airport ID badge on other employees.  Every Airport ID badge holder must ensure the following:

**(1)**    Badge is valid for area of use;

**(2)**    Badge has not expired;

**(3)**    Photograph on badge matches person holding badge; and

**(4)**    As to any individual who fails to produce an Airport ID badge, appears suspicious, or is not under proper escort, badged personnel shall provide a detailed description to the Airport Communication Center by dialing 911.  While badged personnel should not attempt to physically restrain the individual, they must make every effort to keep such individual under visual observation until security/law enforcement personnel arrive.

**(E)    Drug and Alcohol Prohibition**

**(1)**    **Prohibited Substances:** No Airport ID badge holder may transport into the Restricted Area any alcohol or any drug identified by the United States Drug Enforcement Agency (DEA) as a "Schedule I" drug, nor may any individual with an Airport ID badge ingest alcohol or a Schedule I drug eight or fewer hours before work or while at work, including breaks.  Schedule I drugs are: heroin, LSD, marijuana, ecstasy, methaqualone, and peyote. See https://www.dea.gov/druginfo/ds.shtml.

**(2)**    **Prescription Drugs:**  No Airport ID badge holder may transport into any Restricted Area any of the following substances unless the individual has a prescription:  Any drug identified by the DEA as a Schedule II, III, IV, or V drug.  Individuals with a current prescription for Schedule II-V drugs must have in their possession the medication in the original prescription bottle, with a legible label showing the name of the individual.

**(3)**    **Working under the Influence:**  No Airport ID badge holder may enter or remain in a Restricted Area if the individual is in any way impaired as a result of ingesting substances referenced in this Rule 7.3, including prescription drugs.

**(F)    Use of Armed Guards, Armored Vehicles, Armed Courier Services**

Tenants or contractors using armed guards and/or armored courier services to, for example, transport currency or high value items or to service automated teller machines, must assure that that its service provider comply as follows:

**(1)**    **Badge Required:**  All armed security guards/couriers accessing any area of the Airport – public (non-Restricted) or Restricted – must be in uniform and in possession of an Airport ID badge or hold a "T" badge under proper escort.

**(2)**    **Vehicle access:**  Armored vehicles entering a Restricted Area for the purpose of picking up or dropping off freight planeside shall enter only through a Vehicle Screening Checkpoint.  All drivers must have a non-movement area driving icon displayed on their badge and must follow all non-movement area driving rules.  Prior to accessing the

Restricted Area, armed vehicle drivers must complete the Armored/Courier Vehicle Information Sheet form (and provide it to the Police Services Aide at the Vehicle Screening Checkpoint: https://sfoconnect.com/forms-documents/asb-2017-20-armed-guards-armored-vehicles-courier-services-airport.. A point of contact with a mobile phone must be in the vehicle at all times while on the AOA.

**(3)   Parking:**  All armored vehicles requiring access to any public (non-Restricted) or Restricted Areas of the Airport Terminal Buildings must park on the Arrivals Level only. For the International Terminal, vehicles must be parked on either end of the terminal roadway and in the Domestic Terminal, vehicles may be parked anywhere on the Arrivals Area curb.  Drivers are prohibited from double parking and/or obstructing active passenger loading or offloading.  Alternatively, drivers may park in courtyards.

**(G)   Security Testing**

Prior to commencing with any internal testing, air carriers must notify the Airport Security Operations Center ("SOC") at (650) 821-3915.  Notice must be given at least two (2) hours prior to the testing.  The SOC must be advised of the date and time of the testing period, the location where the testing will take place, the type of test (badge challenge, tailgate, *etc.*), and when the testing has been completed.

**(H)   Securing Badges of Individuals on Long Term Leave**

Every badged individual who goes on a leave of absence for 30 consecutive days or more shall surrender his/her/their Airport ID badge and keys to the individual's Authorized Signatory.  This requirement applies to every type of leave, including but not limited to medical leave, workers' compensation leave, leave under the Family Medical Leave Act, military leave, jury duty, compensatory time off, and vacation.

**(1)   Duty of Authorized Signatories**: Authorized signatories shall collect all Airport ID badges and keys before badged individuals commence extended leaves of absence.  Airport ID badges and keys shall be returned to the Security Access Office ("SAO") within three calendar days of leave commencement.  Authorized Signatories shall also submit an Employee Extended Leave form to the SAO, which is available on SFOConnect.

**(2)   Leaves of Uncertain Duration:** Where a badged individual commences a leave of fewer than 30 consecutive calendar days and the leave is extended beyond 30 consecutive calendar days, the Authorized Signatory shall notify the SAO by the 30th day that a leave has been extended and shall complete the Badgeholder Extended Leave form within three calendar days. The SAO shall immediately deactivate security access, and the Authorized Signatory shall return City property to the SAO within three calendar days of such notification.

**(3)   Re-entry Following Extended Leave**: When an individual returns to work from an extended leave, the Authorized Signatory shall contact the SAO to reactivate the individual's Airport ID badge and advise when the individual will retrieve the badge and keys (if applicable).  In the event a badge has expired while an individual is on leave, or in cases where the leave exceeds 180 days, the affected employee must successfully complete (a) a criminal history records check, (b) a security threat assessment administered by the Transportation Security Agency, and (c) the computer-based security access training administered by the SAO.

Every non-City employee who fails to surrender his/her/their Airport ID badge and keys upon request will be subject to immediate and permanent badge revocation.

**7.4   TRANSPORTING ITEMS INTO THE RESTRICTED AREA**

City and County of San Francisco                    Airport Commission Rules and Regulations

**(A)     TSA Prohibited Items**

Except as provided under TSA Regulations and this Rule 7.4, no person may transport a Prohibited Item into the Restricted Area.  "Prohibited Items" are defined under 49 CFR 1540.111 and more specifically in the TSA website: https://www.tsa.gov/travel/security-screening/whatcanibring/all.

TSA shall provide the proper materials collection system to ensure that all materials, including those prohibited are properly sorted and delivered to the designated Materials Recovery Area.

Any badged personnel who discovers or comes into possession of a Prohibited Item, loose ammunition, or other potentially dangerous item during the check-in process or from a passenger, must immediately contact SFPD-AB at (650) 876-2424 to have an officer respond for proper confiscation and/or disposal.  Such items shall not be disposed of in a trash receptacle or hazmat container.

**(B)     Procedures to Transport Prohibited Items into the Restricted Area**

All Airport ID badge holders, tenants, or contractors requiring Prohibited Items, including but not limited to knives, tools, and/or or heavy equipment to perform their job duties or for their business operations in a Restricted Area are required to comply with the following procedures.

**(1)     Food and Beverage Inventory Items:**

All Food and Beverage concessions shall follow these procedures when adding to or replacing their prohibited item inventories.  The concessions manager shall contact Aviation Security (650-821-3915) to coordinate prohibited item access into the Restricted Area.

(a)  Aviation Security shall inspect the Prohibited Item(s) and then transport them to the Restricted Area business establishment.  Prohibited Item(s) should be transported in a manner in which they are concealed from public view.

(b)  The concession tenant manager or designated representative shall proceed through the Passenger Screening Checkpoint, then meet the Aviation Security staff member at the business establishment to re-gain possession of the Prohibited Item(s).

(c)  The concession tenant manager or designated representative shall demonstrate to Aviation Security how Prohibited Items are secured during operational and non-operational hours.

(d)  All tenants and contractors shall be responsible for proper safeguarding and storage of Prohibited Items and tools during operational and non-operational hours.

(e)  Food and Beverage concessions may provide customers with only Airport-approved round-blade butter knives.  Prior to providing a round-bladed metal butter knife for passenger use, the concession tenant must submit a letter requesting Airport approval of the implement with a sample round-bladed knife intended for use at its location.  The request must be directed to the Airport's Aviation Security Department (AVSEC).  Upon review, AVSEC will issue a written approval or rejection of the specific butter knife.  Any subsequent proposed change by a concession tenant of its round-bladed butter knife shall be subject to the same approval process.

(f)  All concession tenants shall audit Prohibited Item inventories in conformance with the most current version of the Restricted Airport Security Bulletin (ASB) titled "Sterile Area Prohibited Items Requirements."  Those with a need to know may obtain a copy of this Restricted ASB from AVSEC.

**(2)     Inspection of Merchandise and Consumables:**

The following applies only to merchandise or consumables intended for a Sterile Area (passenger terminals):

Any merchandise or consumables intended for sale, consumption, and/or use in a Restricted Area – whether to be purchased or obtained from a concession tenant, an airline club or lounge, or at a special event – must be inspected by Airport-specified contract security personnel or by TSA at an employee or passenger screening checkpoint. Using employee bypass doors to transport merchandise or consumables into a Restricted Area is prohibited.

Inspections shall confirm that no commercially packaged boxes, cartons, containers, racks, or packages show signs of tampering or altering and do not include any items that are prohibited under TSA regulations.  Inspections may include the person and belongings of any personnel transporting merchandise or consumables into a Restricted Area.

Only Airport ID badged personnel may transport merchandise or consumables into a Restricted Area and only through a screening checkpoint.  An Airport ID badge holder may escort "T"-badged delivery personnel only if the Airport ID badge holder has escort authority.

Badged personnel shall cooperate with safety and security test inspections.  Inspectors performing these tests may ask vendors to place prohibited items in their deliveries for testing purposes.  Vendors shall comply with this request.  Any badged individual who refuses to assist with ongoing security testing in Restricted Areas of the Airport may be subject to citation and suspension of his/her/their Airport ID badge.

**(3)     Tools (Temporary Non-Inventory):**

(a)  Requester shall provide notification to the Airport Duty Manager (ADM) at (650) 821-5222. The ADM shall notify the TSA Coordination Center at (650) 266-1966 when the use of an exit lane is required. If the ADM is unavailable, an Airport Representative can assist.

(b)  Upon arrival at the Passenger Screening Checkpoint, the requester shall tender the tools to the ADM.  The individual(s) shall then be processed (screened) through the security checkpoint.  The ADM will inspect the tools to confirm they are work-related.

(c)  The ADM will then take the approved tools through a bypass door and meet the requester in the Restricted Area.  If the prohibited item(s) is/are too heavy, the ADM will escort requesters and their approved tools into the Restricted Area through a by-pass door.

(d)  If the requester possesses a "T" badge, escort custody of this individual shall be transferred to a company sponsor and Airport ID badge holder with Escort privileges for continuation of proper escort.

City and County of San Francisco                     Airport Commission Rules and Regulations

    (e)  The Airport ID badged personnel with "Escort" privileges shall ensure escort responsibility for their "T" badged workers' possession of tools at all times when in the Restricted Area.

**(4)**    **Transport of Heavy/Oversized Prohibited Items:**

    (a)  Requester shall provide notification to the Airport Duty Manager (ADM) at (650) 821-5222. The ADM shall notify the TSA Coordination Center at (650) 266-1966. If the ADM is unavailable, an Airport Representative will assist.

    (b)  Only those heavy/oversized items necessary for a particular job are allowed into the Restricted Area and will be transported through a vehicle checkpoint, the passenger screening exit lane, or another secure access point escorted by authorized personnel.

    (c)  Heavy/oversized items must be in some form of container, where possible.

    (d)  If applicable, the requester will meet the ADM at the appropriate passenger security screening checkpoint exit lane.

    (e)  At the exit lane, requesters shall tender their items to the TSA for inspection. Requesters shall then be processed through the checkpoint.

    (f)  The tenant/contractor sponsor is responsible for providing the appropriate Airport security badge to the requester as required.

    (g)  Except as permitted by the Airport, use of bypass doors to transport heavy or oversized prohibited items is strictly prohibited.

**7.5**    **VIDEO MONITORING AND RECORDING DEVICES / ACCESS TO AIRPORT CLOSED CIRCUIT TELEVISION (CCTV) SYSTEM**

**(A)**    **Installation or Removal of Video Monitoring and Other Recording Devices**

No video monitoring or other recording devices may be installed or removed by any Airport tenant or contractor in or around the Airport premises without prior written authorization from the Aviation Security unit.  To obtain authorization for CCTV camera installation or removal, tenants and contractors must submit an application, specifying the following:

- Field-of View (FOV) screenshots
- Video monitoring/recording device model and specifications
- Recording system and retention time
- Camera layout drawing
- Security infrastructure and plan to prevent unauthorized access

The use of Pan-Tilt-Zoom (PTZ) security cameras by tenants and contractors in any Restricted area is strictly prohibited and no video monitoring and/or recording device may be installed or focused in a manner that depicts/records security checkpoints, or doors that provide access to any area on Airport premises that, in the sole and exclusive discretion of the Director or his designee, is deemed to present a potential risk to Airport security.  All subsequent changes or modifications to tenant and contractor video monitoring and/or recording device use must be submitted to Aviation Security in writing and approved prior to executing modifications.

**(B)**    **Remote Viewing and Authorization Access**

City and County of San Francisco                                Airport Commission Rules and Regulations

No video monitoring and/or recording device data may be streamed or otherwise transmitted on a wireless network unless the wireless network is equipped with WPA2 security.  Real-time access to all footage must be available to the Aviation Security unit at all times.  No tenant or contractor shall release any video monitoring and/or recording device footage from cameras/devices without prior written authorization from the Aviation Security unit and, if deemed appropriate, the TSA.  Remote access to video monitoring and/or recording devices in secure areas will not be permitted unless explicitly authorized by the Director.

All forms of video footage, whether real-time or stored, must be password protected.  Passwords must comply with the Airport's Password policy.

**(C)     Inventory of Video Monitoring and Other Recording Devices**

All tenants and contractors shall provide Aviation Security with an inventory of existing video monitoring and/or recording devices and security plans, including all of the following:

- Device manufacturer, model and specifications
- Field-of-view
- Data retention time
- Placement of video monitoring and/or recording devices
- Remote access usage
- Written security plan detailing how unauthorized access will be prevented

**(D)     Airport Closed-Circuit Television (CCTV) Access Policy**

The Airport owns and operates the CCTV system.  This system contains information that is confidential, which may be sensitive secure, affect personal privacy, or both.  A tenant or contractor may access Airport CCTV feeds only through Airport equipment upon request to Airport Aviation Security (AVSEC).  If access is granted, the tenant or contractor shall designate individual employees to view CCTV feeds for the performance of official job duties, on a need-to-know basis only.  Any such individual must hold an Airport ID badge and execute a Non-Disclosure Acknowledgement as a condition of authorized access.  (ASB 20-02, ASB 20-06)

**7.6     OTHER RESTRICTED AREAS**

**(A)     Clear Zone.**  The Director or a duly-authorized representative, at the owner's expense, may remove unidentified or unauthorized vehicles parked in posted "no parking" zones within 10' along the Restricted Area/AOA perimeter fence, which has been designated as the "Clear Zone".  The "Clear Zone" shall remain free of vehicles, stored materials or unattended equipment.  Stored materials or unattended equipment may also be removed and/or disposed of at the owner's expense.

**(B)     Water Perimeter Zone.**  Entry into the San Francisco International Airport Water Perimeter Security Zone (WPSZ) is prohibited.  No person, vessel, or boat shall enter the WPSZ without the express permission of the United States Coast Guard Captain of the Port and Director or duly-authorized representative.

**(C)     Utility Tunnels.**  Entry into any Airport utility tunnel is prohibited unless the person accessing the tunnel holds an Airport ID badge or is holding a "T" badge under escort with an Airport ID badge holder with escort authority.

**(D)     Roof Doors.**  Access to any terminal building rooftop is restricted.  Before accessing a rooftop, the individual must notify Airport Communications at (650) 876-2424.  Additionally, the individual must either (1) be authorized by permission of Airport Aviation Security (AVSEC) (for doors with an access control reader) or (2) be escorted by a Duty Manager (for doors controlled by metal key).  For AVSEC permission to use a roof door access control reader, the tenant/contractor must

submit a completed request form (https://sfoconnect.com/sites/default/files/legacy/access-level-request.pdf), by electronic mail to SFOAVSEC@flysfo.com.

### 7.7     PROHIBITIONS

No person or entity may:

**(A)**     Tamper or interfere with, compromise, modify, or attempt to circumvent any security system, measure, or procedure implemented under the Airport's ASP and TSA Regulations under 49 C.F.R. § 1500, *et seq*.;

**(B)**     Enter, or be present within, a Restricted Area without complying with the systems, measures, or procedures being applied to control access as defined in the Airport's ASP and TSA Regulations under 49 C.F.R. § 1500, *et seq*.; or

**(C)**     Use or allow to be used any Airport-issued access medium or identification system that authorizes the access, presence, or movement of persons or vehicles in a Restricted Area in any unauthorized manner, including but not limited to entering a Restricted Area when not scheduled to work and/or for purposes unrelated to job duties.

### 7.8     QUALITY STANDARDS PROGRAM ("QSP")

The Airport Commission adopted the Quality Standards Program ("QSP") to enhance safety and security at SFO.  The purpose of the policy is to ensure that the service providers offer the highest level of quality service to the Airport community, and to enforce the minimum standards for safety, health, hiring, training, wages and benefits, and equipment standards for the airline service provider employees.

The QSP applies to any firm, including airline and third party vendor (collectively, "covered employer"), which employs personnel involved in performing services which directly impact safety and/or security at the Airport.  Any covered employer must, as a condition to its operating on the Airport, comply with the QSP, as the same may be amended from time to time at the sole discretion of the Airport Commission.

All tenants are required to comply with all other Airport operating requirements, including those in their respective leases and permits, Airport Rules and Regulations, and Airport Directives.

City and County of San Francisco                    Airport Commission Rules and Regulations

# RULE 8.0

## AIRPORT ENVIRONMENTAL STANDARDS

All businesses operating at San Francisco International Airport must operate in an environmentally responsible manner by conserving resources (e.g., electricity, natural gas, water, equipment, fuel, supplies), reducing operational emissions, preventing pollution, purchasing and using "green" products and supplies, and recycling and composting materials to the maximum extent practicable.  This Rule 8.0 establishes the minimum environmental standards that tenants and contractors must achieve, in addition to complying with Environmental Laws.  Failure to comply with the provisions of Rule 8.0 may result in administrative fines under Rule 14.

**8.1    AIR QUALITY**

**(A)    General**.  Tenants shall not cause emissions to the air in violation of Bay Area Air Quality Management District and California Air Resources Board rules, the Airport's Title V Permit, or Environmental Laws.

**(B)    Clean Fuel Vehicles**.  Under its Clean Vehicle Policy, the Airport strongly encourages the replacement of gasoline and diesel vehicles with clean air vehicles powered by alternative fuels like electricity and renewable compressed natural gas (RCNG) (see https://www.flysfo.com/sites/default/files/default/download/about/news/pressres/fact-sheet/pdf/CleanVehiclePolicy.pdf).  The Airport also strongly encourages all vehicle owners/operators to exceed regulations set by the California Air Resources Board.

**(C)    Commuter Benefits Programs**.  Tenants shall provide education and incentives to encourage their employees to use commute alternatives, including scheduled transportation, vanpools, carpools, and bicycles, in compliance with the Bay Area Commuter Benefits Program (Bay Area Air Quality Management District Regulation 14, Rule 1), regional commute benefits ordinance (California Government Code section 65081), and Rule 10.0 of these Rules and Regulations.

**8.2    FOOD SERVICE REQUIREMENTS**

The Airport has adopted food service requirements to advance its zero-waste goals.  Whenever possible, tenants should use reusable food service ware. Where tenants cannot use reusable food service ware, tenants must provide food and beverage products packaged in compostable or recyclable material.  In providing or selling food and beverage on Airport property (except on-aircraft operations, where it is also strongly encouraged), tenants must comply with the following requirements and guidelines.

**(A)    Definitions**

The following terms in **bold** font shall for the purpose of this Rule 8.2 have the meaning indicated following the colon (:).

**Aseptic Paper Packaging:**  Shelf-safe packaging that typically contains layers of paper, plastic, and aluminum.

**Beverages:**  Consumable drinks in a sealed box, bag, can, bottle, or other container of any size.  Beverages include, but are not limited to, alcohol, coffee, energy drinks, milk, soy milk, nut milk, juice, soda, soft drinks, sports drinks, tea, yogurt drinks, water, carbonated water, and flavored water.

**Fluorinated Chemical:**  A class of fluorinated organic compounds containing at least one fully fluorinated carbon atom, also known as perfluoroalkyl and polyfluoroalkyl substances, or PFAS chemicals.

City and County of San Francisco                        Airport Commission Rules and Regulations

**Natural Fiber:**  A plant- or animal-based, non-synthetic fiber, including but not limited to paper, wood, or bamboo.  Natural Fiber does not include plastic of any kind.

**Single-Use Food Service Ware:**  All containers, bowls, plates, trays, cups, and other like items that are designed for one-time use, including Food Service Ware Accessories.

**Single-Use Food Service Ware Accessory:**  All types of single-use items usually provided alongside single-use plates or cups, including but not limited to container lids, utensils, chopsticks, napkins, cup lids, cup sleeves, food or beverage trays, condiment packets and saucers, straws, stirrers, splash sticks, cocktail sticks, and toothpicks designed for a single use.

**(B)**     **Beverages**

The provision or sale of Beverages in plastic or Aseptic Paper Packaging is prohibited.  A list of approved water bottles may be found at sfoconnect.com/zero-waste-concessions.  (AOB 21-01.)

**(C)**     **Single-Use Food Service Ware Requirements**

Tenants may only use Single-Use Food Service Ware that meets the following criteria:

- Certified compostable by the Biodegradable Product Institute (BPI) or made entirely of Natural Fiber;

- Labelled "compostable" with green color coding; and

- Fluorinated Chemical-free.  Note that molded fiber products generally contain Fluorinated Chemicals and are allowed only with documentation that confirms the products are free of Fluorinated Chemicals.

A zero-waste compostable food service ware guide and a list of approved Single-Use Food Service Ware items may be found at sfoconnect.com/zero-waste-concessions.

**(D)**     **Single-Use Food Service Ware Accessory Requirements**

Tenants may provide Single-Use Food Service Ware Accessories to consumers only upon specific request or in a self-service area or dispenser, except for single-use straws.  Single-use straws may not be made available in a self-service area or dispenser.  Paper straws may be made available upon request.  Understanding that individuals may require plastic straws for medical reasons, tenants may provide single-use plastic straws to individuals who specifically request them.

**(E)**     **Events on Airport Property**

Tenants providing beverages at events at the Airport with 100 or more attendees must make reusable beverage cups (designed for repeated cleaning, disinfecting, and reuse at least 100 times and dishwasher safe) available to no less than 10% of attendees.

**8.3     GREEN BUSINESS AND GREEN CLEANING PROGRAM**

To achieve Airport Commission Strategic Plan sustainability goals and advance the decarbonization of campus facilities, all businesses constructing and operating at the Airport should employ energy-efficient operations with the lowest resource and carbon impact wherever practicable. Tenants shall whenever practicable: reduce lighting power density below code required levels; purchase only EnergyStar rated equipment and appliances; purchase, replace, and install lamps that are light emitting diode (LED) with electronic ballasts.

To support the Strategic Plan, tenants, prior to occupancy, must participate in the Airport's Green Business Program.  Register through the California Green Business Program (http://greenbusinessca.org/) portal, complete all applicable measures required for certification, and host a site visit with the Airport's Green Business Team.  For additional information on how to enroll in the program, or to learn how to save money within leased space, contact greenbusiness@flysfo.com.

Further, the Airport Commission is committed to providing a healthy and productive work environment, while maintaining terminal and other Airport facilities that offer a safe and superior passenger experience.  The Green Business Program includes a Tenant Green Cleaning Policy to achieve these aims by supporting tenants in reducing the levels of chemical, volatile organic compounds, biological, and particulate matter contaminants that impact human health.  Tenants are required to follow green cleaning practices and use certified green cleaning products detailed in the Tenant Green Cleaning Policy:  https://www.sfoconnect.com/green-cleaning.

**8.4**   **INTEGRATED PEST MANAGEMENT.**  Tenants shall comply with the San Francisco Integrated Pest Management (IPM) Ordinance (San Francisco Environmental Code section 305).  If pesticide use is required, tenants shall restrict usage to the approved list of products provided on the Reduced Risk Pesticide List:  https://sfenvironment.org/pest-management-for-city-departments#list.  If a tenant works with a third-party pest control company, the company must also comply with the IPM Ordinance, including monthly reporting of pesticide use to the San Francisco Department of the Environment, through the Pesticide Use Reporting System (PURS) database.

**8.5**   **WASTE AND HAZARDOUS WASTE MANAGEMENT**

**(A)**   **General.**  Rule 8.5 provides material handling and diversion requirements for tenants.  The Airport has a Strategic Plan goal of becoming the world's first "zero waste" airport.  Zero waste, as defined by the Zero Waste Alliance, means diversion of at least 90% of waste from landfills and incinerators using methods like recycling and composting.  The goal reflects a longstanding City and County of San Francisco and Airport Commission commitment to environmental leadership, natural resource stewardship, and climate action.  In 2018, the Airport expanded the goal to include a 15% reduction in municipal solid waste generation by 2030 (reducing what goes to recycling, composting, and landfill) and a 50% reduction in disposal to landfill and incineration by 2030 (reducing what goes in the black landfill bins) to reflect the stated goals of the City and County.

**(B)**   **Materials Disposal Requirements and Procedures**

**(1)**   **Compostable Materials.**  Food waste, green waste, other organic materials (e.g., wet paper towels, food-soiled paper, wax paper and wax-coated cardboard), and compostable food service ware must be placed in a "green" compost-only compactor, roll-off box, bin, or toter.

**(2)**   **Cooking Oils.**  Used or excess cooking fats, oils, and grease (FOG) must be recycled. Bacon fat must be transported in labeled and covered buckets and placed next to a grease collection unit located at a Material Recovery Area (MRA).  Liquid waste oil must be transported in a grease caddy and pumped into the grease collection unit.  For newer grease collection units that support heated caddy transfers, all waste oil and bacon fat shall be transported using the heated grease caddy.  Tenants must clean up any FOG spilled during transfer to a storage tank.  No cooking oils or greases, new or used, shall be discharged into the sanitary or industrial wastewater collection systems.  The use of kitchen sinks, floor drains or lavatories to dispose of cooking grease or food waste products is prohibited.

**(3)**   **Hazardous Materials and Hazardous Waste.** Tenants shall comply with all Hazardous Materials handling requirements in Rule 6.0 and Rule 8.0 of these Rules and Regulations

City and County of San Francisco                      Airport Commission Rules and Regulations

and all Environmental Laws.  Tenants causing spills of Hazardous Materials or other materials are responsible for protecting the Airport and the public; the prompt clean-up of affected areas; all equipment, labor, material, and remediation costs; and any fines or costs assessed by regulatory agencies.  If you have any questions, please contact bppp@flysfo.com.

**(4)    Large Bulky Items.**  Tenants are prohibited from abandoning or disposing of large bulk items anywhere at the Airport, including designated Materials Recovery Areas.  Large bulk items include but are not limited to: furniture, crates, pallets, strollers, suitcases, textiles, and construction debris.  Consult the Materials Recovery Tenant Guide to ensure these items are hauled offsite and recycled responsibly by a third-party provider (for a copy of the Guide visit https://www.flysfo.com/environment/green-business-program).

**(5)    Non-Renewable Mixed Municipal Solid Waste (MSW).**  Items that cannot be composted or recycled (e.g., broken glass and ceramics, diapers, pet waste, film plastics, polystyrene foam) must be placed in a "black" landfill-only compactor, roll-off box, bin, or toter.

**(6)    Recyclable Materials.**  Mixed paper, cardboard, glass, aluminum, rigid plastics, mixed metals, and lumber/wooden pallets must be placed in a "blue" recycling-only compactor, roll-off box, bin, or toter designated for such recycling materials.  Tenants are prohibited from disposing of recyclable or compostable items into any MSW/landfill compactor or container anywhere in the Airport including, but not limited to, within their leasehold, storage room, adjacent space, and designated Materials Recovery Area.

**(7)    Universal and Electronic/Hazardous Waste.**   Tenants are prohibited from disposing of electronic,  universal, or hazardous waste anywhere at the Airport, including designated Materials Recovery Areas. These items include but are not limited to: electronic appliances and accessories (e.g., computers, cords, phones, keyboards, computer monitors and equipment, fax machines, printers, kitchen appliances, microwave ovens, any item with a plug or batteries), light bulbs, batteries, motor oil, chemical waste, cleaning chemicals, or paint (including unused or leftover). Consult the Materials Recovery Guide to ensure these items are hauled offsite and disposed of or recycled responsibly by a third-party provider (visit https://www.flysfo.com/environment/green-business-program).

**(C)    Leasehold Sorting Requirements.**  Tenants shall maximize recycling and composting within their leasehold by providing separate, labeled containers for recyclable, compostable, and landfill materials.  Tenants shall separate each type of material in a designated recycling, compost, or landfill waste/trash container within their leasehold, storage room, or adjacent space and shall be responsible for ensuring that all employees and patrons do the same.  These source-separated materials shall be properly deposited in the appropriate bin location within the MRA as provided under Rule 8.5(B).  Contact sustainability@flysfo.com for tenant materials diversion trainings.

**8.6    WATER QUALITY**

**(A)    POTABLE WATER SUPPLY**

**(1)    General Potable Water Requirements**.  Rule 8.6(A) is to ensure the San Francisco International Airport Water System (SFIAWS) provides the best quality water to Airport passengers, tenants, visitors, and employees.  It applies to any commercial entity operating on Airport property, including but not limited to a tenant, permittee, contractor, vendor, subtenant, subcontractor, or service provider ("commercial operators").

**(2)    Work Impacting Potable Water Supply**.  All work associated with or impacting potable water supply to any Airport facility must conform to plans approved by Airport Building and

Inspection Code Enforcement (BICE) and be approved by the Airport Plumbing or Water Service Inspector prior to going into service.  All commercial operators shall comply with the provisions of Appendix E, Potable Water Service and Supply, to these Rules and Regulations.  A commercial operator shall comply with this Rule 8.6(A) in addition to any other contractual or regulatory requirement applicable to the work performed or services provided.

**(3)**  **Cross Connection Control Program (Backflow Prevention)**.  The Airport Commission has determined that regulations established by the Airport's Cross-Connection Control and Backflow Prevention Program, under California Health and Safety Code sections 116800 and 116805 and Title 17, California Code of Regulations section 7584, are necessary and appropriate to protect the SFIAWS and the Airport's potable water supply. All commercial operators shall comply with the Cross-Connection Control and Backflow Prevention Program included in Appendix E, Potable Water Service and Supply. The State Water Resources Control Board and San Mateo County Environmental Health Services are considering updates to state and local cross-connection control regulations. Commercial operators shall comply with any approved updates to those regulations.

**(4)**  **Water Meters**

    **(a)**  All water acquired from the SFIAWS must be metered.

    **(b)**  All commercial operators responsible for ensuring that an Airport facility has access to the SFIAWS shall submit an application on a form provided by the Airport and submit it to the Planning, Design and Construction Division, Mechanical Engineering section, 30 days prior to the physical connection of the service pipe to the facility pipe.

    **(c)**  Each individual operator or facility must furnish and install a smart water meter consistent with Airport specifications, unless otherwise approved by the Airport Water Service Inspector.  The Airport in its sole discretion shall determine the type, location, and size of the water meter.

    **(d)**  Water service connections shall be installed by a licensed contractor at the commercial operator's expense.  Installation shall conform with all requirements set forth in permits issued by BICE and as approved by the Plumbing or Water Service Inspector.

**(5)**  **Temporary Water Supply (Construction Meters)**.  To access the SFIAWS during construction, all contractors must use a hydrant meter issued by the Environmental Operations section of the Airport's Facilities Division.  Contractors must complete an application for a hydrant meter on a form provided by the Airport and submit the application along with a deposit to the Water Service group in the Environmental Operations section.  Contractors must comply with all requirements for use of the hydrant meter and only at the locations specified by the Airport at the time the hydrant meter is issued.  Any use of a hydrant meter will require, in addition to any other requirements established by the Airport, a reduced pressure type backflow prevention device to protect the SFIAWS and potable water supply.

**(6)**  **Water Conservation.**  All commercial operators shall take measures to reduce water use in their operations at the Airport and shall comply with all water conservation measures instituted by the Director and as mandated by other agencies.  No commercial operator shall waste or engage in inefficient use of water in their Airport operations.  Where feasible, construction dust control and street sweeping operations shall use recycled water from the Mel Leong Treatment Plant (MLTP).  For more information or to obtain a recycled water permit contact bppp@flysfo.com.

**(B)**     **GENERAL WASTE WATER REQUIREMENTS.**  Rule 8.6(B) shall apply to all commercial operators when operating on Airport property and when performing operations which generate discharges into storm drains, sanitary sewage, or industrial wastewater collection systems, which may affect the operations of the Airport's Mel Leong (Wastewater) Treatment Plant (MLTP) facility, or affecting the health of the Airport community or the quality of water in the San Francisco Bay

**(1)**     Commercial operators shall prevent any pollutant or unauthorized discharges from entering the Airport's storm drains, sanitary and industrial wastewater collection systems, or in any other manner that would degrade the San Francisco Bay.  Commercial operators must comply with the latest National Pollutant Discharge Elimination System (NPDES) Permits issued to the Airport by the San Francisco Bay Area Regional Water Quality Control Board (RWQCB), all applicable general permits (such as the Construction General Permit) issued by the RWQCB or the State Water Resources Control Board, and the Airport's Stormwater Pollution Prevention Plan (SWPPP) for management of storm water runoff at the Airport.  Commercial operators shall develop, implement, and maintain an active and effective pollutant minimization program in accordance with RWQCB directives to the Airport. Commercial operators shall respond promptly to Airport SWPPP surveys and inquiries that seek to resolve water quality, program compliance, or regulatory agency permit concerns. Tenants shall complete annually the Airport SWPPP training when requested to comply with the Airport's NPDES permit.  Copies of the current orders and plans may be requested through bppp@flysfo.com.  Authorized discharge limits into the Airport's wastewater collection systems are at the discretion of the MLTP.

**(2)**     Commercial operators must comply with the Airport's Bay Pollution Prevention Compliance Program, which requires employee training, pollution prevention, and operational pretreatment in order to ensure that authorized discharges are routed to the proper waste water collection system and to prevent the discharge of any contaminated liquid to the Airport storm drain system or slug lodgings to the industrial or sanitary collection systems.

**(3)**     Whenever a pollutant or illicit/unauthorized discharge of any kind occurs at any location within the Airport, including when a Hazardous Materials secure containment system is breached, the commercial operator, in addition to taking proper spill containment actions, shall immediately contact the Airport's Emergency Communications Center at 911, notify the Airport's and commercial operator's management personnel, and safely maintain a presence at the spill site. Commercial operators shall provide direct assistance, cooperate fully with the first responders, and take all reasonable containment actions to protect the public health, the public, and Airport property

**(4)**     The Airport retains the right to sample and characterize the wastewater discharge at a tenant's point of connection to any of the Airport's collection systems, and to go even further upstream in the system within the tenants' leasehold area, to track the source of pollutants as necessary, or to direct the tenant to perform such tasks and to report the results to the Airport.

**(5)**     Except as provided in Rule 8.6(B)(5), no commercial operator shall discharge or cause to be discharged into any of the Airport's sanitary, industrial, or storm water collection and treatment system any of the following:

**(a)**     Any liquid or vapor having a temperature higher than $120^\circ$ F.

**(b)**     Any water or waste containing fat, oil, or grease originating from food preparation or food service ware cleaning, including cooking process oils or greases, new or used that contributes to a sanitary sewer overflow or NPDES permit exceedance.  Any food

City and County of San Francisco                                   Airport Commission Rules and Regulations

preparation solid waste.  All shredded food preparation solid waste shall be disposed of as solid waste.

**(c)** Any solid debris such as ashes, cinders, sand, mud, straw, shavings, metals, glass, rags, rugs, feathers, tar, plastic, wood, or any other solid or viscous substances capable of obstructing or interfering with the proper operation of the Airport's collection and treatment systems.

**(d)** Any Hazardous Materials, sediment, or debris that could obstruct or interfere with the proper and effective operation of any Airport collection system.  Any waste containing gasoline, benzene, naphtha, fuel oil, petroleum, jet fuel, waste oil, or other flammable, hazardous, or explosive solid, liquid, or gas.  Any process waters or waste containing a toxic or poisonous substance, alone or in combination with other discharges that cause interference, pass-through of pollutants, biosolid/sludge contamination, or constitute a hazard to humans, animals, public or private property, or adversely affects the quality of the treatment plant effluent, biosolids/sludge, or any receiving water body.  Any noxious or malodorous gas, or substance in a quantity capable of creating a public nuisance.

**(e)** Any waste containing measurable or harmful levels of a radioactive substance.

**(f)** Any type of foam or foaming agent; provided that, in the event of a fire, fire containment should be the immediate priority.  All foam spills or discharges must be reported immediately by calling 911.  Commercial operators shall collect and haul the foam off site for appropriate treatment, in conformance with Rule 6 of these Rules and Regulations, and shall provide a copy of the manifest to Airport Environmental Operations at bppp@flysfo.com.  Foams of concern include but are not limited to: Aqueous Film Forming Foam (AFFF) C-8 and C6; Alcohol-Resistant AFFF (AR-AFFF); synthetic – medium or high expansion types (detergent); Class "A" foam concentrate; Wetting Agent; and Film Forming Fluoroprotein (FFFP).

**(C)**     **INDUSTRIAL WASTEWATER**

**(1)**     No pollutants or industrial substances capable of upsetting or passing through the Airport's Industrial Wastewater Treatment Plant shall be discharged into the Airport Industrial Wastewater system in concentrations that cause a failure to the treatment plant or an exceedance of the Airport's NPDES permit requirements.  The discharge limits for all heavy metals at a minimum shall be controlled by the limits listed in the Airport's current NPDES permit.

**(2)**     Concentrated industrial waste that exceeds the Airport's acceptance limits, including organic and petroleum oils, shall be collected, in approved tanks, bins, or sumps and periodically removed from the Airport.  On request, the commercial operators shall submit disposal reports to the Environmental Operations section, including information on the time and date, amount of waste removed, and name of the carrier and treating entity.  Commercial operators shall maintain chain of custody and manifest records and provide them for Airport inspection in compliance with regulatory agency requirements.

**(3)**     Commercial operators must monitor and report industrial waste discharges to Airport's collection system and comply with proper sampling and analytical procedures.  At the discretion of the MLTP, when necessary, commercial operators shall comply with the Whole Effluent Toxicity Testing Requirements in the Airport's NPDES permit.  Any analytical method used must comply with the detection limits required by regulatory agencies.

**(4)** Commercial operators operating any form of pretreatment equipment that discharges directly into the Airport's industrial system shall routinely monitor, inspect, and maintain such equipment in proper working order and operate such equipment within its operational limits. Commercial operator staff operating this equipment shall be trained and acceptably knowledgeable in its operation and maintenance, as provided in the Airport's SWPPP.

**(5)** Commercial operators shall perform aircraft maintenance only in designated areas and shall have proper spill kits and industrial waste collection devices readily available at work site. All inoperable vehicles or equipment not being used or not scheduled for imminent repair shall be removed from Airport property. Drip pans shall be used for any vehicles or equipment not in active use. Commercial operators must maintain the pavement and clean all oil stains. Vehicles and equipment washing shall only be performed in areas where wash water drains to the industrial system or to a closed sump are available. No wash water is permitted to enter the sanitary or storm drain system.

**(6)** Commercial operators shall immediately notify Airport Communications at 911 when determining that any equipment or procedure is not functioning in accordance with authorized operational and discharge parameters.

**(D)** **SANITARY WASTEWATER**

**(1)** Only sanitary wastewater shall be discharged into the sanitary system. No industrial wastewater or storm water runoff shall be discharged to any sanitary system. Nor shall any tank, bucket, or other container containing petroleum hydrocarbons or industrial waste be emptied into any toilet, sink, sump, or other receptacle connected to the sanitary or storm drain system. Commercial operators shall not allow or cause an illicit or unauthorized product discharge into the sanitary systems through floor drains, toilets, sinks, or any other access port of these systems. Commercial operators shall maintain verifiable records of appropriate product disposal.

**(2)** No unapproved or unauthorized collection device or piping may be connected or cross-connected into the Airport's sanitary system. Commercial operators shall promptly notify Airport upon discovery of an illicit connection or cross-connection.

**(3)** All food preparation facilities, including restaurants, shall properly size and maintain FOG traps or interceptors connected to their wash water process discharge. Commercial operators shall comply with maintenance schedule and requirements specified by the Airport's plumbing inspector and maintain accurate and complete records of their maintenance program. The use of floor drains or lavatories to dispose of cooking grease or food waste is prohibited. Food preparation operators shall use pretreatment equipment to remove solid debris, including food waste, from entering the sanitary system. Food preparation operators shall ensure that dishwasher discharges are directed only to a sanitary sewer line and do not flow through a grease trap or grease interceptor.

**(4)** No concentrated sanitary wastewater collection system clearance chemical or process component shall be discharged into the sanitary system without prior written approval from the MLTP. Portable sanitary facility discharge operations, such as aircraft lavatory collections, shall discharge only at permitted locations and shall be operated in a careful and efficient manner, such that the disposal site is acceptably maintained and spills do not escape the disposal site. Spills outside of the disposal site shall be immediately called into 911. The commercial operator responsible for an unauthorized lavatory discharge shall be responsible for the cost of all cleanup and recovery operations. Operational personnel shall be trained in the proper and careful operation of the equipment and material. Repeated violations shall be cause for revoking lavatory service operating permit.

City and County of San Francisco                    Airport Commission Rules and Regulations

**(E)    STORM WATER**

**(1)**    Commercial operators shall not cause unauthorized discharges into the Airport's storm water system.  Only clean storm water runoff shall be discharged to the storm water system.  Any discharge of non-storm water product into the storm water system is prohibited unless approved in writing by the Airport's Bay Pollution Prevention Program.  Commercial operators shall stock spill kits/carts located near any area where fueling is taking place.  Commercial operators are responsible for maintaining the spill kits/carts on a regular basis.

**(2)**    No sanitary sewage, kitchen waste, putrescible organic waste, industrial process waste, solid debris or Hazardous Materials shall be discharged to the storm water system.  Commercial operators performing any industrial or sanitary wastewater treatment processes shall employ all appropriate measures to prevent and eliminate unauthorized and unacceptable discharge into the storm water system.

**(3)**    Commercial operators shall maintain a current and accurate site storm drainage drawing.  Commercial operators shall practice effective housekeeping to prevent any storm water carry-off of debris, trash, sediment, spillage, or contaminants into the storm water system.

**(4)**    Commercial operators shall comply with the Airport's SWPPP and when appropriate submit for review a SWPPP that is current, site-specific to each local operation, and acknowledges the commercial operator's responsibility to protect the San Francisco Bay.  Commercial operators shall maintain on site and train staff to properly operate and maintain pollution prevention and pretreatment equipment as listed in the submitted SWPPP.

**(5)**    When appropriate, commercial operators must maintain on site, submit a copy to the Airport, and actively implement a current and certified Spill Prevention Control and Countermeasures (SPCC) Plan and a hazardous waste management plan.

**(6)**    No commercial operator shall use deicing procedures without first submitting a deicing plan to the Airport Environmental Operations Section at (650) 821-8380. The deicing plan shall include the following information:

**(a)**    Type of deicing fluid to be used (deicing products shall not contain urea)

**(b)**    Method of application

**(c)**    Rate of application

**(d)**    Estimated duration of application

**(e)**    Storm water runoff catch basin protection method

**(f)**    Deicing fluid waste removal and disposal method

Commercial operator must notify Airport Operations Duty Supervisor at (650) 821-3355 prior to commencing deicing operations.  Discharge of deicing fluid waste into any storm water catch basin is prohibited, and commercial operators shall seal the adjacent storm runoff catch basins prior to deicing operations.  The rate of application of deicing fluid shall be controlled to minimize pooling of deicing fluid at the application site and prevent any overspray that may impact the terminal facility or other aircraft.  All residual deicing fluid waste shall be removed from the surface of affected tarmac area immediately following the aircraft departure.  Commercial operators must ensure that all deicing fluid dispensing and storage equipment remain in good working condition.  All deicing fluid

waste collected at the application site shall be discharged into authorized industrial waste wash racks or pump stations as instructed by MLTP at (650) 821-8350.  Commercial operators are responsible for all costs associated with deicing fluid recovery, mitigation, and fines incurred by the Airport as a result of commercial operator's use or misuse of deicing fluid.

**(7)**    If an unauthorized discharge occurs, responsible commercial operator shall immediately contact Airport Communications at 911 and maintain presence at incident location to guide the first responders.  The responsible party shall promptly take all actions to identify and contain any spill.  Failure to promptly and effectively respond to an unauthorized discharged which impacts the storm drain system shall be subject to a fine under Rule 14 of these Rules and Regulations.  The Airport reserves the right to impose on the responsible party any and all fines and costs incurred to correct or resolve unacceptable conditions due to any unauthorized discharge into the storm drain system.

City and County of San Francisco                      Airport Commission Rules and Regulations

# RULE 9.0

## COMMERCIAL ACTIVITIES ON AIRPORT PROPERTY

### 9.1    AIRPORT OPERATING PERMIT REQUIRED

No person shall operate as a scheduled air carrier from the Airport unless in possession of a valid Airport Operating Permit or unless a signatory to an Airport/Airline Lease and Use Agreement or Airport Landing Fee Agreement for San Francisco International Airport.

### 9.2    OPERATING A BUSINESS ON AIRPORT PROPERTY

No person shall operate or promote a business on Airport property without first obtaining a valid Airport Operating Agreement, permit, lease, or other written permission granted by the Director (see also Rule 3.3).

Any vendor engaged in the business of delivering goods or providing services anywhere on Airport property to, for, or on behalf of any tenant must have written permission granted by the Director in the form of a Vendor Permit or other permit or license.  This requirement applies to any commercial operation, including but not limited to any internet-based digital commercial activity, to, for, or on behalf of any tenant and regardless whether the vendor has a physical presence on Airport property or reaches a tenant and/or passengers only through digital means.  For example, an entity facilitating for one or more concession tenants app- or web-based food ordering by Airport passengers would be subject to this requirement. (AOB 21-02.)

### 9.3    AIRPORT INFRASTRUCTURE

For purposes of this Rule 9, the term infrastructure shall include but not be limited to cables, wires, conduit, pipes, internet connections, and related technologies including wireless technologies on Airport property.  No person shall use, modify, or impact any Airport infrastructure without the express written permission of the Director.  Additionally, no person shall add, install, supplement, remove, or operate infrastructure on Airport property, whether connected to or independent of Airport infrastructure, without the express written permission of the Director.  See also Rule 7.5, Video Monitoring and Recording Devices and see Rule 9.6.

### 9.4    AIRPORT MAPPING

As a matter of security and safety for the traveling public, the Airport owns and controls all mapping of its property and facilities.  No person shall depict the Airport either digitally or physically or publish any type of Airport map in any format without the express written permission of the Director.  Additionally, no person shall collect data, coordinates, measurements, photographs, or other information regarding any Airport property, building, or facility without express written permission of the Director.

### 9.5    ON-SITE PERSONNEL

Every commercial enterprise doing business at the Airport under permit, lease, or contract shall designate one or more responsible employees available on-site at all times while the enterprise is transacting business at the Airport.  This Rule applies to all commercial operators but particularly for airlines and their contractors, whenever an airline is using a terminal gate and/or conducting passenger operations, and concessions, whenever a concession is open for business.  The designated responsible on-site personnel must have authority to make decisions concerning minute-to-minute business operations and to react (such as by moving an aircraft) in the event of unanticipated situations including but not limited to Airport safety or security concerns, customer service impacts, operational necessities, or emergencies.  A commercial operator may apply for a qualified exception from this Rule 9.5 by written request documenting a proposed alternative plan; the request shall be directed to the Airport Chief Operating Officer and shall not be effective until accepted in writing.  Failure to comply with this Rule 9.5 or with an alternative plan

approved by the Chief Operating Officer shall result in an administrative fine under Rule 14 of these Rules and Regulations.

## 9.6      CONSTRUCTION ACTIVITY ON AIRPORT PROPERTY; AIRPORT BUILDING REGULATIONS

No person shall perform any construction activity, renovation, alteration, improvement, demolition, excavation, installation, or repair of any building, structure, infrastructure, utility or similar facility on Airport property without the written permission of the Director.  See also Rule 9.3.  All such activity is subject to the Airport Building Regulations, attached to these Rules and Regulations as Appendix F and incorporated as if set forth here in full, and the Airport Architecture and Engineering Standards as directed in writing.  All tenant activity subject to this Rule 9.6 shall also comply with the Tenant Improvement Guide (TIG).

Tenants and contractors engaging in any construction activity as provided in this Rule 9.6 shall designate a Security Champion to assure compliance with security protocols for construction sites (see also Rule 7), as provided in Airport construction contract documents and the TIG.  (ASB 20-03)

# RULE 10.0

## TRIP REDUCTION RULE

**10.1    PROGRAM OBJECTIVES**

The Airport is committed to reducing greenhouse gas emissions wherever possible.  To support this commitment, all Covered Employers as defined in this Rule 10 shall cooperate with the Airport's Commuter Benefits Program Coordinator to organize and make available to all Covered Employees information regarding commute alternatives.  Such alternatives include public and common carrier ground transportation, carpools, vanpools, and bicycling.  Commute alternatives shall be described in new employee orientation materials, and all Covered Employers shall regularly encourage their employees to use commute alternatives.

**10.2    REQUIREMENTS OF ALL AIRPORT TENANTS AND CONTRACTORS UNDER INDIVIDUAL TENANT AGREEMENTS WITH 20 OR MORE EMPLOYEES IN THE UNITED STATES**

**(A)    Scope of Program**

Each Covered Employer shall implement a Commuter Benefits Program (CBP) within the time frame specified in Rule 10.2(B), below.  The CBP shall include the following definitions:

**(1)    Airport:** the San Francisco International Airport.

**(2)    Covered Employee:** any person who:

(a)  performs an average of at least ten (10) hours of work per week for compensation within the geographic boundaries of the Airport for the same Employer within the previous calendar month; and

(b)  qualifies as an employee entitled to payment of a minimum wage from the Employer under the California minimum wage law, as provided under Section 1197 of the California Labor Code and wage orders published by the California Industrial Welfare Commission, or is a participant in a Welfare-to-Work Program.

**(3)    Covered Employer:** an Employer for which an average of twenty (20) or more persons per week perform work for compensation in the United States, but shall not include governmental entities.  In determining the number of persons performing work for an Employer during a given week, all persons performing work for compensation on a full-time, part-time or temporary basis, including those who perform work outside of the geographic boundaries of the Airport, shall be counted, including persons made available to work through the services of a temporary services or staffing agency or similar entity.

**(4)    Fare Instrument:** any pass, token, fare card, voucher, smartcard or similar item entitling a person to transportation on public or common carrier ground transportation in Northern California within the meaning of 26 U.S.C. § 132(f)(5)(A), as the Federal law may be amended from time to time, including but not limited to, travel by ferry, bus, or train operated by public or common carriers.

**(5)    Tenant:** a leaseholder, permittee or other occupant of land or premises within the boundaries of the San Francisco International Airport, and his or her sublessee or duly authorized agent.

City and County of San Francisco                    Airport Commission Rules and Regulations

**(6)    Vanpool:** means a 'commuter highway vehicle' within the meaning of 26 U.S.C. § 132(f)(5)(B), as the federal law may be amended from time to time, which currently means any highway vehicle:

(a)    the seating capacity of which is at least 6 adults (not including the driver); and

(b)    at least 80% of the mileage use of which can reasonably be expected to be (1) for the purpose of transporting employees in connection with travel between their residences and their place of employment; and (2) on trips during which the number of employees transported for such purposes is at least ½ of the seating capacity of such vehicle (not including the driver).

**(B)    Commuter Benefits Program**

This rule will take effect within six (6) months of the issuance of a Covered Employer's lease, operating permit or other agreement with the Airport, including any management agreement. All Covered Employers shall provide at least one of the following commuter benefits programs to Covered Employees:

**(1)    Pre-Tax Election:**  A program, consistent with 26 U.S.C. §132(f), allowing employees to elect to exclude from taxable wages and compensation, employee commuting costs incurred for fare instruments or vanpool charges (but not for parking), up to the maximum level allowed by federal tax law, 26 U.S.C. 132 (f)(2), which is Two Hundred Fifty Five Dollars ($255) per month for transit or vanpool costs, and $20 per month annualized for qualified bicycle commuting costs as of January 1, 2016;

**(2)    Employer-Paid Benefit:**  A program whereby the Employer supplies or reimburses, at the request of each Covered Employee: (1) fare instrument(s)for public and/or common carrier ground transportation or vanpool charges at least equal in value to the purchase price of the designated benefit, an adult San Francisco MUNI Fast Pass with BART access, which costs $94 per month as of July 1, 2017, and subject to change; or (2) reimbursement of all qualified bicycle commuting costs as defined by 26 U.S.C. § 132(f)(5)(F)9i), up to $20 per month annualized.

**(3)    Employer-Provided Transportation:**  Transportation furnished by the Employer at no cost to the Covered Employee in a multi-passenger vehicle operated by or for the employer serving a BART station.  In the event BART does not provide service to the subject station for 24 hours or longer, said transportation shall serve the most convenient Caltrain station, SamTrans bus stop, and ferry terminal as needed by participating employees.

**(C)    Tenant Liaison**

Tenants shall appoint a Liaison who is responsible for the implementation of the Commuter Benefits Program and for fulfilling the requirements of this Rule.

**(D)    Contractors Under Individual Tenant Agreements**

Airport tenants are responsible for ensuring that their contractors comply with this Rule. Alternatively, tenants may allow contractors to work directly with the Airport to comply with this Rule, provided that all such agreements are in written form.

**10.3    PENALTIES FOR NON-COMPLIANCE**

Covered Employers who fail to comply with the provisions of this Rule 10 may be subject to administrative fines of $100 for each day of non-compliance.

City and County of San Francisco                                    Airport Commission Rules and Regulations

# RULE 11.0

## NOISE ABATEMENT REGULATION

### 11.1    PURPOSE

The Airport Commission of the City and County of San Francisco ("Commission") promulgates this regulation to provide for a continual reduction of cumulative noise resulting from aircraft operations at San Francisco International Airport ("SFIA") in accordance with the Commission's authority as proprietor of SFIA, the Charter of the City and County of San Francisco, and the provisions of Title 21, Sub-chapter 6 of the California Administrative Code, while allowing SFIA to continue its historic function as the leading gateway to the Pacific, as a vital contributor to a strong and growing economy, and as a major source of employment for the Bay Area.  Airport Commission Resolution #88-0016 provides for the administration of the Airport's Noise Abatement Program and has been amended as follows:  Effective July 16, 1991 by Resolution No. 91-0099,and on July 7, 1992 by Resolution No. 92-0202 and on December 7, 1993 by Resolution No. 93-0248 and on January 17,1995 by Resolution No.95-0015 and on November 20, 2001 by Resolution No. 01-0354.

### 11.2    EFFECTIVE DATE

This regulation shall become effective upon its adoption by resolution of the Commission, pursuant to the powers and duties vested in the Commission by the Charter of the City and County of San Francisco, and shall remain in effect until amended or repealed.

### 11.3    DEFINITIONS

Whenever used in Rule 11, the following terms shall have the meanings set forth below.

**"Aircraft" -** all subsonic transport category large airplanes, subsonic turbojet powered airplanes and supersonic transport category airplanes, which were ever certificated or recertified at a maximum gross takeoff weight in excess of 75,000 lbs., whether certificated or recertified by the United States or by a foreign country.

**"Operation"** - an aircraft landing or takeoff.

**"Operator"** - an entity that exercises operational control over an aircraft.  Operational control includes, among other matters, control over scheduling, routes, or choices of aircraft.

**"Preferential Runway Use Program"** - written procedures concerning the performance of operations at SFIA to minimize the noise impact of such operations, applicable when air safety, air traffic, and meteorological conditions permit.

**"Preferred Departure Procedure**" - an aircraft operating procedure, approved by either the Federal Aviation Administration (FAA) or the International Council Aeronautical Organization (ICAO), to be used to reduce noise impacts during the initial phase of flight.

**"Stage 2 Aircraft"** - an aircraft that is certificated by the FAA as complying with the noise levels prescribed in 14 C.F.R. Part 36, Appendix C, Section 36.5(a)(2), or is certificated in accordance with Chapter 2 of Annex 16 to Article 37 of the International Civil Aviation Organization Convention.

**"Stage 3 Aircraft"** - an aircraft that is certificated by the FAA as complying with the noise levels prescribed in 14 C.F.R. Part 36, Appendix C, Section 36.5(a)(3), or is certificated in accordance with Chapter 3 of Annex 16 to Article 37 of the International Civil Aviation Organization Convention.

City and County of San Francisco                          Airport Commission Rules and Regulations

## 11.4    REGULATION

**(A)    Stage 3 Requirement for Aircraft**

Upon the effective date of this regulation, an aircraft will be permitted to commence or continue operation at SFIA only if it is a Stage 3 aircraft.

**(B)    Auxiliary Power Unit (APU)**

To reduce the impacts of jet fuel emissions on the environment and improve conditions and safety for airfield personnel, operators are required to use 400Hz ground power and air sources where available, connect to those sources, and discontinue APUs promptly (within five minutes) after chocking the aircraft wheels upon parking at the apron, regardless of the duration at the gate. APUs may be used when aircraft are being towed.

**(1)**    APU use is not authorized without prior permission from Airport Operations, during the use of ground power and pre-conditioned air until a set amount of time prior to the scheduled time of departure as follows: (a) 15 minutes for Code C aircraft (specified in ICAO Annex 14) or (b) 25 minutes for Code D or above aircraft (specified in ICAO Annex 14), except A380 aircraft or (c) 45 minutes for A380 aircraft.

**(2)**    All aircraft scheduled to be at a gate between 2200 – 0700 hours are required to use 400Hz ground power and pre-conditioned air, where available, regardless of the duration at the gate.  APU's are not authorized without prior permission from Airport Operations, during the use of ground power and pre-conditioned air until 30 minutes prior to push-back.

**(C)    Aircraft Engine Run-ups**

High Power run-ups of mounted aircraft engines for maintenance or test purposes are prohibited except as provided below:

**(1)**    All aircraft shall be started and run-up in locations designated for such purposes by the Director.  Engine run-ups are prohibited at Plot 2.  Aircraft engines shall not be operated in such position that persons, structures or property may be endangered by the path of the aircraft propeller slip-stream or jet blast.

**(2)**    No aircraft engine exhaust, blast, and/or propeller wash shall be directed in such manner as to cause injury, damage, or hazard to any person, structure, or property.

**(3)**    The Airport Operations Supervisor will not approve any engine run-up more than two hours prior to the aircraft's scheduled departure between the hours of 2200-0700, without proper justification from the operator or airline concerned.

**(4)**    An idle check of a single engine is allowed under the following conditions:

(a)    An idle check of a single engine not to exceed a 5-minute duration may be conducted in the lease hold area.  If more than one engine is to be checked, each engine must be checked separately and the cumulative duration of the idle checks cannot exceed 5-minutes.

(b)    Idle checks of a single engine or multiple engines (checked separately) which will exceed a duration of 5-minutes will be accomplished in the designated run-up areas. For purposes of noise abatement monitoring, this will be considered a power run-up.

City and County of San Francisco                                    Airport Commission Rules and Regulations

(5)     During the hours of 2200 – 0700, the Operations Supervisor shall be called and permission received prior to any engine idle check or engine idle run-up, including any idle run for more than a cumulative duration of 5-minutes.

During other hours, the Operations Supervisor shall be called and permission received prior to any engine run-up.

Any request for an engine run-up clearance during the hours 2200 – 0700, other than that described above, which is the result of unusual or emergency circumstances, may be approved by the Airport Operations Supervisor.  When approved and accomplished, the Maintenance Supervisor of the airline concerned must provide to the Director a monthly report detailing the following:

(a)  Date and time of the run-up

(b)  Type of aircraft

(c)  Aircraft identification number

(d)  Location of the run-up

(e)  Duration of the run-up

(f)  An explanation of the unusual or emergency circumstances making the run-up necessary

Reports will be submitted to the Director, Attn: Airport Operations, within three working days after the last day of each calendar month.

**(D)     Noise Abatement Procedures**

To reduce the impacts of aircraft noise in surrounding communities, particularly between the hours of 2300 and 0700, the Airport encourages the use of the following procedures.

**(1)**     Depart on Runway 10.

**(2)**     When departing on Runway 28L/R, use the Shoreline Departure procedure whenever possible.

**(3)**     When departing straight out on Runway 28L/R use the appropriate ICAO A or AC 91-53A noise abatement climb procedure for communities close to the airport.

**(4)**     Use the Quiet Bridge Approach to Runway 28L/R.

**(E)      Variances**

**(1)**     Upon the effective date of this regulation, requests by operators for a variance from any provision of this regulation must be made in writing to the Director at least 60 days prior to the date of the requested variance.  Every request for a variance shall be reviewed by the Director or his designated representative.  Among other factors, the noise impact on the surrounding community and the fairness to other operators, which are in compliance with this regulation, shall be considered in determining whether a variance should be granted.

**(2)**     The Director shall notify the operator in writing whether a variance is granted and include any instructions or restrictions pertaining to the waiver.

City and County of San Francisco                    Airport Commission Rules and Regulations

**(F)     RUN-UP CLEARANCE AND EXEMPTIONS**

The Airport Operations Supervisor on-duty during nighttime hours (2200 – 0700) responsibilities include monitoring compliance with the Airport's run-up clearances and responding to requests for exemptions.

## 11.5     CONSTRUCTION OF THE REGULATION

References in this regulation to Federal Aviation Regulations, 14 C.F.R. Part 36, are not intended to incorporate into this regulation the construction, regulatory purpose or specific application given by the Federal Aviation Administration or any court to those provisions.  This regulation is designed to accomplish distinct regulatory goals dictated by the peculiar local conditions existing at SFIA.  The Commission shall be the final authority on the interpretation, regulatory purpose, and application of all aspects of this regulation to all aircraft seeking permission to commence operation or to continue operation at SFIA.

## 11.6     SEVERABILITY

If any portion of this regulation or if any application of this regulation is held unconstitutional or otherwise unlawful, the remainder of this regulation and the remaining applications of this regulation shall not be affected thereby.

## 11.7     REPEAL

Commission Resolution 78-0131 and all Airport Operations Bulletins (AOB) issued thereunder are repealed as of the effective date of this regulation.  In addition, the following AOB's are also repealed:

    84-07 AOB Noise Abatement Regulation
    85-06 AOB Aircraft Engine Run-ups
    85-07 AOB Noise Abatement Regulation
    88-01 AOB Maintenance Exemption from SFO Noise Regulation
    88-02 AOB Variance Procedures
    88-03 AOB Preferential Runway Use
    88-04 AOB Implementation of Noise Regulation
    88-07 AOB Reporting Requirements of Noise Regulation
    90-06 AOB Auxiliary Power Units
    91-02 AOB New Scheduled Operations between 2300 and 0700 hours
    92-02 AOB Late Night Stage 2 Operations
    93-01 AOB Operation of Stage 2 Aircraft between 2300 and 0700
    93-03 AOB Percentage Stage 3 Requirement
    98-05 AOB Percentage Stage 3 Requirement
    98-06 AOB International Operators Percentage Stage 3 Requirement
    99-03 AOB Operation of Stage 2 Aircraft between 1900 and 0700 hours
    01-02 AOB Gate Restrictions for Auxiliary Power Units (APU)

City and County of San Francisco                           Airport Commission Rules and Regulations

# RULE 12.0

## WORKFORCE HARMONY

### 12.1   LABOR PEACE/CARD CHECK RULE

An Employer/Contractor shall enter into a Labor Peace/Card Check Agreement, as defined in Appendix C of these Rules and Regulations, with any Labor Organization requesting such an agreement and which has registered with the Director.

### 12.2   WORKER RETENTION POLICY

The Worker Retention Policy is appended to these Rules and Regulations as Appendix D.  The Worker Retention Policy applies to contractors, tenants, and permitted operators, and their respective subcontractors, that employ workers who perform essential services at the Airport on a regular and ongoing basis for the benefit of the travelling public, which services include, but are not limited to, parking garage and curbside management operations, information booths, concessions (food & beverage, retail, and passenger services), the SFO Medical Clinic, intra-airport transportation services, on-airport rental car operations, and services by service providers covered under the Airport's Quality Standards Program, excluding airlines.

City and County of San Francisco                    Airport Commission Rules and Regulations

# RULE 13.0

## FREE SPEECH AND EXPRESSIVE ACTIVITIES

**13.1    FINDINGS**

The Airport is designed, operated and maintained as a facility for air transportation.  The Airport was not designed and is not intended for use as a public forum for free speech activities.  If left unregulated, free speech and expressive activities—such as proselytizing and cause advocacy, as well as leafleting and picketing—could negatively impact the Airport and the traveling public in a number of ways, including exacerbating congestion and delay, causing confusion and duress for the public and compromising public safety and security.

**(A)    Congestion and Delay**

In fiscal year 2018, the Airport served more than 55 million passengers and is forecast to serve as many as 71 million by 2029.  Air travelers are often on a tight schedule.  They may be required to wait in lines at ticket counters, security check-points and other facilities.  Departing travelers need to move quickly from BART, buses and cars, through ticket counters and check-in areas, to security checkpoints and departures gates beyond.  Passengers with connecting flights need to move quickly from one gate area to another, sometimes changing terminals and exiting and reentering secured areas.  Arriving passengers need to retrieve bags and connect with surface transportation, such as vans, taxis, limousines, buses, BART or cars.

The Airport has designed its terminal buildings, corridors, roads and parking areas to reduce congestion and facilitate the rapid and efficient movement of large numbers of people.  Elevators, escalators, connecting corridors and moving walkways help travelers move quickly through the Airport.  Facilities have been designed to assist navigation and movement while avoiding visual clutter and blight that can contribute to stress.  The Airport closely monitors and regularly modifies its hallways, throughways and passenger security checkpoints to accommodate new amenities and facilities, evolving TSA technology and screening procedures, and changes in passenger flows.

In the absence of appropriate regulation, free speech activities—and particularly solicitation for the immediate receipt of funds—have the potential to disrupt passenger flows, increase congestion, and contribute to missed flights and travel delays.

**(B)    Confusion and Duress Relating to Solicitation of Funds**

The Airport's customers may be susceptible to undue pressure, misrepresentation, duress or even fraud from persons engaged in solicitation for immediate receipt of funds.  Airport travelers are often unfamiliar with their immediate surroundings, and may be fatigued and under time pressure.  Some have mobility challenges.  Others are young or elderly.  Some speak little or no English.

The Airport has received over 125 complaints related to free speech activities and to the solicitation of funds, even though air travelers often forego making formal complaints due to time restrictions.  Airport customers have complained that solicitors delayed them; behaved in a rude, offensive, harassing, intimidating or confrontational way; asked to review passports and traveling documents; misrepresented themselves as Airport or security personnel in order to get money; and defrauded, duped, conned, and cheated them:

"[Solicitor] ...started shouting at [traveler] and following him shouting through the terminal."

"The people asking for donations should not be [ ] harassing customers who are in a rush to get on a plane."

"They also intimidate people as well as harass non-English speakers."

"I thought they were security until they flagged me down and detained me with misleading information."

"Don't appreciate being scammed..."

"There are people ... misrepresenting themselves as airport employees asking for donations from passengers...I felt I was taken advantage of."

"Solicitor – he is very rude and says he is the information person then hits you up for a donation."

"[Solicitor] called out to me and asked to see my boarding pass.  He tore off top page...then asked to see my driver's license...[solicitor] asked me if I would be willing to make a donation.  At that point I realized he was a fraud and not a security agent at all."

**(C)      Safety and Security**

The Airport is a potential target for terrorist attack.  The Airport is both a large domestic hub and a major international airport.  The Airport is also one of the iconic symbols of the City and County of San Francisco, which the Department of Homeland security has identified as a high profile area at risk for terrorist attack.  To deter attack, the Airport is mandated by the Transportation Security Administration (TSA) to implement the highest available security measures.  In addition, the Airport must maintain the flexibility to adjust its operations on little or no notice to comply with federal security directives issued in response to perceived or actual threats against air travel.

The entire Airport is a security-sensitive environment.  Multiple layers of security measures are in place throughout, not only at and beyond the ticketed-passenger screening checkpoints.  Federal and local law enforcement and Airport operations personnel monitor activities and maintain a security program in terminal areas outside the passenger check-point, in parking lots and on approach roads.  Free speech activities, like all activities at the Airport, must be conducted consistent with a strong and effective security program.

**(D)      Conclusion**

For all of these reasons, the Airport Commission finds that unrestricted use of the Airport for free speech and expressive activities threatens to compromise the Airport's primary air travel mission and impair the health, comfort and safety of air travelers and employees.  The Airport Commission adopts the following reasonable restrictions in order to facilitate free speech activities consistent with the Airport's primary air transportation function; to maintain the health, security and safety of visitors and employees; to avoid confusion and undue duress; and to prevent congestion and facilitate the rapid and efficient movement of large numbers of people through the Airport.

**13.2      GENERAL REQUIREMENTS**

**(A)**      Free speech and expressive activities, including but not limited to proselytizing, cause advocacy, leafleting and picketing, are not permitted except in compliance with the permitting procedures described in Section 13.6.

**(B)**      All free speech and expressive activities shall be conducted:

**(1)**      According to Rule 13 and all other Rules and Regulations;

**(2)**      In a peaceful and orderly manner, without physical harm, threat or harassment to others, and without obscenities, violence, breach of the peace, damage to property or other unlawful conduct; and

**(3)**    Without obstructing the use of the Airport for its intended purpose as an air transportation facility; without interference with the rapid, orderly and efficient movement of persons throughout the Airport; without misrepresentation or duress; and without compromising the safety and security of persons and property.

## 13.3    APPROPRIATE AREAS

**(A)**    The Director has determined that only certain areas of the Airport provide a reasonable opportunity for free speech and expressive activities while not impeding the use of the Airport for its intended purpose of providing a safe and orderly facility for air transportation, including the efficient flow of pedestrian traffic and the maintenance of safety and security.  The Director shall designate those areas where expressive activities may occur.

**(B)**    The Director may move, remove, or reduce the size of any previously-designated area as needed to respond to construction-in-progress, changes in pedestrian flow, evolving security requirements, or other appropriate circumstances.

**(C)**    The following areas do not provide a reasonable opportunity for free speech or expressive activities, and those activities are expressly prohibited:

**(1)**    Air Operations Areas, Secured Areas and Sterile Areas;

**(2)**    Roadways and thoroughfares for vehicles;

**(3)**    Areas leased or assigned by agreement for use by airlines, airline service providers, restaurants, retail stores, other lessees or permittees, or areas within 10 feet of any such area;

**(4)**    Airport Commission offices, work areas and facilities not open to the public;

**(5)**    On or within 10 feet of any escalators, elevators, moving walkways, or interior baggage conveyance equipment;

**(6)**    Inside of or blocking any doorway;

**(7)**    Within 10 feet of any interior queue, including at ticketing and baggage check-in areas, security check-points, food and retail establishments, etc.; and

**(8)**    On or within 50 feet of any construction site or construction equipment, except as may be required according to rights established under federal or state labor laws.

## 13.4    SOLICITING FOR THE IMMEDIATE RECEIPT OF FUNDS PROHIBITED

**(A)**    The Airport has determined that solicitation for the immediate receipt of funds has been a particular source of disruption for Airport users and obstruction of the Airport's mission.  Solicitation for immediate receipt of funds requires the recipient of the message to either stop in order to receive and consider the speaker's message or change course to avoid the message, both of which may obstruct passenger flows and cause delays.  Listeners may need to set down bags and search for money or writing materials, blocking throughways and further contributing to delays.  The Airport has received numerous complaints from Airport patrons stating that solicitors have misrepresented themselves—sometimes even behaving as if they are Airport representatives or security personnel—or have solicited in an aggressive or coercive manner.  Over a period of years, the Airport has adopted reasonable regulations with the intent of mitigating these negative impacts.  Despite the adoption and enforcement of appropriate regulations, problems have persisted and Airport patrons have continued to complain.  Accordingly, to protect Airport patrons and preserve the Airport's primary function as an air transportation facility while

City and County of San Francisco                    Airport Commission Rules and Regulations

maintaining alternative channels of communication, the Airport issues the following restriction on solicitation for the immediate receipt of funds.

**(B)**     No person shall solicit and receive funds inside the Airport terminals, in Airport parking areas, or on sidewalks or walkways adjacent to Airport buildings.

      **(1)**     "Funds" shall mean money, property or anything else of value.

      **(2)**     "Solicit and receive funds" shall mean any oral or written request for funds, where funds are immediately received.

**(C)**     Nothing in this Rule is intended to prohibit distribution of literature, proselytizing, cause advocacy or solicitation for funds that will be received in the future, under an appropriate permit as provided in Rule 13.6.

**13.5     PERMIT REQUIRED**

**(A)**     No person shall engage in the conduct described in Rule 13.4 on Airport grounds without giving at least 72 hours written notice to and obtaining a permit from the Director.  Notice is required in order to ensure that adequate measures may be taken to protect the public health, security, safety and order, to assure efficient and orderly use of Airport facilities for their primary purpose and to assure equal opportunity for expression.

**(B)**     The Director may reduce or waive the 72 hour notice requirement if the permit applicant can show that the event or events giving rise to the permit application did not reasonably allow the applicant time to make an application within the time prescribed and that enforcement of the time requirement would place an unreasonable restriction on expressive activity.

**(C)**     Written notice/permit applications shall be in writing and include the following information:

      **(1)**     The full name, mailing address, and telephone number of the organization, group, person or persons on whose behalf the proposed activities will be conducted;

      **(2)**     A general description of the proposed activities and the size and volume of any items to be handed out, displayed, or used in the proposed activities;

      **(3)**     The number of people to be present at any one time;

      **(4)**     The preferred date, hour and duration of the proposed activities;

      **(5)**     Additional information, such as, for example, a particular audience that the applicant(s) wish to reach;

      **(6)**     If proposed activities include solicitation for future receipt of funds, documentation supporting tax-exempt status.

**(D)**     The Director will review the written notice/permit application and issue a permit if the following criteria, in the judgment of the Director, are met:

      **(1)**     The proposed activities can be authorized in a manner that does not impede the operation of the Airport as an air transportation facility, and does not threaten the safety or security of others;

      **(2)**     The proposed activities do not interfere with the ability of others to hear Airport announcements or see Airport signage, or interfere unreasonably with the ability of

City and County of San Francisco                              Airport Commission Rules and Regulations

airlines, concessionaires and other tenants and contractors to conduct their business in an orderly manner; and

**(3)**     The proposed activities do not hinder pedestrian flows, create congestion or block efficient movement of persons within and around Airport terminals and other facilities.

**(E)**     The Director shall apply the standards set forth in 13.6.D and, where the standards are satisfied, shall issue a permit within 72 hours of receiving the written notice/permit application.

**(F)**     The Director will designate a location, date and time for the proposed activities based on the following considerations:

**(1)**     Safety and security procedures identified by federal and local security officials and Airport staff;

**(2)**     Pedestrian flows, potential congestion, and areas needed to be kept clear for efficient movement of persons throughout the Airport;

**(3)**     Reasonable access to the desired audience; and

**(4)**     Availability of the requested space, date and time.

**(G)**     Where two or more persons or groups request the same location at the same date and time, the Director may issue permits on a first-come first-served basis or as the Airport determines in its sole discretion is the fair and appropriate accommodation for competing requests.

**(H)**     Permits shall be valid only for the date or dates specified on the permit.  Applicants may request multiple days; however, all permits will expire at the end of each calendar month.  Applicants may submit a new application for subsequent months.

**(1)**     The Director reserves the right to issue identification badges to individuals who may be present repeatedly over a number of days.  If the Director issues such a badge, the individual shall wear the badge above the waist on the outer garment of clothing at all times while present on Airport property.  Badges must be clearly visible and must be shown to an Airport official or member of the public promptly upon request.  Badges remain Airport property and must be relinquished immediately on request of the Director.

**(2)**     The use of a musical instrument or noisemaking device, the playing recorded music or messages, or use of amplification equipment for free speech activities or expressive activities will be considered on an individual basis with consideration of the impact on the ability of the public to hear Airport announcements and/or the ability of Skycaps to conduct normal baggage check-in activities. Musical instruments, noise making devices and amplification equipment will not be permitted inside a terminal building

**(I)**     If the Director rejects a permit application, the Director shall provide a written summary specifying which standard the application fails to satisfy.  The summary shall be provided at the time the applicant is informed of the denial.

## 13.6     PROHIBITED CONDUCT

The following activities are prohibited, with or without a permit.  Engaging in any of the following activities is grounds for suspension or revocation of a permit:

**(A)**     Engaging in free speech or expressive activities, including leafleting, proselytizing, picketing, or cause advocacy, in any area prohibited in Rule 13.4.c, or in any area or at a date or time other than the location, date and time specified in a valid permit.

**(B)**    Failing to wear an Airport-issued identification badge, above the waist on the outer garment of clothing, at all times, if one has been issued by the Director.

**(C)**    Refusing to show an Airport-issued identification badge, if one has been issued by the Director, to any Airport official or member of the public who asks to see it.

**(D)**    Blocking the path of, obstructing, or interfering with the movement of any person.

**(E)**    Touching another person or their property.

**(F)**    Misrepresenting oneself, including but not limited to representing oneself as a representative of the Airport, an airline, an Airport tenant or contractor, the State of California or the federal government.

**(G)**    Making verbal threats.

**(H)**    Requesting documents or personal information from others, including but not limited to requesting a patron's name, or requesting to see tickets, itineraries, boarding passes, driver's licenses or passports.

**(I)**    Promoting, advertising, or soliciting sales or business for any commercial enterprise, including but not limited to distributing free product samples or other promotional materials.

**(J)**    Placing signs, notices, posters, advertisements or other writing in, on or around Airport property, including but not limited to the interior or exterior of any terminal building, administration building or parking structure, or any roadway, utility or other infrastructure.

**(K)**    Creating a potential security threat by leaving literature, equipment, bags or personal items unattended.

**(L)**    Violating any security procedure, refusing or failing to comply with a written or oral instruction issued by the TSA, SFPD or other federal, state or local agency with responsibility for Airport security.

**(M)**    Refusing or failing to cooperate in an investigation of any complaint or allegation of violation of these rules.

**13.7    SUSPENSION AND REVOCATION OF PERMITS**

**(A)**    The Director may suspend or terminate the permit of any person or organization who violates this Rule 13, Airport Rules and Regulations or state or federal law.

**(B)**    The Director shall issue a written notice of termination or suspension, which shall include the reason or reasons for the suspension or termination and the duration of any suspension.  The suspension or termination shall be effective immediately upon personal delivery of the Director's notice to the permittee or certified mailing of the notice to the address provided on the permit application.

**(C)**    Upon termination for cause, the following persons and organizations shall be ineligible to apply for a permit for six months and any other permits held by such persons or organizations shall be deemed revoked:

    **(1)**    The person, persons or organization on whose behalf the permitted activities occurred; and

City and County of San Francisco                    Airport Commission Rules and Regulations

**(2)**      Any person who violated this Rule 13 or these Rules and Regulations resulting in the termination of the permit.

**13.8     EMERGENCIES**

In the event of an emergency affecting the safety or security of Airport patrons, Airport property, or the integrity of the air transportation security system, the Director may suspend a permit immediately and without prior notice.  The Director will restore any such permit as soon as reasonably practicable, consistent with security requirements.

**13.9     EFFECTIVE DATE**

This Rule shall become effective on April 22, 2011, and shall apply to free speech and expressive activities on and after that date.

# RULE 14.0

## ENFORCEMENT AND ADMINISTRATIVE APPEAL PROCEDURE

### 14.1    ENFORCEMENT GENERALLY

The Airport, through any authorized Airport Commission employee or any Law Enforcement Officer, may cite infractions of these Rules and Regulations to any individual or business entity by issuance of a verbal or written Admonishment or a written Citation.

### 14.2    GENERAL AND ADMINISTRATIVE FINES

Any person or business entity violating or otherwise engaging in prohibited conduct under these Rules and Regulations may be subject to general and/or administrative fines as provided under this Rule 14.  If the violator is an individual employee or agent of an Airport tenant or contractor, the fine may be assessed against the employer/tenant or contractor at the Airport's discretion.

All violations and respective fines may be cumulative of each other (one citation may contain multiple fines) and shall be imposed in addition to and neither exclusive nor preclusive of any other civil or criminal federal, state, or local fine or penalty under the law or of any other remedy available to the Airport under the law or under a lease, permit, or contract.  An infraction may result in multiple charges to a tenant or contractor and/or its employee in the form of fines, fees, and charges under the applicable lease, permit, or contract.  For example, a commercial ground transportation operator may receive a citation for speeding under the California Vehicle Code *and* a fine under these Rules and Regulations.  The Airport reserves all rights with respect to its enforcement of these Rules and Regulations and of its leases, permits, and contracts.

The following list references violations by Rule and Regulation Rule, but may not be exhaustive of the entire Rules and Regulations as may be amended from time to time.  The headings or titles above the Rules are solely for purpose of convenience and not intended to limit the scope of a listed Rule.  In the event a prohibited activity described in the Rules and Regulations does not appear in the list below, the associated fine shall be charged under Category A.

| RULE | DESCRIPTION OF VIOLATION | FINE CATEGORY |
|---|---|---|
| | **GENERAL CONDUCT** | |
| 1.0 | Airport Operations or Security Bulletin Violation | E |
| 3.3(C) | Bicycles and Other Devices | B |
| 3.3(G) | Damage to Airport Property | E |
| 3.3(L) | Littering on Airport Property | D |
| 3.3(Q) | Pedestrian Safety | B |
| 3.3(T) | SmarteCartes | B |
| 3.3(U) | Smoking or Using Electronic Cigarettes in a Prohibited Area | E |
| 3.3(X) | Feeding or Otherwise Interfering with Wildlife on Airport Property | B |
| 3.5(B) | Employee Seating and Break Areas (employer) | B |
| 3.5(D) | Moving Airport-Owned Public Seating | B |
| 3.5(E) | Quiet Terminals Policy | E |
| 3.5(G) | Wheelchairs (employer) | E |
| 3.7 | Airport-Owned Equipment Maintenance | E |

City and County of San Francisco                          Airport Commission Rules and Regulations

| RULE | DESCRIPTION OF VIOLATION | FINE CATEGORY |
|---|---|---|
| 4.1(A) | Violation Of Traffic Rules | B |
| 4.1(C) | Speed Limits on Airport Roadways/Compliance with Signage and Roadway Markings | B |
| 4.4 | Improper Use Of Roadways and Walks | B |
| 13.7 | Improper Use of Free Speech Permit | B |
| **PARKING** | | |
| 4.2(A) | No Parking – Restricted Parking Area | B |
| 4.2(B) | Unauthorized Parking | B |
| 4.2(C) | Working Press Parking-2 Hours | B |
| 4.2(D) | Failure to Comply with All Signs and Road Markings | B |
| 4.2(E) | Unauthorized Parking in a Handicapped/Disabled Parking Space | C |
| 4.2(F) | Unauthorized Parking in an Electric Plug-In Vehicle Charging Station | B |
| 4.5 | Violating No Parking and No Stopping Signs, Obstructing Vehicle Flow | B |
| 4.6 | Improper Use of a Curb Color Zone | B |
| 4.7(B)(2) | Picking up or discharging passengers or their baggage at any terminal level other than that designated for such purpose | B |
| 4.7(B)(3) | Leaving a vehicle unattended, except in a designated staging area | B |
| 4.7(B)(22) | Staging in an unauthorized location (all GTOs) | B |
| 4.7(D)(1)(d) | Staging in an unauthorized location (SF Taxis) | B |
| 4.7(D)(1)(g) | Failing to remain in/with vehicle while in a curbside taxi queue | B |
| 4.7(D)(1)(i) | Improper use of a A-Card for parking garage access | C |
| **COMMERCIAL GROUND TRANSPORTATION OPERATIONS** | | |
| 4.7(A) | Failure to comply with permit terms, directives, and requirements of Rule 4.7(A) | B |
| 4.7(B)(1) | Cutting in line, or jumping a taxicab lot, or bypassing a holding lot or ticket collection area before leaving the Airport | B |
| 4.7(B)(4) | Failure to provide a receipt on request | B |
| 4.7(B)(5) | Providing false information to Airport officials | B |
| 4.7(B)(6) | Altered waybills, holding lot tickets or receipt | B |
| 4.7(B)(7) | Failure to possess valid waybill unless not required by permit | B |
| 4.7(B)(8) | Lack of or improper trade dress, placard, TCP number, decal, logo | B |
| 4.7(B)(9) | Failure to activate, deactivating, tampering with or evading trip counting devices | C |
| 4.7(B)(10) | Soliciting passengers | C |
| 4.7(B)(11) | Recirculating or looping | B |
| 4.7(B)(12) | Use/possession of alcohol, narcotics or controlled substances | C |
| 4.7(B)(13) | Profanity or Vulgarity | B |
| 4.7(B)(14) | Soliciting Excessive Fees | C |
| 4.7(B)(15) | Solicitation on Behalf of Hotel, Motel, or any Other Business | B |
| 4.7(B)(16) | Solicitation of Illegal Activity | B |
| 4.7(B)(17) | Unsafe driving; failed inspection; lack of required safety equipment | B |
| 4.7(B)(18) | Tampering with, disconnecting, modifying pollution control equipment; substituting diesel or gasoline for alternative fuel | B |
| 4.7(B)(19) | Using any part of the Airport premises other than a restroom to urinate and/or address personal needs. | B |
| 4.7(B)(20) | Failure to wear a visible photo identification card if required by applicable permit or regulatory agency | B |
| 4.7(B)(21) | Failure to comply with applicable headway requirements | B |

City and County of San Francisco                    Airport Commission Rules and Regulations

| RULE | DESCRIPTION OF VIOLATION | FINE CATEGORY |
|------|--------------------------|---------------|
| 4.7(B)(23) | Shared-ride van coordinator in an unauthorized location | B |
| 4.7(B)(24) | Failure to comply with posted signage and pavement marking | B |
| 4.7(B)(25) | Idling a vehicle or engine for more than five minutes | B |
| 4.7(C)(1) | Change in scheduled service without proper notice | B |
| 4.7(D)(1) | Failure to comply with applicable Transportation Code and SFMTA regulation re taxicabs | B |
| 4.7(D)(1)(a) | Use of SFMTA A-Card by unauthorized driver | B |
| 4.7(D)(1)(b) | Lack of AVI transponder on SFMTA taxicabs | B |
| 4.7(D)(1)(c) | Lack of properly placed certification decal on SFMTA taxicabs | B |
| 4.7(D)(1)(e) | Failure to comply with dispatcher instructions | B |
| 4.7(D)(1)(f) | Charging unauthorized fees or surcharges | C |
| 4.7(D)(1)(h) | Unauthorized use of A-Card | C |
| 4.7(D)(2) | Non-SFMTA taxi driver failure to have a waybill; failure to pay trip fee | B |
| **SAFETY AND SECURITY** | | |
| 5.1 | Airfield Marking, Signage, Control Towers | D |
| 5.2 | Airside personnel (employer) | D |
| 5.3 | Aircraft operations | D |
| 5.4(A) | GSE operators (employer) | D |
| 5.4(B) | GSE requirements | D |
| 5.4(C)(1) | GSESIP: Each vehicle receiving a red tag | C |
| 5.4(C)(1) | GSESIP: Tampering/interfering with a red tag or impoundment | F |
| 5.4(C)(1) | GSESIP: Each vehicle not returned for reinspection within time specified | E |
| 5.4(C)(2) | GSE Impound Program | C |
| 5.4(D)(1) | AOA signage | D |
| 5.4(D)(2) | Checkpoint and Security Gates | F |
| 5.4(D)(3)-(9) | GSE movement | D |
| 5.5 | Ramp operations and gate usage | D |
| 5.6 | Passenger movement | D |
| 5.7 | Fueling | E |
| 5.8 | Accidents, incidents, incursions/deviations, disabled aircraft and GSE | D |
| 6.0 | Fire and Safety | E |
| 7.0 | Security violations | E |
| 7.2(A)(3) | Failure to comply with Airport ID Badge return requirements | C |
| **COMMERCIAL ACTIVITIES** | | |
| 8.0 | Airport Environmental Standards | E |
| 8.2 | Food service and food ware | C |
| 8.6(E) | Unauthorized discharge impacting storm drain system | F |
| 9.3 | Airport Infrastructure | F |
| 9.4 | Airport Mapping | F |
| 9.5 | On-Site Personnel | E |
| 9.6 | Construction Activity | F |
| 11 | Noise Abatement | E |

**14.3    AMOUNT OF FINES**

The amount of fines set forth in this Rule 14 shall be calculated for each violation cited under the Airport Rules and Regulations.  The Airport shall impose a second offense charge when the actor has violated the same Rule twice within the same calendar year.  The Airport shall impose a third offense charge when the

City and County of San Francisco                                    Airport Commission Rules and Regulations

actor has violated the same Rule three times or more within the same calendar year.  Given the specific circumstances of the violation and the Rule, the Airport, in its sole discretion, may determine that a violation of the same Rule is not a repeat offense for purposes of determining the amount of a fine.  (AOB 20-09)

Payment of any fine shall be due within 30 days of the date of the citation.  In the event that a person or entity receiving a citation fails or refuses to pay a fine, the Director in his sole discretion may suspend or terminate a permit and/or may deny reinstatement of an existing permit or issuance of any future permit until such time as the fine is paid in full with interest compounded monthly.  In the event that the person or entity receiving a citation files a timely request for review or appeal, then the fine shall be payable as provided in Rule 14.5, below.

| FINE CATEGORY | FIRST OFFENSE | SECOND OFFENSE | THIRD OFFENSE |
|---|---|---|---|
| A | $50 | $75 | $100 |
| B | $100 | $200 | $250 |
| C | $250 | $500 | $750 |
| D | $750 | $1,000 | $1,250 |
| E | $1,000 | $2,000 | $3,000 |
| F | $10,000 | $15,000 | $20,000 |

## 14.4   INDIVIDUAL INFRACTIONS

This Section 14.4 applies only to individual employees of tenants or contractors who are granted access to the AOA or other secure areas of Airport property for their work duties.  Individual infractions on the AOA and/or relating to the safety or security of the Airport may result in the immediate suspension or permanent revocation of an Airport ID badge or driving privileges, at the sole discretion of the Airport, notwithstanding the Admonishment or Citation procedures below.

The charging officer may issue a verbal or written Admonishment which shall be considered a warning.  A written Admonishment shall be recorded as a First Offense as described in the table below.  Second and third offenses shall be calculated based on the calendar year, as provided in Rule 14.3 above.

If the charging officer issues a written Admonishment or a Citation for an individual infraction, the Airport will notify the employer/tenant or contractor and may assess against the employer the appropriate fine and any other charge under the lease, permit, or contract in addition to any consequences assessed against the individual employee.  Any training required shall be designated by the Airport.  The individual employee shall remain responsible for any training or training fee, as follows:

| RULE | DESCRIPTION | OFFENSE | RESULT |
|---|---|---|---|
| 3.1(A) | Illegal Activity / BART Fare Evasion | First Offense | Airport ID badge suspended for 72 hours |
| | | Second Offense | Airport ID badge suspended for 72 hours |
| | | Third Offense | Airport ID badge permanently revoked |
| 3.3(T) | Smoking in a Secured Area / Airport Operations Area (AOA) | First Offense/written Admonishment | Airport ID badge suspended for 24 hours |
| | | Second Offense | Airport ID badge suspended for 72 hours |
| | | Third Offense | Airport ID badge suspended for 10 days |
| | | Fourth Offense | Airport ID badge permanently revoked |

City and County of San Francisco                                   Airport Commission Rules and Regulations

| RULE | DESCRIPTION | OFFENSE | RESULT |
|------|-------------|---------|--------|
| 5.4 | **GSE driver/operator violations** | First Offense/ written Admonishment | Warning to driver/operator |
| | | First Offense/ Citation | ▪ Two-hour training class; driver/operator pays the $50 training class fee<br>▪ Driver/operator's AOA security access badge and driving privileges suspended for the day the employee attends the training |
| | | Second Offense | ▪ Two-hour training class; driver/operator pays the $50 training class fee<br>▪ Driver's AOA security access badge and driving privileges immediately suspended for three consecutive days (a 72-hour period) following Citation<br>▪ Employer pays lease/permit charge for a violation of the Rules and Regulations |
| | | Third Offense | Driver/operator permanently loses driving privileges |
| 7.0 | **Individual security violations** | First Offense/ written Admonishment | Warning to employee |
| | | First Offense/ Citation | ▪ Airport ID badge immediately confiscated for one full day (a 24-hour period) following Citation<br>▪ Security Access Office training class |
| | | Second Offense | ▪ Airport ID badge immediately confiscated for three full consecutive days (a 72-hour period) following Citation<br>▪ Security Access Office training class<br>▪ Employer pays lease/permit charge for a violation of the Rules and Regulations |
| | | Third Offense | ▪ Airport ID badge immediately confiscated for ten full consecutive days (a 240-hour period) following Citation<br>▪ Security Access Office training class<br>▪ Employer pays lease/permit charge for a violation of the Rules and Regulations |
| | | Fourth Offense | Security access permanently terminated |
| | | **Note for all individual security or security-related violations:** | Airport ID Badge holders directed to attend in-person training administered by the Security Access Office shall do so within the time specified or may be subject to further badge suspension or revocation. The charge for the training is a $50 administrative fee which the employee or the employee's authorized signatory shall pay before attending the training.  (ASB 19-06) |

City and County of San Francisco                    Airport Commission Rules and Regulations

**14.5     REVIEW AND APPEAL PROCEDURE**

**(A)     General**

Any person or business entity seeking to challenge a Citation issued under these Rules and Regulations shall follow the administrative procedures of this Rule 14.5.

A requestor may seek review of a Citation and, following the review, may appeal from a decision affirming or amending the Citation.

Requests for review or appeal must be received by the Airport within the time(s) specified below. The requestor is solely responsible for assuring that the request is timely received. The Airport will consider only a properly documented and timely request. Failure to submit a properly documented and timely request for review or appeal will be considered acceptance of the Citation.

Communications required under this Section 14.5 shall be sent by electronic mail to SFOCitationReview@flysfo.com, unless the requesting party does not have access to email. In that event, the request may be sent in paper form addressed to:

Chief Operating Officer
International Terminal Building, Fifth Floor
P.O. Box 8097
San Francisco International Airport
San Francisco, CA  94128

Any request for review and/or appeal shall be submitted on the template forms attached to these Rules and Regulations as Appendix G and incorporated here by reference.

**(B)     Review**

Unless otherwise specified in an Operating Permit or unless a government investigation is ongoing, a request for review must be received by the Airport within ten (10) calendar days of the date the Notice of Citation is issued. A request for review shall include (i) the name, date, mailing address, e-mail address, and phone number of the requestor and (ii) a detailed basis for the review. If the matter is under investigation by a government agency, then the request for review must be made within ten calendar days of the date the investigation report is issued.

The Director shall designate an Airport Commission employee to review a request. The designated reviewer will have no personal knowledge of the incident resulting in the Citation. The reviewer may request additional information from the requestor; requestor's failure to provide the stated information within the time specified by the reviewer will result in a decision based on the information available.

Within thirty (30) calendar days of receipt of the Request for Initial Review, the reviewer shall issue an administrative decision affirming, dismissing, or amending the citation.

Payment of a fine following a final decision affirming or amending a citation shall be due within ten days of the date the administrative review decision is issued.

**(C)     Appeal**

An administrative decision affirming or amending a Citation may be appealed within ten (10) calendar days of the date the decision is issued. The request for appeal must include information detailing the basis for the appeal.

For all matters except those involving long-term suspension (more than 72 hours) or revocation of an Airport ID badge, the Director shall designate an Airport Commission employee to hear an appeal.  The hearing officer will have no personal knowledge of the incident resulting in the citation and whose regular job duties are outside the chain of command of either the citing official or the reviewer.

The Chief Operating Officer shall be the hearing officer for any appeal involving long-term suspension (more than 72 hours) or permanent revocation of an Airport ID badge.

The hearing officer may request additional information from the appellant; appellant's failure to provide the stated information within the time specified by the reviewer will result in a decision based on the information available.  The hearing officer may in his/her sole discretion invite both the appellant and the Airport Division issuing the citation to a hearing to state their respective positions and answer questions posed by the hearing officer; the hearing may be in person or in writing as directed by the hearing officer.

The hearing officer shall issue an administrative decision affirming, dismissing, or amending the citation.  The hearing officer's decision shall be final on the date issued.  The hearing officer shall issue a decision within sixty (60) days of the date of the receipt of the written appeal.

Payment of a fine following a final decision affirming or amending a Citation shall be due within ten (10) calendar days of the date the decision is issued.