1  DAVID CHIU, SBN 189542
   City Attorney
2  YVONNE R. MERÉ, SBN 173594
   Chief Deputy City Attorney
3  SARA J. EISENBERG, SBN 269303
   Chief of Complex & Affirmative Litigation
4  ADAM M. SHAPIRO, SBN 267429
   MOLLY J. ALARCON, SBN 315244
5  Deputy City Attorneys
   Fox Plaza
6  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
7  Telephone:    (415) 554-3894
   Facsimile:    (415) 437-4644
8  E-Mail:       Molly.Alarcon@sfcityatty.org

9  Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WALTER SPURLOCK and ANDRE GUIBERT, | Case No. 3:23-cv-4429 |
|---|---|
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | Hearing Date: May 23, 2024<br>Time: 2:00 p.m.<br>Before: Hon. Araceli Martínez-Olguín<br>Place: 450 Golden Gate Avenue<br>Courtroom 10<br>San Francisco, CA 94102 |
| CITY AND COUNTY OF SAN FRANCISCO, AIRPORT COMMISSION OF THE CITY AND COUNTY OF SAN FRANCISCO, KEABOKA MOLWANE in his individual capacity and official capacity as Aviation Security and Regulatory Compliance Officer at the San Francisco International Airport, and JEFF LITTLEFIELD in his individual capacity and official capacity as Chief Operating Officer at San Francisco International Airport, | Date Action Filed: August 28, 2023 |
| Defendants. | |

## PROOF OF SERVICE

I, SARAH L. GUTIERREZ, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, 6th Floor, San Francisco, CA 94102.

On February 22, 2024, I served the following document(s):

**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**

**DECLARATION OF MOLLY J. ALARCON IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

on the following persons at the locations specified:

| | |
|---|---|
| John K. Buche<br>Byron Ma<br>Buche & Associates, PC<br>875 Prospect Street, Suite 305<br>La Jolla, CA 92037<br>Email: jbuche@buchelaw.com<br>        bma@buchelaw.com | Samuel A. Seham<br>Lee Seham<br>Seham, Seham, Metz & Petersen LLP<br>199 Main Street, 7th Floor<br>White Plains, NY 10601<br>Email: samuel.seham@gmail.com<br>        ssmpls@aol.com |

in the manner indicated below:

☒   **BY ELECTRONIC MAIL:** I caused a copy of such documents to be transmitted *via* electronic mail in portable document format ("PDF") Adobe Acrobat from the electronic address: sarah.gutierrez@sfcityatty.org.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed February 22, 2024, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　*/S/ SARAH L. GUTIERREZ*
　　　　　　　　　　　　　　　　　　　　SARAH L. GUTIERREZ