1 | DAVID CHIU, SBN 189542
City Attorney
2 | YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
3 | SARA J. EISENBERG, SBN 269303
Chief of Complex & Affirmative Litigation
4 | ADAM M. SHAPIRO, SBN 267429
MOLLY J. ALARCON, SBN 315244
5 | Deputy City Attorneys
Fox Plaza
6 | 1390 Market Street, 6th Floor
San Francisco, California 94102-5408
7 | Telephone:   (415) 554-3894
Facsimile:   (415) 437-4644
8 | E-Mail:      Molly.Alarcon@sfcityatty.org

9 | Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WALTER SPURLOCK and ANDRE GUIBERT, | Case No. 3:23-cv-4429 |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DISMISSAL OF THE SECOND AMENDED COMPLAINT** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, AIRPORT COMMISSION OF THE CITY AND COUNTY OF SAN FRANCISCO, KEABOKA MOLWANE in his individual capacity and official capacity as Aviation Security and Regulatory Compliance Officer at the San Francisco International Airport, and JEFF LITTLEFIELD in his individual capacity and official capacity as Chief Operating Officer at San Francisco International Airport, | Hearing Date:  May 23, 2024<br>Time:          2:00 p.m.<br>Before:        Hon. Araceli Martínez-Olguín<br>Place:         450 Golden Gate Avenue<br>               Courtroom 10<br>               San Francisco, CA 94102<br><br>Date Action Filed:  August 28, 2023 |
| Defendants. | |

**[PROPOSED] Order**

Defendants' Motion to Dismiss the Second Amended Complaint in this matter came before this Court for hearing on May 23, 2024.  Having considered the moving and opposition papers, arguments, and all other matters presented to the Court, the Court finds that the Second Amended Complaint fails to state any claims upon which relief can be granted.  The Court also finds that the defects in the Second Amended Complaint cannot be cured through amendment.  Therefore,

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss the Second Amended Complaint is GRANTED.  The Second Amended Complaint is dismissed without leave to amend.

Dated this ___ day of _____, 2024

_____
Hon. Araceli Martínez-Olguín
Judge, United States District Court