DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
SARA J. EISENBERG, SBN 269303
Chief of Complex & Affirmative Litigation
ADAM M. SHAPIRO, SBN 267429
MOLLY J. ALARCON, SBN 315244
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3894
Facsimile:    (415) 437-4644
E-Mail:       Molly.Alarcon@sfcityatty.org

Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WALTER SPURLOCK and ANDRE GUIBERT,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, AIRPORT COMMISSION OF THE CITY AND COUNTY OF SAN FRANCISCO, KEABOKA MOLWANE in his individual capacity and official capacity as Aviation Security and Regulatory Compliance Officer at the San Francisco International Airport, and JEFF LITTLEFIELD in his individual capacity and official capacity as Chief Operating Officer at San Francisco International Airport,<br><br>    Defendants. | Case No. 3:23-cv-4429<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

**REQUEST FOR JUDICIAL NOTICE**

Defendants respectfully request that the Court take judicial notice of relevant portions of the Charter of the City and County of San Francisco ("S.F Charter"):  Article 1, section 1.101 and Article IV, sections 4.100, 4.102, 4.115, and 4.126.  These provisions are attached as **Exhibit A** to the Declaration of Molly J. Alarcon in Support of Defendants' Request for Judicial Notice (the "Declaration").  They are also available online at the URLs indicated in the Declaration.

Pursuant to Federal Rule of Evidence 201, the court "may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).  As a public record, the S.F. Charter is a proper matter for judicial notice.  *E.g., Santa Monica Food Not Bombs v. City of Santa Monica*, 450 F.3d 1022, 1025 n.2 (9th Cir. 2006) (taking judicial notice of portions of city ordinances); *Dudum v. Arntz*, 640 F.3d 1098, 1101 n.6 (9th Cir. 2011) (taking judicial notice of election results on city website).

These provisions of the S.F. Charter are relevant to Defendants' arguments in their Motion to Dismiss the Second Amended Complaint that the Airport Commission of the City and County of San Francisco is not a proper Defendant in this matter.  *See* Defendants' Memorandum of Points and Authorities in Support of Motion to Dismiss the SAC, Section VI.  For these reasons, Defendants respectfully request that the Court take judicial notice of Article 1, § 1.101, and Article IV, §§ 4.100, 4.102, 4.115, and 4.126 of the S.F. Charter.

Dated:  February 22, 2024

                Respectfully submitted,

                DAVID CHIU
                City Attorney
                YVONNE R. MERÉ
                Chief Deputy City Attorney
                SARA J. EISENBERG
                Chief of Complex & Affirmative Litigation
                ADAM M. SHAPIRO
                MOLLY J. ALARCON (she/her)
                Deputy City Attorneys

       By:  */s/ MOLLY J. ALARCON*
            MOLLY J. ALARCON
            Attorneys for Defendants