DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
SARA J. EISENBERG, SBN 269303
Chief of Complex & Affirmative Litigation
ADAM M. SHAPIRO, SBN 267429
MOLLY J. ALARCON, SBN 315244
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3894
Facsimile:    (415) 437-4644
E-Mail:       Molly.Alarcon@sfcityatty.org

Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SPURLOCK and ANDRE GUIBERT,<br><br>   Plaintiffs,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, AIRPORT COMMISSION OF THE CITY AND COUNTY OF SAN FRANCISCO, KEABOKA MOLWANE in his individual capacity and official capacity as Aviation Security and Regulatory Compliance Officer at the San Francisco International Airport, and JEFF LITTLEFIELD in his individual capacity and official capacity as Chief Operating Officer at San Francisco International Airport,<br><br>   Defendants. | Case No. 3:23-cv-4429<br><br>**DECLARATION OF MOLLY J. ALARCON IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Hearing Date:  May 23, 2024<br>Time:          2:00 p.m.<br>Before:        Hon. Araceli Martínez-Olguín<br>Place:         450 Golden Gate Avenue<br>               Courtroom 10<br>               San Francisco, CA 94102 |

# DECLARATION

I, Molly J. Alarcon, declare as follows:

1. I am an attorney duly licensed to practice law in California, and a Deputy City Attorney for the City and County of San Francisco assigned to represent Defendants the City and County of San Francisco, the Airport Commission of the City and County of San Francisco, Jeff Littlefield, and Doe 1 in the above-captioned case. I have personal knowledge of the matters stated herein and, if called upon, I could and would testify competently to the contents of this Declaration.

2. The Charter of the City and County of San Francisco (the "S.F. Charter") is a public record made available online in the American Legal Publishing's Code Library.

3. S.F. Charter Article I, § 1.101 is available at https://codelibrary.amlegal.com/codes/san_francisco/latest/sf_charter/0-0-0-22#JD_1.101

4. S.F. Charter, Article IV, § 4.100 is available at https://codelibrary.amlegal.com/codes/san_francisco/latest/sf_charter/0-0-0-166

5. S.F. Charter, Article IV § 4.102 is available at https://codelibrary.amlegal.com/codes/san_francisco/latest/sf_charter/0-0-0-181

6. S.F. Charter, Article IV § 4.115 is available at https://codelibrary.amlegal.com/codes/san_francisco/latest/sf_charter/0-0-0-303

7. S.F. Charter, Article IV § 4.126 is available at https://codelibrary.amlegal.com/codes/san_francisco/latest/sf_charter/0-0-0-366

8. True and correct copies of these provisions, S.F. Charter, Article 1, § 1.101, and Article IV, §§ 4.100, 4.102, 4.115, and 4.126 are attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 22nd day of February, 2024 in San Francisco, California.

_____
MOLLY J. ALARCON