DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
SARA J. EISENBERG, SBN 269303
Chief of Complex & Affirmative Litigation
ADAM M. SHAPIRO, SBN 267429
MOLLY J. ALARCON, SBN 315244
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3894
Facsimile:     (415) 437-4644
E-Mail:        Molly.Alarcon@sfcityatty.org

Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SPURLOCK and ANDRE GUIBERT,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, AIRPORT COMMISSION OF THE CITY AND COUNTY OF SAN FRANCISCO, KEABOKA MOLWANE in his individual capacity and official capacity as Aviation Security and Regulatory Compliance Officer at the San Francisco International Airport, and JEFF LITTLEFIELD in his individual capacity and official capacity as Chief Operating Officer at San Francisco International Airport,<br><br>　　　Defendants. | Case No. 3:23-cv-4429<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Hearing Date:　　May 23, 2024<br>Time:　　　　　　2:00 p.m.<br>Before:　　　　　Hon. Araceli Martínez-Olguín<br>Place:　　　　　 450 Golden Gate Avenue<br>　　　　　　　　 Courtroom 10<br>　　　　　　　　 San Francisco, CA 94102<br><br>Date Action Filed:　August 28, 2023 |

**[PROPOSED] Order**

In support of Defendants' Motion to Dismiss the Second Amended Complaint, which was heard on May 23, 2024, Defendants filed a Request for Judicial Notice. Good cause appearing therefore, the Court concludes that the matters referenced in Defendants' Request for Judicial Notice are proper subjects of judicial notice under Federal Rule of Evidence 201, and are relevant to the determination of Defendants' Motion to Dismiss.

IT IS HEREBY ORDERED that Defendants' Request for Judicial Notice is GRANTED.

Dated this ___ day of _____, 2024

_____
Hon. Araceli Martínez-Olguín
Judge, United States District Court