JOHN K. BUCHE (CA BAR NO. 239477)
BYRON MA (CA BAR NO. 299706)
**BUCHE & ASSOCIATES, PC**
875 Prospect Street Suite 305
La Jolla, CA 92037
Telephone: (713) 589-2214
Fax: (858) 459-9120
Email: jbuche@buchelaw.com
          bma@buchelaw.com

SAMUEL A. SEHAM (NY BAR NO. 5768080) (*pro hac vice*)
LEE SEHAM (NY BAR NO. 2194306) (*pro hac vice*)
**SEHAM, SEHAM, METZ & PETERSEN LLP**
199 Main Street, 7th Floor
White Plains, NY 10601
Telephone: (914) 997-1346
Fax: (914) 997-7125
Email: samuel.seham@gmail.com
          ssmpls@aol.com

*Attorneys for the Plaintiffs Walter Spurlock and Andre Guibert*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| WALTER SPURLOCK and ANDRE GUIBERT,<br><br>             *Plaintiffs*,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, AIRPORT COMMISSION OF THE CITY AND COUNTY OF SAN FRANCISCO, KEABOKA MOLWANE in his individual capacity and official capacity as Aviation Security and Regulatory Compliance Officer at the San Francisco International Airport, and JEFF LITTLEFIELD in his individual capacity and official capacity as Chief Operating Officer at San Francisco International Airport,<br><br>             *Defendants*. | Case No. 3:23-cv-4429<br>*Jury Trial Demanded*<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER PORTIONS OF PLAINTIFFS' RESPONSE SHOULD BE SEALED**<br><br> Action filed:            August 28, 2023 |

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER PORTIONS OF PLAINTIFFS' RESPONSE SHOULD BE SEALED**

Pursuant to Civil Local Rules 79-5 and 7-11, Plaintiffs Walter Spurlock and Andre Guibert, by and through their attorneys, move this Court to consider whether portions of Plaintiffs' Response to Defendant's Motion to Dismiss the Second Amended Complaint should be sealed. Pursuant to the parties' protective order, Defendant has designated as "Confidential" TSA National Amendment: Centralized Revocation Database for Individual with Revoked Identification Media TSA-NA-21-01A ("TSA-NA-21-01A").  That a Confidential designation has been placed on a federal regulation that governs Plaintiffs' substantive and procedural rights and which underpins Plaintiffs' legal claims is deeply offensive to the American system of open justice.  Nevertheless, Plaintiffs have submitted a redacted Response and identify the following as containing or reflecting information within TSA-NA-21-01A:

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied (leave blank) |
|---|---|---|---|---|---|---|---|
| Response | 50 | 49-2 | 49-1 | Defendants | Partial | Reflecting information contained within document that Defendants have marked | |

|  |  |  |  |  |  | Confidential (Seham Decl. ¶ 4) |  |

Dated March 15, 2024

                            Respectfully submitted,

                            JOHN K. BUCHE
                            BYRON MA
                            BUCHE & ASSOCIATES, PC

                            LEE SEHAM (*Pro Hac Vice*)
                            SAMUEL A. SEHAM (*Pro Hac Vice*)
                            SEHAM, SEHAM, METZ & PETERSEN LLP

By:  */s/ Samuel A. Seham*

                            Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on March 15, 2024, a copy of the foregoing document was duly served via CM/ECF to the following:

MOLLY J. ALARCON, SBN 315244
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3894
Facsimile: (415) 437-4644
E-Mail: Molly.Alarcon@sfcityatty.org

*/s/ Samuel A. Seham*
*Attorney for the Defendants* By: */S/ Samuel A. Seham*
SAMUEL A. SEHAM (NY BAR NO. 5768080)
**SEHAM, SEHAM, METZ & PETERSEN LLP**
199 Main Street, 7th Floor
White Plains, NY 10601
Telephone: (914) 997-1346
Fax: (914) 997-7125
Email: samuel.seham@gmail.com
*Attorneys for the Plaintiffs*