JOHN K. BUCHE (CA BAR NO. 239477)
BYRON MA (CA BAR NO. 299706)
**BUCHE & ASSOCIATES, PC**
875 Prospect Street Suite 305
La Jolla, CA 92037
Telephone: (713) 589-2214
Fax: (858) 459-9120
Email: jbuche@buchelaw.com
          bma@buchelaw.com

SAMUEL A. SEHAM (NY BAR NO. 5768080) (*pro hac vice*)
LEE SEHAM (NY BAR NO. 2194306) (*pro hac vice*)
**SEHAM, SEHAM, METZ & PETERSEN LLP**
199 Main Street, 7th Floor
White Plains, NY 10601
Telephone: (914) 997-1346
Fax: (914) 997-7125
Email: samuel.seham@gmail.com
          ssmpls@aol.com

*Attorneys for the Plaintiffs Walter Spurlock and Andre Guibert*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| WALTER SPURLOCK and ANDRE GUIBERT,<br><br>    *Plaintiffs*,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, AIRPORT COMMISSION OF THE CITY AND COUNTY OF SAN FRANCISCO, KEABOKA MOLWANE in his individual capacity and official capacity as Aviation Security and Regulatory Compliance Officer at the San Francisco International Airport, and JEFF LITTLEFIELD in his individual capacity and official capacity as Chief Operating Officer at San Francisco International Airport,<br><br>    *Defendants*. | Case No. 3:23-cv-4429<br>*Jury Trial Demanded*<br><br>**[PROPOSED ORDER GRANTING/DENYING] ADMINISTRATIVE MOTION TO CONSIDER WHETHER PORTIONS OF PLAINTIFFS' RESPONSE SHOULD BE SEALED**<br><br>Complaint filed: August 28, 2023 |

# ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Motion"). The Court, having carefully considered the submissions, the record, the applicable law, and any arguments related thereto, hereby orders that Plaintiffs' Motion is GRANTED/DENIED as follows:

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| Response | 50 | 49-2 | 49-1 | Defendants | Partial | Reflecting information contained with a document that Defendants have marked Confidential (Seham Decl. ¶ 4) | |

SO ORDERED.

Dated:

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE