UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SPURLOCK and ANDRE GUIBERT,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, AIRPORT COMMISSION OF THE CITY AND COUNTY OF SAN FRANCISCO, DOE 1 in his individual capacity and official capacity as Aviation Security and Regulatory Compliance Officer at the San Francisco International Airport, and JEFF LITTLEFIELD in his individual capacity and official capacity as Chief Operating Officer at San Francisco International Airport,<br>Defendant(s). | Case Number: 3:23-cv-04429<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

The Court, having carefully considered the submissions, the record, the applicable law, and any arguments related thereto, hereby orders that Defendants' Motion to Dismiss the Second Amended Complaint is DENIED. The parties are directed to confer with respect to discovery and case management deadlines.

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

Page **1** of **1**