DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
SARA J. EISENBERG, SBN 269303
Chief of Complex & Affirmative Litigation
ADAM M. SHAPIRO, SBN 267429
MOLLY J. ALARCON, SBN 315244
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, CA  94102-5408
Telephone:    (415) 554-3894
Facsimile:    (415) 437-4644
E-Mail:        Molly.Alarcon@sfcityatty.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SPURLOCK and ANDRE GUIBERT,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, AIRPORT COMMISSION OF THE CITY AND COUNTY OF SAN FRANCISCO, KEABOKA MOLWANE in his individual capacity and official capacity as Aviation Security and Regulatory Compliance Officer at the San Francisco International Airport, and JEFF LITTLEFIELD in his individual capacity and official capacity as Chief Operating Officer at San Francisco International Airport,<br><br>    Defendants. | Case No. 3:23-cv-4429<br><br>**DECLARATION OF MOLLY J. ALARCON IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Hearing Date:   May 23, 2024<br>Time:           2:00 p.m.<br>Before:         Hon. Araceli Martínez-Olguín<br>Place:          450 Golden Gate Avenue<br>                Courtroom 10<br>                San Francisco, CA 94102<br><br>Date Action Filed:   August 28, 2023 |

**DECLARATION**

I, Molly J. Alarcon, declare as follows:

1. I am an attorney duly licensed to practice law in California, and a Deputy City Attorney for the City and County of San Francisco assigned to represent Defendants the City and County of San Francisco, the Airport Commission of the City and County of San Francisco, Jeff Littlefield, and Keaboka Molwane (collectively, "San Francisco") in the above-captioned case. I have personal knowledge of the matters stated herein and, if called upon, I could and would testify competently to the contents of this Declaration. I submit this declaration in support of Defendants' Administrative Motion to File Under Seal Portions of Defendants' Reply in Support of Motion to Dismiss Second Amended Complaint, pursuant to Civil Local Rules 7-11(a) and 79-5(c).

2. Defendants seek to file portions of their Reply in Support of Motion to Dismiss the Second Amended Complaint ("Reply") under seal. Defendants plan to file a public redacted version of their Reply and a conditionally sealed, unredacted version.

3. Plaintiffs' Second Amended Complaint ("SAC") included an attachment, Exhibit G, TSA-NA-21-01A (the "TSA Guidance"), that Plaintiffs filed under seal. Dkt. No. 43-7 [redacted version]; Dkt. No. 44-5 [unredacted version filed under seal]. The public version of the SAC also included related redactions, and the unredacted SAC was filed under seal. Dkt. No. 43 [redacted version]; Dkt. No. 44-4 [unredacted version].

4. Because the TSA Guidance is designated as "sensitive security information" ("SSI") by the federal government, San Francisco is prohibited from publicly disclosing it or any part of it. 49 C.F.R. § 1520.5(a), (b)(1), and (b)(2); 49 C.F.R. § 1520.15(a). Additionally, San Francisco does not intend to unseal what Plaintiffs redacted in their SAC, even if it may have been slightly over-inclusive. Therefore, San Francisco is filing its Reply with redactions where San Francisco discusses the TSA Guidance and/or portions of the SAC that Plaintiffs redacted. San Francisco followed the same procedure when filings its Motion to Dismiss.

5. San Francisco's request is as narrowly tailored as possible because the federal government made the determination that the TSA Guidance is SSI and because Plaintiffs chose to

redact all mentions of the TSA Guidance in their SAC, and San Francisco's redactions mirror those made by Plaintiffs.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 29th day of March, 2024 in San Francisco, California.

*/s/ MOLLY J. ALARCON*
MOLLY J. ALARCON